# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>SANDRA S. WEYER<br>a/k/a: SANDRA SUZANNE POMEROY<br>a/k/a: SANDY POMEROY WEYER<br>DOB: ███<br>*Defendant(s)* | Case: 1:21-mj-00483<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 6/21/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) and 2 | (Obstruction of Proceedings, Aid and Abet) |
| 18 U.S.C. § 1752(a)(1) | (Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(D) | (Violent Entry or Disorderly Conduct) |
| 40 U.S.C. § 5104(e)(2)(G) | (Parading, Demonstrating, or Picketing a Capitol Building) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Jared Horan, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/24/2021

*Judge's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*