IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANDRA S. WEYER,<br><br>Defendant. | CR NO. 21-MJ-00483 |

## NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that undersigned counsel, Sarah C. Santiago, Assistant U.S. Attorney, hereby enters her appearance on behalf of the United States.

Dated: June 30, 2021

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          ACTING UNITED STATES ATTORNEY
                                          D.C. Bar No. 415793

By:    /s/ *Sarah C. Santiago*
                Sarah C. Santiago
                Assistant United States Attorney
                G.A. Bar No. 724304
                555 4th Street, N.W.
                Washington, D.C. 20530
                Phone: (202) 252-7249
                sarah.santiago2@usdoj.gov

CERTIFICATE OF SERVICE

      On this 30th day of June 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                        /s/ *Sarah C. Santiago*
                                        Sarah C. Santiago
                                        Assistant United States Attorney
                                        G.A. Bar No. 724304
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 252-7249
                                        sarah.santiago2@usdoj.gov