AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>SANDRA S. WEYER<br>a/k/a: SANDRA SUZANNE POMEROY<br>a/k/a: SANDY POMEROY WEYER<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br> Case: 1:21-mj-00483<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 6/21/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sandy S.Weyer                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1512(c)(2) and 2 (Obstruction of Proceedings, Aid and Abet)
18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Violent Entry or Disorderly Conduct)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing a Capitol Building)

Date:   06/24/2021

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/24/2021 , and the person was arrested on *(date)* 06/28/2021 <br>at *(city and state)* MECHANICSBURG, PA . <br><br>Date: 06/28/2021                     *Arresting officer's signature*<br><br>SPECIAL AGENT DANIEL HORCASITAS<br>*Printed name and title* |

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

|  |  |
|---|---|
| United States of America<br>v.<br>SANDRA S. WEYER<br>a/k/a: SANDRA SUZANNE POMEROY<br>a/k/a: SANDY POMEROY WEYER<br>DOB: ▮▮▮▮<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21−mj−00483
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) and 2 | (Obstruction of Proceedings, Aid and Abet) |
| 18 U.S.C. § 1752(a)(1) | (Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(D) | (Violent Entry or Disorderly Conduct) |
| 40 U.S.C. § 5104(e)(2)(G) | (Parading, Demonstrating, or Picketing a Capitol Building) |

This criminal complaint is based on these facts:

See attached affidavit.

❐ Continued on the attached sheet.

_____
*Complainant's signature*

Jared Horan, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____ 06/24/2021 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

**I, Jared Horan, being first duly sworn, hereby depose and states as follows:**

### PURPOSE OF THE AFFIDAVIT

1. This affidavit is submitted in support of a Criminal Complaint for SANDY POMEROY WEYER (hereinafter "Weyer"), charging violations of 18 U.S.C. § § 1512(c)(2) and 2; 18 U.S.C. §§ 1752(a)(1) and (2); and 40 U.S.C. §§ 5104(e)(2)(D) and (G).

### BACKGROUND OF AFFIANT

2. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been in this position since 2016. I am currently assigned to a squad that investigates criminal enterprises and violent gangs for the Washington Field Office. I have training and experience in the areas of violent crimes, gang-related criminal activity, interviews and interrogations, evidence recovery, and source recruitment.

3. Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

### STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

#### *Background – The U.S. Capitol on January 6, 2021*

4. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed

1

to members of the public.

5. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6. As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

7. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

8. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

9. After the U.S. Capitol was breached, United States Capitol Police (USCP) requested assistance from law enforcement agencies in the area to protect the Capitol, keep people from entering the Capitol, and expel the crowd that was inside the Capitol. Multiple officers with the Metropolitan Police Department and other law enforcement officers came to assist.

10. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

11. News coverage of January 6, 2021, documented numerous attacks on members of the news media who were present to cover the events at, around, and in the U.S. Capitol building. These included reports of members of the news media being harassed, threatened, robbed, and assaulted based on their perceived roles as journalists, and equipment belonging to several news organizations was stolen, damaged, and/or destroyed.

### Facts Specific to This Complaint

As described herein, Weyer not only unlawfully entered the U.S. Capitol on January 6, 2021, but also engaged in obstructive conduct while in the U.S. Capitol.

### *Assault on a NY Times Photographer*

12. On January 10, 2021, a photographer for the *New York Times*, a credentialed member of the news media (MONM) who was lawfully working at the U.S. Capitol on January 6,

2021, was interviewed by law enforcement about the events at the U.S. Capitol on January 6, 2021 (hereinafter, "MONM victim"). According to the statement she gave to law enforcement, the MONM victim was in the Capitol building, near the ceremonial entrance to the Capitol rotunda performing her official duties when approximately four to five men approached her. According to her, one of the men asked the MONM victim, "who do you shoot for?" According to the MONM victim, she did not respond to the question and one of the male suspects reached into her vest and removed her press credentials. According to the MONM victim, once the men saw the credentials were from the *New York Times*, the men become agitated and angry.

13.     According to the statement provided to law enforcement, the men then pushed the MONM victim to the ground, taking her camera. While on the ground, she continued to fight the men off and began to scream loudly for help. After she screamed, the males began to walk away. According to the MONM victim, she got up, chased after the men, and grabbed the backpack of one of the men in an effort to get her camera back. According to the MONM victim, she told the men, "give me my camera back, that's my livelihood," however, one of the men again pushed the MONM victim away as the men fled the Capitol.

14.     On or about January 13, 2021, the FBI obtained surveillance video from U.S. Capitol Police of this incident inside the U.S. Capitol on January 6, 2021. Based on my experience and review, I believe that this surveillance video corroborates the actions as described by the MONM victim in paragraphs 12 and 13, above.

