IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-CR-00368-JDB |
| | ) | |
| | ) | |
| JODY TAGARIS. | ) | |

**DECLARATION OF JEFF T. GORMAN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Jeff T. Gorman, hereby declare;

1. My name, office address, and telephone number are as follows:

    JEFF T. GORMAN, Esquire
    47 SE Ocean Blvd.
    Stuart, FL 34994
    (772) 888-8888 (P)
    (772) 220-4114 (F)

2. I have been admitted to the following courts and bars: The Florida Bar, Southern District of Florida and the Middle District of Florida.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted *pro hac vice* in this Court, in the last two years, or otherwise.

1

5.   I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jeff T. Gorman, Esq.

_____
Date  7/8/2021

2