IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-MJ-00483-(RMM) |
| | ) | |
| | ) | |
| SANDRA S. WEYER, DEFENDANT. | ) | |

**Motion for admission of attorney FRANK C. SLUZIS *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant, Sandra Weyer, moves for the admission and appearance of attorney Frank C. Sluzis *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Frank C. Sluzis, attorney, filed herewith. As set forth in Mr. Sluzis's declaration, he is admitted and an active member in good standing in the following courts and bars:

1. Pennsylvania Supreme Court; and

2. United States District Court for the Middle District of Pennsylvania; and

3. United States District Court for the Eastern District of Pennsylvania, Bar # 43829 as to all.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 19th day of July, 2021, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

/S/
Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-MJ-00483-(RMM) |
| | ) | |
| | ) | |
| SANDRA S. WEYER, defendant. | ) | |

**ORDER**

Pending before the Court is the motion of defendant SANDRA S. WEYER seeking admission of her attorney, Frank C. Sluzis, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Sluzis's *pro hac vice* admission to this Court.

SO ORDERED this _____ day of July, 2021.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

3