IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 21-MJ- 483(RMM) |
| ) | |
| ) | |
| SANDRA S. WEYER, DEFENDANT.  ) | |

**DECLARATION OF FRANK C. SLUZIS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Frank C. Sluzis hereby declare;

1. My name, office address, and telephone number are as follows:

    Frank C. Sluzis, Esquire, Scaringi Law, 2000 Linglestown Road, Suite 106,

    Harrisburg, PA 17110

    (717) 657-7770

2. I have been admitted to the following courts and bars:

    Pennsylvania Supreme Court; and

    United States District Court for the Middle District of Pennsylvania; and

    United States District Court for the Eastern District of Pennsylvania, Bar # 43829 as

    to all.

3. I am currently in good standing with all states, courts, and bars in which I am

    admitted. I have never been subject to discipline, nor have been disciplined by

1

any bar to which I am admitted or otherwise.

4. I have not been previously admitted *pro hac vice* in this Court, in the last two years, or otherwise.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

____/s/ Frank C. Sluzis_____
Frank C. Sluzis, Esquire