IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-MJ-483 (RMM) |
| | ) | |
| | ) | |
| SANDRA S. WEYER, defendant. | ) | |

**ORDER**

Pending before the Court is the motion of defendant SANDRA S. WEYER seeking admission of her attorney, Frank C. Sluzis, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Sluzis's *pro hac vice* admission to this Court.

SO ORDERED this 23rd day of July, 2021.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE