AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>SANDRA S. WEYER<br>*Defendant* | )<br>)<br>) Case No.  21-MJ-483 (RMM)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SANDRA S. WEYER

Date:   08/26/2021

/s/ Frank C. Sluzis
*Attorney's signature*

Frank C. Sluzis 43829
*Printed name and bar number*

SCARINGI LAW, 2000 LINGLESTOWN ROAD, STE. 106, HARRISBURG, PA 17110
*Address*

frank@scaringilaw.com
*E-mail address*

(717) 657-7770
*Telephone number*

(717) 657-7797
*FAX number*

CERTIFICATE OF SERVICE

I swear that on September 2, 2021 a copy of this notice was filed via the ECF and rules of this Court.

/s/ Frank C. Sluzis