**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

   **v.**

**SANDRA S. WEYER,**                            **CR NO. 21-MJ- 00483**

                            **Defendant.**

# ORDER

NOW, this _____ day of _____, 2021, upon consideration of Defendant's Motion for Continuance, IT IS HEREBY ORDERED that the Motion is GRANTED and the time between September 8, 2021 and the next hearing date shall continue to be excluded from the Speedy Trial Act.  The Status Hearing currently scheduled for September 8, 2021 at 1 pm is continued to _____, 2021 at \_\_\_ \_m.

                                          IT IS SO ORDERED.

Date:

                                          JUDGE
                                          United States District Court