**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

   **v.**

                                        **CR NO. 21-MJ- 00483**

**SANDRA S. WEYER,**

                                  **Defendant.**

## CERTIFICATE OF SERVICE BY ECF

Undersigned counsel certifies that, on the below date, he served the

attached Certificate of Concurrence to Motion for Continuance, via the Court's

ECF System to the United States Attorney.

Dated: September 2, 2021            /s/Frank C. Sluzis
                                          PA 43829
                                          Scaringi Law
                                          2000 Linglestown Road, Suite 106
                                          Harrisburg, PA 17110
                                          717-657-7770
                                          frank@scaringilaw.com