**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

  **v.**

                                         **CR NO. 21-MJ- 00483**

**SANDRA S. WEYER,**

                        **Defendant.**

**CERTIFICATE OF CONCURRENCE FOR**
**MOTION FOR CONTINUANCE**

I, Frank C. Sluzis, Esquire, hereby certify that, I sought the concurrence of Counsel, Sarah C. Santiago, Esquire, Assistant United States Attorney, to Defendant's Motion for Continuance and the government does not oppose this motion.

                                              Respectfully submitted,

                                              /s/ Frank C. Sluzis
                                              PA 43829
                                              Scaringi Law
                                              2000 Linglestown Road, Suite 106
                                              Harrisburg, PA 17110
                                              717-657-7770
                                              frank@scaringilaw.com