UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 21-mj-483 |
| SANDRA S. WEYER, | : | |
| Defendant. | : | |

### ORDER

Based upon the representations in the Defendant's Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Defendant's Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, is hereby **GRANTED**; it is further

**ORDERED** that the status hearing currently scheduled for September 8, 2021 be continued to October 8, 2021 at 3 p.m.; and it is further

**ORDERED** that the time between September 8, 2021 and October 8, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

Zia M. Faruqui
2021.09.03
16:15:19 -04'00'

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE