IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CR NO. 21-MJ-483 |
| **SANDRA POMEROY WEYER,** | |
| Defendant. | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Friday, October 8, 2021, in the above-captioned matter, for 60 days, until Wednesday, December 8, 2021. Defense counsel concurs in this motion.

The parties request that the Court exclude the time until the status conference on December 8, 2021, pursuant to Chief Judge Howell's Standing Order 21-47 dated August 25, 2021, and 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

Date: October 5, 2021                             By:   /s/ *Jennifer Leigh Blackwell*
                                                                    Jennifer Leigh Blackwell
                                                                    Assistant United States Attorney
                                                                    D.C. Bar No. 481097
                                                                    United States Attorney's Office
                                                                    555 Fourth Street, N.W.
                                                                    Washington, D.C.  20530
                                                                    Telephone: (202) 803-1590
                                                                    Email: Jennifer.blackwell3@usdoj.gov

                                                                      /s/   *Sarah C. Santiago*
                                                                    Sarah C. Santiago
                                                                    Assistant United States Attorney
                                                                    GA Bar No. 724304
                                                                    United States Attorney's Office
                                                                    555 Fourth Street, N.W.
                                                                    Washington, D.C.  20530
                                                                    Telephone: (202) 252-7249
                                                                    Email: sarah.santiago2@usdoj.gov

CERTIFICATE OF SERVICE

On this 5th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ Jennifer L. Blackwell
Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SANDRA POMEROY WEYER,**<br><br>Defendant. | **CR NO. 21-MJ-483** |

# ORDER

Based upon the representations in the Consent Motion to Continue Status Conference, and upon consideration of the entire record, it is hereby

**ORDERED** that the Consent Motion to Continue Status Conference is hereby GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for October 8, 2021, be continued to December 8, 2021, at 1 p.m.; it is further

**ORDERED** that the time between October 8, 2021, and December 8, 2021, shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE