IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **SANDRA POMEROY WEYER,** <br><br> Defendant. | **CR NO. 21-MJ-483** |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the protective order governing discovery. The defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

1

            By:  /s/ *Jennifer Leigh Blackwell*
              Jennifer Leigh Blackwell
              Assistant United States Attorney
              D.C. Bar No. 481097
              United States Attorney's Office
              555 Fourth Street, N.W.
              Washington, D.C.   20530
              Telephone: (202) 803-1590
              Email: Jennifer.blackwell3@usdoj.gov

              /s/   Sarah C. Santiago
              Sarah C. Santiago
              Assistant United States Attorney
              GA Bar No. 724304
              United States Attorney's Office
              555 Fourth Street, N.W.
              Washington, D.C.   20530
              Telephone: (202) 252-7249
              Email: sarah.santiago2@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

              /s/   Jennifer Blackwell
              Jennifer Leigh Blackwell
              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**SANDRA POMEROY WEYER,**

Defendant.

**CR NO. 21-MJ-483**

### ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date: _____

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE