IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **SANDRA POMEROY WEYER,** <br><br> Defendant. | **CR NO. 21-MJ-483** |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, December 7, 2021, in the above-captioned matter, for approximately 60 days, until Tuesday, February 8, 2022.  The parties request this adjournment because of ongoing discovery and to further negotiations to resolve the matter.  Defense counsel concurs in this motion.

The parties request that the Court exclude the time until the status conference on February 8, 2022, pursuant to Chief Judge Howell's Standing Order 21-62 dated November 1, 2021, and 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                                      Respectfully submitted,

                                                      MATTHEW M. GRAVES
                                                     UNITED STATES ATTORNEY
                                                     D.C. Bar No. 481052

Date: November 23, 2021             By:  /s/  *Sarah C. Santiago*
                                                               Sarah C. Santiago
                                                                Assistant United States Attorney
                                                                G.A. Bar No. 724304
                                                                United States Attorney's Office

555 Fourth Street, N.W.<br>
Washington, D.C.  20530<br>
Telephone: (202) 252-7249<br>
Email: sarah.santiago2@usdoj.gov

CERTIFICATE OF SERVICE

On this 23rd day of November, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/   *Sarah C. Santiago*
Sarah C. Santiago
Assistant United States Attorney
G.A. Bar No. 724304
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-7249
Email: sarah.santiago2@usdoj.gov