## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CR NO. 21-MJ-483 |
| | : | |
| **SANDRA POMEROY WEYER,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on December 7, 2021 be continued to February 8, 2022 at 3:00 p.m.; and it is further

**ORDERED** that the time between December 7, 2021 and February 8, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will afford the parties additional time to handle ongoing discovery and to engage in pretrial negotiations so that they can potentially reach a resolution.

_____
Robin M. Meriweather
United States Magistrate Judge