UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 22-CR-040-EGS** |
| v. | : | |
| | : | |
| **SANDRA S. WEYER,** | : | |
| | | |
| (also known as "Sandra Suzanne Pomeroy" | : | |
| and "Sandy Pomeroy Weyer"), | : | |
| | : | |
| | | |
| **Defendant.** | : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021;
3. Memorandum Regarding Status of Discovery as of September 14, 2021;
4. Memorandum Regarding Status of Discovery as of October 21, 2021; and
5. Memorandum Regarding Status of Discovery as of November 5, 2021.

    Respectfully submitted,
    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:       /s/ *Emily A. Miller*
      EMILY A. MILLER
      Capitol Breach Discovery Coordinator
      DC Bar No. 462077
      555 Fourth Street, N.W., Room 5826
      Washington, DC 20530
      Emily.Miller2@usdoj.gov
      (202) 252-6988

By:       *s/Jennifer L. Blackwell*
      Jennifer Leigh Blackwell
      Assistant United States Attorney
      D.C. Bar No. 481097
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      Telephone: (202) 803-1590
      Email: Jennifer.blackwell3@usdoj.gov

      /s/ *Sarah C. Santiago*
      Sarah C. Santiago
      Assistant United States Attorney
      GA Bar No. 724304
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      Telephone: (202) 252-7249
      Email: sarah.santiago2@usdoj.gov