**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: NO. 1:22-CR-00040-EGS-1** |
| | **:** |
| | **:** |
| **v.** | **:** |
| | **:** |
| | **: JUDGE JAMES E. BOASBERG** |
| **SANDRA S. WEYER,** | **:** |
| **Defendant** | **:** |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, SANDRA S. WEYER

Petitioner, Frank C. Sluzis, Esquire, respectfully represents as follows:

1. Petitioner is listed as counsel of record for Defendant, Sandra S. Weyer, in the matter docketed to the above-captioned number.

2. Defendant, Sandra S. Weyer, terminated Petitioner's representation of her and obtained new counsel.

3. Defendant's new counsel is Jonathan Crisp, Esquire.

4. Jonathan Crisp, Esquire has entered his appearance on behalf of Defendant.

WHEREFORE, Petitioner, Frank C. Sluzis, Esquire, respectfully requests this Honorable Court to withdraw his appearance as counsel of record for Defendant, Sandra S. Weyer.

Respectfully submitted,

SCARINGI LAW

By: ___*/s/ Frank C. Sluzis, Esquire*
Frank C. Sluzis, Esquire
PA ID No. 43829
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA  17110
(P) 717.657.7770
(F) 717.657.7797
Email: frank@scaringilaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      **: NO. 1:22-CR-00040-EGS-1**
                                  **:**
                                  **:**
          **v.**                       **:**
                                  **:**
                                  **: JUDGE JAMES E. BOASBERG**
**SANDRA S. WEYER,**                 **:**
           **Defendant**           **:**

## <u>ORDER</u>

AND NOW, this _____ day of October, 2022, upon consideration of the within

Motion to Withdraw as Counsel for Defendant, Sandra S. Weyer, IT IS HEREBY GRANTED.

Frank C. Sluzis, Esquire is withdrawn as counsel of record for Sandra S. Weyer.

       **SO ORDERED** this _____ day of October, 2022.


                           _____

                           JUDGE