**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : NO. 1:22-CR-00040-EGS-1 |
| | : |
| | : |
| **v.** | : |
| | : |
| | : JUDGE JAMES E. BOASBERG |
| **SANDRA S. WEYER,** | : |
| **Defendant** | : |

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that on the date below he served the attached Motion to Withdraw as Counsel for Defendant, Sandra S. Weyer, via the Court's ECF System to the United States Attorney and all other counsel involved in the case.

Date: October 26, 2022                              */s/ Frank C. Sluzis, Esquire*_____
                                                                    Frank C. Sluzis, Esquire
                                                                    PA ID No. 43829
                                                                    Scaringi Law
                                                                    2000 Linglestown Road, Suite 106
                                                                    Harrisburg, PA  17110
                                                                    (P) 717.657.7770
                                                                    (F) 717.657.7797
                                                                    Email: frank@scaringilaw.com