IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 22-CR-40 (JEB) |
| ) | |
| ) | |
| SANDRA S. WEYER  ) | |

MOTION TO WITHDRAW

COMES NOW Kira Anne West, pro hac vice counsel for Frank Sluzis in the above numbered case and asks this Court to grant her motion to withdraw and states the following in support:

Undersigned counsel was *pro hac vice* counsel for Mr. Sluzis in this case. Since this Court granted his motion to withdraw, undersigned counsel also asks the Court to grant her motion to withdraw as his representation of the defendant is over.

Undersigned counsel contacted (via email) Jonathan Crisp who is the new lawyer for the above named defendant on October 24th, 2022 to discuss this motion to withdraw. Mr. Crisp is currently in the Oathkeepers trial before Judge Mehta and undersigned counsel was unable to speak with him.  Therefore, undersigned counsel respectfully requests that the Court grant her motion to withdraw.

Respectfully submitted,

KIRA ANNE WEST

*/s/ Kira Anne West*
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 26th day of October 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Kira Anne West*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                          ) | CRIMINAL NO. 22-CR-40 (JEB) |
| ) | |
| ) | |
| SANDRA S. WEYER             ) | |

**ORDER**

Pending before the Court is the motion of defendant to allow pro hac vice counsel Kira Anne West to withdraw from the case. The motion being meritorious, it is GRANTED/DENIED.

SO ORDERED this _____ day of October, 2022.

_____
James E. Boasberg
United States District Judge