IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:22-cr-40** |
| | : | |
| | : | **(JUDGE BOASBERG)** |
| **v.** | : | |
| | : | |
| **SANDRA WEYER,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER OF COURT

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion to Continue the Status Conference said motion is GRANTED. The Status Conference will now be held on the _____ day of _____, 2022, at _____.

    Under the Speedy Trial Act, delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing, or other prompt disposition of such motion, shall be excluded in computing the time within which trial must be commenced. See 18 U.S.C. § 3161(h)(1)(D).

BY THE COURT:


_____
JUDGE BOASBERG