NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

      vs.                      Criminal Number    22-cr-40

Sandra Weyer

        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☑ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicholas Smith, DC 1029802
*(Attorney & Bar ID Number)*

David B Smith PLLC
*(Firm Name)*

1123 Broadway, Suite 909
*(Street Address)*

New York      NY      10010
*(City)*      *(State)*      *(Zip)*

917-902-3869
*(Telephone Number)*