UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 22-cr-00040 (JEB-1) |
| v. | : | |
| **SANDRA S. WEYER** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Victoria A. sheets, who may be contacted by telephone at (202) 252-7566 or e-mail at Victoria.Sheets@usa.doj.gov. This is notice of their appearance in this matter on behalf of the United States.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              DC Bar No. 481052

By:    /s/ *Victoria A. Sheets*
        VICTORIA A. SHEETS
        NY Bar No. 5548623
        Assistant United States Attorney
        U.S. Department of Justice
        601 D Street NW
        Washington, DC 20530
        (202) 252-7566
        Victoria.Sheets@usdoj.gov

## CERTIFICATE OF SERVICE

On this 16th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                            /s/ *Victoria A. Sheets*
                                            Victoria A. Sheets
                                            Assistant United States Attorney