IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:22-CR-40 |
| V. | : |
| SANDRA WEYER | : (JUDGE BOASBERG) |

## ORDER OF COURT

**AND NOW,** this _____ day of _____, 2023, upon consideration of the Motion for Extension of Time to File Motions in Limine for two weeks, said motion is GRANTED.

Under the Speedy Trial Act, delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing, or other prompt disposition of such motion, shall be excluded in computing the time within which trial must be commenced. See 18 U.S.C. § 3161(h)(1)(D).

BY THE COURT:

_____
JUDGE BOASBERG