IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:22-CR-40 |
| V. | : | |
| SANDRA WEYER | : | (JUDGE BOASBERG) |

## MOTION TO WITHDRAW

AND NOW, this 17th day of March 2023, comes Jonathan W. Crisp, and files this Motion to Withdraw as Counsel, averring as follows:

1. The Defendant was indicted on 2 February 2022, and charged with the following:

    a. Count 1: Obstruction of an Official Proceeding and Aiding and Abetting;[1]

    b. Count 2: Entering and Remaining in a Restricted Building or Grounds;[2]

    c. Count 3: Disorderly and Disruptive Conduct in a Restricted Building or Grounds;[3]

    d. Count 4: Disorderly Conduct in a Capitol Building;[4]

    e. Count 5: Parading, Demonstrating, or Picketing in a Capitol Building;[5]

2. The defendant, Sandra Weyer, has retained Nicholas Smith as new counsel of record.

---

[1] 18 USC §§ 1512(c)(2), and 2
[2] 18 USC § 1752(a)(1)
[3] 18 USC § 1752(a)(2)
[4] 40 USC § 5104(e)(2)(D)
[5] 40 USC § 5104(e)(2)(G)

3. Mr. Smith entered his appearance on 28 February 2023 date. Docket entry number

4. Undersigned counsel has confirmed with the defendant, Sandra Weyer, that she no longer desires to proceed with Mr. Crisp, and has consented to Mr. Crisp's withdraw and proceed solely with Mr. Smith as her retained counsel.

5. Mr. Crisp has spoken with Mr. Smith and confirmed his availability for the currently set trial date of June 2023.

6. Assistant United States Attorney Jennifer Blackwell concurs in this motion.

WHEREFORE, it is respectfully requested that this Honorable Court grant undersigned counsel's Motion to Withdraw as Counsel. In accordance with Local Rule 44.5.

Date: 17 March 2023

Respectfully submitted,

**CRISP AND ASSOCIATES, LLC**
/s/   Jonathan Crisp
Jonathan W. Crisp, Esquire
4031 N. Front Street
Harrisburg, PA  17110
I.D. # 83505
(p) (717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant

## **CERTIFICATE OF CONCURRENCE**

I, Jonathan W. Crisp, Counsel for Defendant, Sandra Weyer, hereby certifies that Assistant United States Attorney, Jennifer Blackwell, has no objections to the foregoing Motion.


Date:    17 March 2023                   /s/    Jonathan Crisp          
                                                                   Jonathan W. Crisp, Esquire

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### ELECTRONIC SERVICE

Jennifer Blackwell, Esquire
US ATTORNEY GENERAL'S OFFICE/DC
555 4th Street, N.W.
Washington, DC 20530
Phone: (202) 803-1590
Email: jennifer.blackwell3@usdoj.gov

Nicholas D. Smith
David B. Smith PLLC
1123 Broadway Townsend Building
Suite 909
New York, NY 10010
Phone: 917-902-3869
Email: nds@davidbsmithpllc.com

Sandra S. Weyer
21 Bare Road
Mechanicsburg, PA 17055
Email: theoceanforever@gmail.com

### USPS MAIL SERVICE

Sandra S. Weyer
21 Bare Road
Mechanicsburg, PA 17055

Date: 17 March 2023

*/s/* Jonathan Crisp
Jonathan W. Crisp, Esquire
***CRISP AND ASSOCIATES, LLC***
4031 N. Front Street
Harrisburg PA 17110
(717) 412-4676, (717) 412-4679 /fax