IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:22-CR-40 |
| V. | : | |
| SANDRA WEYER | : | (JUDGE BOASBERG) |

**ORDER OF COURT**

AND NOW, this 20th day of March, 2023, upon consideration of the within Motion to Withdraw as Counsel and for Appointment of New Counsel, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.