UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SANDRA WEYER,<br><br>Defendant. | )<br>)<br>) Case No. 1:21-cr-40-JEB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE**

Sandra Weyer, through her counsel, moves the Court for an extension of time to file motions *in limine*. The government does not oppose the relief Weyer seeks.

Jury selection/trial is set for June 5, 2023. Recently, the Court extended the deadline for motions *in limine* to March 31, 2023. 3/17/2023 Minute Order. Undersigned counsel entered his appearance on February 28. On March 17, Weyer's prior counsel moved to withdraw from the case. At the time undersigned counsel entered his appearance in this matter he did not know that prior counsel would move to withdraw shortly thereafter. The undersigned is currently in trial in *United States v. Nordean*, 21-cr-175-TJK, which commenced on December 19, 2022. Trial has lasted longer than the parties and court anticipated. Counsel understands that trial may continue for up to two more weeks. Counsel has finished presenting the defense case for his client and is not responsible for the trial's extension beyond this week.

For these reasons Weyer moves the Court to extend the motions *in limine* deadline to April 21, 2023. By agreement with the government, its response deadline will fall three weeks later, on May 12. Weyer does not oppose exclusion of time under the Speedy Trial Act between

1

the filing of this motion and the current trial date.  In the meantime, the parties will seek to resolve trial-related issues through stipulations before filing any motions *in limine*.

Dated: March 31, 2023                                             Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Sandra Weyer*

## Certificate of Service

I hereby certify that on the 31st day of March, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com