CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 22-cr-00040-JEB-1 |
| ) | |
| SANDRA S. WEYER ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney for the District of Columbia and with the approval of the Court, the undersigned defendant waives her right to trial by jury.

*Sandra Weyer*
Defendant

*Nicholas Smith*
Counsel for Defendant

I consent:

*Sarah C. Santiago*
Sarah C. Santiago
Victoria A. Sheets
Assistant United States Attorneys

Approved:

*James E. Boasberg*
James E. Boasberg
Chief Judge
United States District Court

Date: 5/12/23