### *Identification of Sandy Pomeroy Weyer*

15.     As depicted on U.S. Capitol surveillance footage (see first image below), at approximately 2:42:53 p.m., while the MONM victim is being assaulted, a white middle-aged female, with auburn hair in a loose-fitted ponytail, wearing a red hoodie-style sweatshirt with the

4

words "2020 Trump" written in white on the front of the sweatshirt appears at the bottom of the staircase.





16.    As depicted in images above, the woman has a jacket tied around her waist, a cross-

body bag, and a cell phone in her right hand.  Initially, the woman appears to be staring at the top of the staircase in the direction of the landing.  The woman then runs up toward the top of the staircase to the landing area.  As depicted in the image above, at approximately, 2:43:06 p.m. the MONM victim runs down the staircase toward two of the men who assaulted and robbed her of her camera.  The woman in the red sweatshirt has a cell phone in her right hand and is taking video of the MONM victim running down the stairs after the assault and theft.  The woman in the red sweatshirt continues to film the interaction between the MONM victim and the two male individuals as the MONM victim attempts to retrieve her camera.  Based on my review of the surveillance footage, it is apparent that the woman in the red sweatshirt is taking a video and that it appears to be taken via a social media platform, such as Facebook provides.

17.    On January 7, 2021, the FBI received a tip through the FBI Office of Public Affairs Digital Media Tips website. The tipster, whose identity is known to the government, provided a screen capture of a photograph posted on Facebook that appears to have been taken outside the U.S. Capitol on (what appears to be) January 6, 2021.  (See image below.)  The photo is of six individuals, including a white middle-aged female, with auburn hair in a loose-fitted ponytail, wearing a red hoodie-style sweatshirt with the words "2020 Trump" written on the front of the sweatshirt.  Along with the screen capture, the tipster also included the following:

> "Sandy Pomeroy Weyer entered in the Capitol on Jan 6th with . . .
> I have screen shots of Sandy stating she stormed the Capitol. She
> also had a live however Facebook took it down. sandy also stated
> she has no fear when asked if gets in trouble with the police."

The Facebook profile provided by the tipster indicated the subject was Sandy Pomeroy Weyer with a Facebook name: "Sandy Pomeroy Weyer."  Based on my visual comparison between the Facebook photo, provided by the tipster, and the surveillance video of the subject in the red sweatshirt, the person in these images appear to be the same. Additionally, the clothing,

complexion, hairstyle, and accessories of the person in the Facebook profile provided by the tipster appeared to match the person in the surveillance video described above.

 **Sandy Pomeroy Weyer**
51 mins · 🌐

Anyone know how to recover live video feed that Facebook removed?

😮🤬👍 9                    23 Comments

👍 Like                    ↗ Share

 **Sandy Pomeroy Weyer** is with ▮▮▮▮▮▮ ···
and **2 others** in **Washington D.C.**
Yesterday at 10:24 PM · Washington D.C. · 🌐



|||          ⬜          ‹

18. I have reviewed a copy of a driver's license photo of Sandra S. Weyer residing at in Mechanicsburg, PA 17050. I have compared it with photos and videos taken at the U.S. Capitol on January 6, 2021. Based on my review, I conclude the individual in the driver's license photo of Sandra S. Weyer appears to have similar physical characteristics as the individual who was present inside the U.S. Capitol on January 6, 2021, as shown above in paragraphs 15 and 17.

19. On or around January 29, 2021, law enforcement received records from Facebook for accounts associated with "Sandy Pomeroy Weyer." Facebook records identified two associated accounts. Facebook records also identified phone number +1717802XXXX as being affiliated with the accounts.

20. On February 11, 2021, Facebook provided subscriber information for one account which listed a registration date of February 28, 2017, and a closure date of January 9, 2021. The name associated with the account is listed as Sandy Pomeroy Weyer and the account was verified, meaning the account holder responded to a text message sent to the telephone number +1717802XXXX. On February 11, 2021, Facebook also provided subscriber information for another account, which listed a registration date of January 8, 2021 – one day prior to the deletion of the account associated with Sandy Pomeroy Weyer. The name associated with the new account is listed as Sandy Sue and the account was verified on January 8, 2021 using the cell phone number +1717802XXXX – the same phone number used to verify the account associated with Sandy Pomeroy Weyer.

21. According to records obtained through a search warrant, on January 6, 2021, in and around the time of the incident, the cellphone associated +1717802XXXX was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building.

22.    I have reviewed the search warrant return from a warrant authorized by a magistrate judge in the District of Columbia for the Facebook accounts associated with Weyer. The account includes several postings regarding her intent in traveling to the United States Capitol and participating in the events of that day, including the riot at the U.S. Capitol. In addition, the account includes several lengthy videos which were live-streamed by Weyer on January 6, 2021.

23.    For example, on or about on January 6, 2021 at 11:53:21 UTC, Weyer posted a photograph of her and other individuals in what appeared to be a vehicle with the status "Patriots on the way to Washington, DC."

24.    On or about on January 7, 2021, at 3:22:41 UTC, Weyer uploaded a photograph of what appears to be her and some of the same individuals who were in the earlier photo, outside the U.S. Capitol. Under the photograph, Weyer's account had a text exchange with multiple other accounts, to include some but not all of, the following:

- Text to Sandy Pomeroy Weyer: "did u see the woman that got shot";

- Text to Sandy Pomeroy Weyer from User W.D.: "Hope u guys had nothing to do with the riots they were all hoodlums And traitors";

- User Sandy Pomeroy Weyer response to User W.D.: "I seen no riots. I saw Patriots sick of being lied to and the election being stolen from us! I saw no violence from the Patriots!";

- User Sandy Pomeroy Weyer to another user: "I did what needed to be done! I'm happy."

25.    On or about on January 6, 2021, and January 7, 2021, Weyer's account had the following chat exchange with Facebook user C.H.:

From C.H.: "Sandy lost your live feed. FBI on the way. Here are some pictures. The Patriot

10

in the office is in Pelosi chair. Not a good thing for the majority of us that wanted a peaceful protest."

Sandy Pomeroy Weyer: "I didn't see any Trump supporters rioting or being violent. Now that doesn't mean that didn't happen but I only saw Patriots that are sick and tired of being lied to and having the vote stolen from us. We may have broken through the barricades and the doors to the Capitol...but I know that my group was not violent or rioting and I didn't see any other Patriots rioting or being violent."

26. In another Facebook exchange on or around January 7, 2021, Weyer replied to a comment on a post from RM regarding the removal of materials Weyer posted on January 6, 2021, to her Facebook account:

"[y]es FB removed them. I got one back from a friend but I would like all them since I was right up front. The truth is on those videos!"

27. I have also reviewed the videos associated with Weyer's account that were recorded on January 6, 2021. In one video, Weyer is outside the doors to the East Rotunda at the U.S. Capitol encouraging the crowd as it attempts to breach the doors at that entrance. She comments that the crowd had breached the barricades, and that she was at the U.S. Capitol. She joins the crowd in chanting: "STOP THE STEAL" and says, "taking our country back."

28. In another video recorded from outside the U.S. Capitol on January 6, 2021, Weyer repeatedly joins the crowd in saying "LET US IN" and states that the crowd is trying to "break the fucking doors down." Later in the same video, she joins the chant to "BREAK THAT DOOR."

29. In another video, recorded from inside the U.S. Capitol on January 6, 2021, Weyer starts up the stairs near the East Rotunda entrance. As Weyer gets to the lower landing of the staircase, she records the assault on the MONM victim, who can be heard screaming for

approximately 10 seconds in the video. Weyer's video also captures the MONM victim getting up after being assaulted by several men on the upper landing. Weyer yells: "GET THE FUCK OUT" as the MONM victim descends the stairwell going toward her assailants. Weyer then yells: "FUCKING TRAITOR, GET THE FUCK OUT" as the MONM victim continues to descend the stairwell and attempts to grab at the backpack of her assailants and is pushed backward. Weyer's video then captures the MONM victim as she makes a second attempt to grab at the backpack of her assailants as they descend the stairwell. Weyer can be heard yelling: "GET HER OUT, MACE HER" as the MONM victim is again pushed back by her assailants as they flee.

30. In another video, recorded outside the Capitol following the assault on the MONM victim, Weyer appears to be responding to comments on her Facebook Live feed and states "[t]he woman who was screaming in the Capitol was, um, anti-Trump, let's put it that way, that's why they removed her."

*Probable Cause*

31. Based on the foregoing, your affiant submits that there is probable cause to believe that SANDY POMEROY WEYER violated 18 U.S.C. § 1752(a)(1),and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building

or grounds so restricted in conjunction with an event designated as a special event of national significance.

32.     Your affiant submits there is also probable cause to believe that SANDY POMEROY WEYER violated 40 U.S.C. § 5104(e)(2)(D)  and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress;  and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

33.     Your affiant submits that there is also probable cause to believe that SANDY POMEROY WEYER violated 18 U.S.C. § 1512(c)(2) and § 2, which makes it a crime to corruptly obstruct, influence, or impede any official proceeding, including a proceeding of Congress, or make an attempt to do so, and aid and abet in doing so.

_____
SPECIAL AGENT JARED HORAN
FEDERAL BUREAU OF INVESTIGATION


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of June 2021.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:21−mj−00483 |
| v. | ) | Assigned To : Meriweather, Robin M. |
| SANDRA S. WEYER | ) | Assign. Date : 6/21/2021 |
| a/k/a: SANDRA SUZANNE POMEROY | ) | Description: Complaint w/ Arrest Warrant |
| a/k/a: SANDY POMEROY WEYER | ) | |
| _____ | ) | |
| *Defendant* | | |

# ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Sandy S.Weyer                                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1512(c)(2) and 2 (Obstruction of Proceedings, Aid and Abet)
   18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds)
   18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
   40 U.S.C. § 5104(e)(2)(D) (Violent Entry or Disorderly Conduct)
   40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing a Capitol Building)

Date:    06/24/2021                                        _____
                                                                                 *Issuing officer's signature*

City and state:    Washington, D.C.                           Robin M. Meriweather, U.S. Magistrate Judge
                                                                                 *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____                    _____<br>                                                                 *Arresting officer's signature*<br><br>                                                                 _____<br>                                                                 *Printed name and title* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:** | Case: 1:21−mj−00483 |
| | : | | Assigned To : Meriweather, Robin M. |
| **v.** | : | | Assign. Date : 6/21/2021 |
| | : | **VIOLATIONS:** | Description: Complaint w/ Arrest Warrant |
| | : | | |
| **SANDRA S. WEYER** | : | | |
| **a/k/a: SANDRA SUZANNE POMEROY** | : | | |
| **a/k/a: SANDY POMEROY WEYER,** | : | | |
| **Defendant** | : | | |

**18 U.S.C. § 1512(c)(2) and 2 (Obstruction
of Proceedings, Aid and Abet)
18 U.S.C. § 1752(a)(1)
(Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2)
(Disorderly and Disruptive Conduct in a
Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D)
(Violent Entry or Disorderly Conduct)
40 U.S.C. § 5104(e)(2)(G)
(Parading, Demonstrating, or Picketing a
Capitol Building)**

## ORDER

This matter having come before the Court pursuant to the application of the United States
to seal, the Court finds that, because of such reasonable grounds to believe the disclosure of the
complaint and associated filings will result in flight from prosecution, destruction of or
tampering with evidence, and serious jeopardy to the investigation, the United States has
established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.


Date: June 24, 2021

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00483 |
| SANDRA S. WEYER | ) | Assigned To : Meriweather, Robin M. |
| a/k/a: SANDRA SUZANNE POMEROY | ) | Assign. Date : 6/21/2021 |
| a/k/a: SANDY POMEROY WEYER | ) | Description: Complaint w/ Arrest Warrant |
| DOB: 09/08/1963 | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1512(c)(2) and 2 | (Obstruction of Proceedings, Aid and Abet) |
| 18 U.S.C. § 1752(a)(1) | (Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(D) | (Violent Entry or Disorderly Conduct) |
| 40 U.S.C. § 5104(e)(2)(G) | (Parading, Demonstrating, or Picketing a Capitol Building) |

This criminal complaint is based on these facts:

See attached affidavit.

❐ Continued on the attached sheet.

_____
*Complainant's signature*

_____Jared Horan, FBI Special Agent_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____06/24/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____ _____Robin M. Meriweather, U.S. Magistrate Judge_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

**I, Jared Horan, being first duly sworn, hereby depose and states as follows:**

### PURPOSE OF THE AFFIDAVIT

1. This affidavit is submitted in support of a Criminal Complaint for SANDY POMEROY WEYER (hereinafter "Weyer"), charging violations of 18 U.S.C. § § 1512(c)(2) and 2; 18 U.S.C. §§ 1752(a)(1) and (2); and 40 U.S.C. §§ 5104(e)(2)(D) and (G).

### BACKGROUND OF AFFIANT

2. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been in this position since 2016. I am currently assigned to a squad that investigates criminal enterprises and violent gangs for the Washington Field Office. I have training and experience in the areas of violent crimes, gang-related criminal activity, interviews and interrogations, evidence recovery, and source recruitment.

3. Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

### STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

#### *Background – The U.S. Capitol on January 6, 2021*

4. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed

1

to members of the public.

5.     On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6.     As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

7.     At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

8.     Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

9.      After the U.S. Capitol was breached, United States Capitol Police (USCP) requested assistance from law enforcement agencies in the area to protect the Capitol, keep people from entering the Capitol, and expel the crowd that was inside the Capitol. Multiple officers with the Metropolitan Police Department and other law enforcement officers came to assist.

10.     During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

11.     News coverage of January 6, 2021, documented numerous attacks on members of the news media who were present to cover the events at, around, and in the U.S. Capitol building. These included reports of members of the news media being harassed, threatened, robbed, and assaulted based on their perceived roles as journalists, and equipment belonging to several news organizations was stolen, damaged, and/or destroyed.

### Facts Specific to This Complaint

As described herein, Weyer not only unlawfully entered the U.S. Capitol on January 6, 2021, but also engaged in obstructive conduct while in the U.S. Capitol.

### *Assault on a NY Times Photographer*

12.     On January 10, 2021, a photographer for the *New York Times*, a credentialed member of the news media (MONM) who was lawfully working at the U.S. Capitol on January 6,

3

2021, was interviewed by law enforcement about the events at the U.S. Capitol on January 6, 2021 (hereinafter, "MONM victim"). According to the statement she gave to law enforcement, the MONM victim was in the Capitol building, near the ceremonial entrance to the Capitol rotunda performing her official duties when approximately four to five men approached her. According to her, one of the men asked the MONM victim, "who do you shoot for?" According to the MONM victim, she did not respond to the question and one of the male suspects reached into her vest and removed her press credentials. According to the MONM victim, once the men saw the credentials were from the *New York Times*, the men become agitated and angry.

13.     According to the statement provided to law enforcement, the men then pushed the MONM victim to the ground, taking her camera. While on the ground, she continued to fight the men off and began to scream loudly for help. After she screamed, the males began to walk away. According to the MONM victim, she got up, chased after the men, and grabbed the backpack of one of the men in an effort to get her camera back.  According to the MONM victim, she told the men, "give me my camera back, that's my livelihood," however, one of the men again pushed the MONM victim away as the men fled the Capitol.

14.     On or about January 13, 2021, the FBI obtained surveillance video from U.S. Capitol Police of this incident inside the U.S. Capitol on January 6, 2021. Based on my experience and review, I believe that this surveillance video corroborates the actions as described by the MONM victim in paragraphs 12 and 13, above.

### Identification of Sandy Pomeroy Weyer

15.     As depicted on U.S. Capitol surveillance footage (see first image below), at approximately 2:42:53 p.m., while the MONM victim is being assaulted, a white middle-aged female, with auburn hair in a loose-fitted ponytail, wearing a red hoodie-style sweatshirt with the

words "2020 Trump" written in white on the front of the sweatshirt appears at the bottom of the staircase.





16.    As depicted in images above, the woman has a jacket tied around her waist, a cross-

body bag, and a cell phone in her right hand. Initially, the woman appears to be staring at the top of the staircase in the direction of the landing. The woman then runs up toward the top of the staircase to the landing area. As depicted in the image above, at approximately, 2:43:06 p.m. the MONM victim runs down the staircase toward two of the men who assaulted and robbed her of her camera. The woman in the red sweatshirt has a cell phone in her right hand and is taking video of the MONM victim running down the stairs after the assault and theft. The woman in the red sweatshirt continues to film the interaction between the MONM victim and the two male individuals as the MONM victim attempts to retrieve her camera. Based on my review of the surveillance footage, it is apparent that the woman in the red sweatshirt is taking a video and that it appears to be taken via a social media platform, such as Facebook provides.

17.     On January 7, 2021, the FBI received a tip through the FBI Office of Public Affairs Digital Media Tips website. The tipster, whose identity is known to the government, provided a screen capture of a photograph posted on Facebook that appears to have been taken outside the U.S. Capitol on (what appears to be) January 6, 2021. (See image below.) The photo is of six individuals, including a white middle-aged female, with auburn hair in a loose-fitted ponytail, wearing a red hoodie-style sweatshirt with the words "2020 Trump" written on the front of the sweatshirt. Along with the screen capture, the tipster also included the following:

> "Sandy Pomeroy Weyer entered in the Capitol on Jan 6th with . . .
> I have screen shots of Sandy stating she stormed the Capitol. She
> also had a live however Facebook took it down. sandy also stated
> she has no fear when asked if gets in trouble with the police."

The Facebook profile provided by the tipster indicated the subject was Sandy Pomeroy Weyer with a Facebook name: "Sandy Pomeroy Weyer." Based on my visual comparison between the Facebook photo, provided by the tipster, and the surveillance video of the subject in the red sweatshirt, the person in these images appear to be the same. Additionally, the clothing,

6

complexion, hairstyle, and accessories of the person in the Facebook profile provided by the tipster appeared to match the person in the surveillance video described above.

 **Sandy Pomeroy Weyer**
51 mins · 🌐

Anyone know how to recover live video feed that Facebook removed?

😮🤬👍 9                                    23 Comments

👍 Like                          ➤ Share

 **Sandy Pomeroy Weyer** is with ▮▮▮▮▮▮ ···
and **2 others** in **Washington D.C.**
Yesterday at 10:24 PM · Washington D.C. · 🌐



||| ◯ ‹

18.　　I have reviewed a copy of a driver's license photo of Sandra S. Weyer residing at in Mechanicsburg, PA 17050.  I have compared it with photos and videos taken at the U.S. Capitol on January 6, 2021.  Based on my review, I conclude the individual in the driver's license photo of Sandra S. Weyer appears to have similar physical characteristics as the individual who was present inside the U.S. Capitol on January 6, 2021, as shown above in paragraphs 15 and 17.

19.　　On or around January 29, 2021, law enforcement received records from Facebook for accounts associated with "Sandy Pomeroy Weyer."  Facebook records identified two associated accounts. Facebook records also identified phone number +1717802XXXX as being affiliated with the accounts.

20.　　On February 11, 2021, Facebook provided subscriber information for one account which listed a registration date of February 28, 2017, and a closure date of January 9, 2021.  The name associated with the account is listed as Sandy Pomeroy Weyer and the account was verified, meaning the account holder responded to a text message sent to the telephone number +1717802XXXX.  On February 11, 2021, Facebook also provided subscriber information for another account, which listed a registration date of January 8, 2021 – one day prior to the deletion of the account associated with Sandy Pomeroy Weyer.  The name associated with the new account is listed as Sandy Sue and the account was verified on January 8, 2021 using the cell phone number +1717802XXXX – the same phone number used to verify the account associated with Sandy Pomeroy Weyer.

21.　　According to records obtained through a search warrant, on January 6, 2021, in and around the time of the incident, the cellphone associated +1717802XXXX was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building.

22.     I have reviewed the search warrant return from a warrant authorized by a magistrate judge in the District of Columbia for the Facebook accounts associated with Weyer. The account includes several postings regarding her intent in traveling to the United States Capitol and participating in the events of that day, including the riot at the U.S. Capitol. In addition, the account includes several lengthy videos which were live-streamed by Weyer on January 6, 2021.

23.     For example, on or about on January 6, 2021 at 11:53:21 UTC, Weyer posted a photograph of her and other individuals in what appeared to be a vehicle with the status "Patriots on the way to Washington, DC."

24.     On or about on January 7, 2021, at 3:22:41 UTC, Weyer uploaded a photograph of what appears to be her and some of the same individuals who were in the earlier photo, outside the U.S. Capitol. Under the photograph, Weyer's account had a text exchange with multiple other accounts, to include some but not all of, the following:

- Text to Sandy Pomeroy Weyer: "did u see the woman that got shot";

- Text to Sandy Pomeroy Weyer from User W.D.: "Hope u guys had nothing to do with the riots they were all hoodlums And traitors";

- User Sandy Pomeroy Weyer response to User W.D.: "I seen no riots. I saw Patriots sick of being lied to and the election being stolen from us! I saw no violence from the Patriots!";

- User Sandy Pomeroy Weyer to another user: "I did what needed to be done! I'm happy."

25.     On or about on January 6, 2021, and January 7, 2021, Weyer's account had the following chat exchange with Facebook user C.H.:

From C.H.: "Sandy lost your live feed. FBI on the way. Here are some pictures. The Patriot

10

in the office is in Pelosi chair. Not a good thing for the majority of us that wanted a peaceful protest."

Sandy Pomeroy Weyer: "I didn't see any Trump supporters rioting or being violent. Now that doesn't mean that didn't happen but I only saw Patriots that are sick and tired of being lied to and having the vote stolen from us. We may have broken through the barricades and the doors to the Capitol...but I know that my group was not violent or rioting and I didn't see any other Patriots rioting or being violent."

26.     In another Facebook exchange on or around January 7, 2021, Weyer replied to a comment on a post from RM regarding the removal of materials Weyer posted on January 6, 2021, to her Facebook account:

"[y]es FB removed them.  I got one back from a friend but I would like all them since I was right up front.  The truth is on those videos!"

27.     I have also reviewed the videos associated with Weyer's account that were recorded on January 6, 2021. In one video, Weyer is outside the doors to the East Rotunda at the U.S. Capitol encouraging the crowd as it attempts to breach the doors at that entrance. She comments that the crowd had breached the barricades, and that she was at the U.S. Capitol. She joins the crowd in chanting: "STOP THE STEAL" and says, "taking our country back."

28.     In another video recorded from outside the U.S. Capitol on January 6, 2021, Weyer repeatedly joins the crowd in saying "LET US IN" and states that the crowd is trying to "break the fucking doors down." Later in the same video, she joins the chant to "BREAK THAT DOOR."

29.     In another video, recorded from inside the U.S. Capitol on January 6, 2021, Weyer starts up the stairs near the East Rotunda entrance. As Weyer gets to the lower landing of the staircase, she records the assault on the MONM victim, who can be heard screaming for

11

approximately 10 seconds in the video. Weyer's video also captures the MONM victim getting up after being assaulted by several men on the upper landing. Weyer yells: "GET THE FUCK OUT" as the MONM victim descends the stairwell going toward her assailants. Weyer then yells: "FUCKING TRAITOR, GET THE FUCK OUT" as the MONM victim continues to descend the stairwell and attempts to grab at the backpack of her assailants and is pushed backward. Weyer's video then captures the MONM victim as she makes a second attempt to grab at the backpack of her assailants as they descend the stairwell. Weyer can be heard yelling: "GET HER OUT, MACE HER" as the MONM victim is again pushed back by her assailants as they flee.

30. In another video, recorded outside the Capitol following the assault on the MONM victim, Weyer appears to be responding to comments on her Facebook Live feed and states "[t]he woman who was screaming in the Capitol was, um, anti-Trump, let's put it that way, that's why they removed her."

## *Probable Cause*

31. Based on the foregoing, your affiant submits that there is probable cause to believe that SANDY POMEROY WEYER violated 18 U.S.C. § 1752(a)(1),and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building

or grounds so restricted in conjunction with an event designated as a special event of national significance.

32. Your affiant submits there is also probable cause to believe that SANDY POMEROY WEYER violated 40 U.S.C. § 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

33. Your affiant submits that there is also probable cause to believe that SANDY POMEROY WEYER violated 18 U.S.C. § 1512(c)(2) and § 2, which makes it a crime to corruptly obstruct, influence, or impede any official proceeding, including a proceeding of Congress, or make an attempt to do so, and aid and abet in doing so.

_____
SPECIAL AGENT JARED HORAN
FEDERAL BUREAU OF INVESTIGATION


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of June 2021.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America

v.

SANDRA S. WEYER
a/k/a: SANDRA SUZANNE POMEROY
a/k/a: SANDY POMEROY WEYER

*Defendant*

)
)
)
)
)

Case: 1:21−mj−00483
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

# ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Sandy S.Weyer                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) and 2 (Obstruction of Proceedings, Aid and Abet)
18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Violent Entry or Disorderly Conduct)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing a Capitol Building)

Date:   06/24/2021

_____
*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____            _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Sandra S. Weyer

Known aliases:    Sandra Suzanne Pomeroy; Sandy Pomeroy; Sandra Pomeroy

Last known residence:    21 Bare Road, Mechanicsburg, PA 17050

Prior addresses to which defendant/offender may still have ties:    105 West Main Street, Mechanicsburg, PA 17055

Last known employment:    N/A

Last known telephone numbers:    717-802-2147

Place of birth:    PA

Date of birth:    09/08/1963

Social Security number:    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

Height:    5'3"                                             Weight:    117

Sex:    Female                                          Race:    White

Hair:    Brown                                           Eyes:    Brown

Scars, tattoos, other distinguishing marks:    SC R Arm SC Chin SC L Eye SC L FGR SC FHD SC L LEG SC R LEG

History of violence, weapons, drug use:    N/A

Known family, friends, and other associates *(name, relation, address, phone number)*:    Franklin James Weyer -
21 Bare Road, Mechanicsburg PA 1705

FBI number:    542731X7

Complete description of auto:    N/A

Investigative agency and address:    FBI-WFO
601 4th Street NW
Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*:    N/A

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
JUN 28 2021
PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-MJ-00066 |
| SANDRA S. WEYER | ) | |
| | ) | Charging District's Case No. 1:21-MJ=00483 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*      District of Columbia      .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒     an identity hearing and production of the judgment, warrant, and warrant application.

☒     a preliminary hearing.

☒     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   6/28/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

FRANK C. SCUZIS
_____
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-MJ-00066 |
| | ) | |
| SANDRA S. WEYER | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-MJ-00483 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: United States District Court, 333 Constitution Avenue, Washington, DC 20001<br>Before Magistrate Judge G. Michael Harvey | Courtroom No.: via ZOOM Videoconference |
| | Date and Time: July 1, 2021 at 1:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  06/28/2021

S/Susan E. Schwab

*Judge's signature*

Susan E. Schwab, United States Magistrate Judge

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

*Redacted*

FILED
HARRISBURG, PA
JUN 28 2021
PER _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:21-MJ-00066 |
| SANDRA S. WEYER | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   as directed by the court
_____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( [ ] ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____

Custodian    Date

(X) (7) The defendant must:

(X) (a) submit to supervision by and report for supervision to the *Pretrial Services Officer*

telephone number    717-901-2860    , no later than _____

(X) (b) continue or actively seek employment.

( [ ] ) (c) continue or start an education program.

(X) (d) surrender any passport to: *Clerk of Court*

( [ ] ) (e) not obtain a passport or other international travel document.

(X) (f) abide by the following restrictions on personal association, residence, or travel: *Middle District of Pennsylvania + Maryland/District of Columbia for court purposes only; + as pre-*

(X) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, *approval by pretrial services officer*

including:

( [ ] ) (h) get medical or psychiatric treatment: _____

( [ ] ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( [ ] ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(X) (k) not possess a firearm, destructive device, or other weapon, *+ Transfer firearms to a suitable 3rd*

(X) (l) not use alcohol ( [ ] ) at all (X) ) excessively. *party + provide documentation to the probation officer as directed*

(X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( [ ] ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( [ ] ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( [ ] ) (i) **Curfew.** You are restricted to your residence every day ( [ ] ) from _____ to _____ , or ( [ ] ) as directed by the pretrial services office or supervising officer; or

( [ ] ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( [ ] ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( [ ] ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( [ ] ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or

    ( ☐ ) (ii)  Voice Recognition; or

    ( ☐ ) (iii) Radio Frequency; or

    ( ☐ ) (iv) GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t)  *Do not enter any Federal Buildings unless supervision related or for court purposes.*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_Sancha Weyer_
_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _6/28/21_                                    _N.E. Schwab_
                                                   _____
                                                   Judicial Officer's Signature

                                                   _Susan E. Schwab, United States Magistrate Judge_
                                                   _____
                                                   Printed name and title

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:21-MJ-00066 |
| SANDRA S. WEYER | ) | |
| | ) | |
| *Defendant* | ) | |

**FILED**
**HARRISBURG, PA**
**JUN 28 2021**
**PER____**
**DEPUTY CLERK**

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   as directed by the court

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
Custodian   Date

( ☒ ) (7) The defendant must:
( ☒ ) (a) submit to supervision by and report for supervision to the *Pretrial Services Officer*
telephone number    717-901-2860    , no later than _____.
( ☒ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☒ ) (d) surrender any passport to: *Clerk of Court*
( ☒ ) (e) not obtain a passport or other international travel document.
( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: *Middle District of Pennsylvania + Maryland/District of Columbia for court purposes only; & as pre-approved by pretrial services officer*
( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☒ ) (k) not possess a firearm, destructive device, or other weapon, *+ Transfer firearms to a suitable 3rd*
( ☒ ) (l) not use alcohol ( ☐ ) at all ( ☒ ) excessively. *party + provide documentation to the probation officer as directed*
( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed: _____

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☐ ) (ii)   Voice Recognition; or

( ☐ ) (iii)  Radio Frequency; or

( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t)  _Do not enter any Federal Buildings unless supervision related or for Court purposes_

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Sancha Weyer_
_____
Defendant's Signature

MECHANICSBURG  PA
_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _6/28/21_                            _SE Schwab_
                                           _____
                                           Judicial Officer's Signature

                                           Susan E. Schwab, United States Magistrate Judge
                                           _____
                                           Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00066-SES All Defendants *SEALED*
## Internal Use Only

Case title: USA v. SEALED            Date Filed: 06/28/2021
Other court case number: 1:21-MJ-00483 District of Columbia

Assigned to: Magistrate Judge Susan E.
Schwab

### Defendant (1)

**Sandra S. Weyer**        represented by    **Frank C. Sluzis**
*a/k/a Sandra Suzanne Pomeroy, a/k/a*             Scaringi & Scaringi, P.C.
*Sandy Pomeroy Weyer*                         2000 Linglestown Road
                                         Suite 106
                                         Harrisburg, PA 17110
                                         717-657-7770
                                         Fax: 717-657-7797
                                         Email: frank@scaringilaw.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Retained*

### Pending Counts                             Disposition

None

### Highest Offense Level (Opening)

None

### Terminated Counts                       Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints                                   Disposition

18:1512(c)(2)&2 Obstruction of
Proceedings

### Plaintiff

**USA**                   represented by   **Michael A. Consiglio**
U.S. Attorney's Office
Federal Building
Suite 220
228 Walnut Street
Harrisburg, PA 17108-1754
717-221-4482
Email: michael.consiglio@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2021 | 1 | SEALED COMPLAINT as to Sandra S. Weyer (1). (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 🔒 2 | AFFIDAVIT in Support. (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 🔒 3 | *SEALED* Arrest Warrant Issued by Magistrate Judge Robin M. Meriweather (District of Columbia) as to Sandra S. Weyer. (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 🔒🔒 4 | *SEALED* SEALED DOCUMENT(S) as to Sandra S. Weyer (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 🔒 5 | (Court only) Minute Entry from Rule 40 proceedings held before Magistrate Judge Susan E. Schwab as to deft Sandra S. Weyer on 6/28/2021. Deft present w/ retained cnsl Sluzis, s/p arrest on DCD complaint. Deft confirms review of complaint,warrant w/ cnsl, waives formal reading. AUSA summary of charges, penalties. Ct advises deft of her rights. Deft waives ID & PH. Govt does not seek detn. Ct orders deft to appear in USDC DCD for IA via ZOOM on 7/1/21 @ 1:00 p.m. b. MJ G. Michael Harvey. Ct orders deft released on PTS w/ mx CORs. Total Time in Court [:14] (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 6 | WAIVER of ID, Preliminary Hearing as to Sandra S. Weyer. (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 7 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Sandra S. Weyer Place: via ZOOM DCD before Magistrate Judge G. Michael Harvey, on 7/1/2021 @ 01:00 PM. (See order for complete details.)Signed by Magistrate Judge Susan E. Schwab on 6/28/21. (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 8 | ORDER Setting Conditions of Release (REDACTED) as to Sandra S. Weyer. Signed by Magistrate Judge Susan E. Schwab on 6/28/21. (ki) (Entered: 06/28/2021) |
| 06/28/2021 | 🔒 9 | SEALED OSCR. (ki) (Entered: 06/28/2021) |