UNITED STATES OF AMERICA

Plaintiff _____

vs.

SANDRA WEYER

Criminal No. 22-cr-00040 (JEB)

Government ☐☐
Plaintiff ☐☐
Defendant ☐☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **100 Series** | **Overview Exhibits** | | | | |
| 101 | 101_Restricted Perimeter | ✓ | ✓ | | |
| 102 | 102_USCP 15 minute Montage with Radio Runs | ✓ | ✓ | | |
| 103 | 103_3D_CapitolBuilding_03_3840x2160 | | | | |
| 104 | 104_uscp order re closure | | | | |
| 105 | 105_west front with snow fencing | | | | |
| 106 | 106_USCP sign | | | | |
| 107 | 107_WDC TANGO RECORD - 2021-01-06 - 12h-35m-16s - (0h-0m-5s) | | | | |
| 108 | 108_WDC TANGO RECORD - 2021-01-06 - 13h-59m-54s - (0h-0m-1s) | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 109 | 109_WDC TANGO RECORD - 2021-01-06 - 14h-00m-03s - (0h-0m-1s) | | | | |
| 110 | 110_WDC TANGO RECORD - 2021-01-06 - 14h-14m-42s - (0h-0m-2s) | | | | |
| 111 | 111_WDC TANGO RECORD - 2021-01-06 - 14h-20m-19s - (0h-0m-5s) | | | | |
| 112 | 112_WDC TANGO RECORD - 2021-01-06 - 14h-20m-30s - (0h-0m-3s) | | | | |
| 113 | 113_WDC TANGO RECORD - 2021-01-06 - 14h-20m-38s - (0h-0m-7s) | | | | |
| 114 | 114_WDC TANGO RECORD - 2021-01-06 - 14h-21m-49s - (0h-0m-18s)_redacted | | | | |
| 115 | 115_WDC TANGO RECORD - 2021-01-06 - 14h-25m-19s - (0h-0m-1s) | | | | |
| 116 | 116_WDC TANGO RECORD - 2021-01-06 - 23h-31m-56s - (0h-0m-3s) | | | | |
| 117 | 117_WDC TANGO RECORD - 2021-01-06 - 23h-32m-20s - (0h-0m-3s) | | | | |
| 118 | 118_WDC TANGO RECORD - 2021-01-07 - 00h-20m-15s - (0h-0m-3s) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 119 | 119_2022.03.21 Griffin transcript - USSS testimony pg 211 | | | | |
| 120 | 120_motorcade | ✓ | ✓ | | |
| 121 | 121_USSS HOS Email Notification_Redacted | | ✓ | | |
| 122 | 122_USSS HOS Notification - Vice President Pence 01.06.21 (REDACTED)9 | | | | |
| 123 | 123_VP down | ✓ | ✓ | | |
| 124 | 124_2021.01.06 Congressional vote | | | | |
| 125 | 125_Video Montage with Congressional Record | ✓ | ✓ | | |
| 126 | 126_Constitution, amd 12 | ✓ | ✓ | | |
| 127 | 127_3 USC 15 | ✓ | ✓ | | |
| 128 | 128_3 USC 16 | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 129 | 129_3 USC 17 | ✓ | ✓ | | |
| 130 | 130_3 USC 18 | ✓ | ✓ | | |
| 131 | 131_Congressional Record - Senate - S13, S14, S18 | ✓ | ✓ | | |
| 132 | 132_Congressional Record - House - H75, H76, H84, H85 | ✓ | ✓ | | |
| 133 | 133_Senate Concurrent Resolution 1 | ✓ | ✓ | | |
| 134 | 134_House Video Certification DOJ affidavit signed_CAO_12.17.21 (003) | ✓ | ✓ | | |
| 135 | 135_Senate Certification | ✓ | ✓ | | |
| 136 | 136_Safeway Email DC closure | | | | |
| 137 | 136_Safeway Email DC closure | | | | |
| 138 | 138_PA shipment (002) | | | | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 139 | 139_Webster transcript - Safeway Manager testimony | | | | |
| 140 | 140_Safeway Business Records Certification | | | | |
| 141 | 141 - US_Capitol_second_floor_plan | ✓ | ✓ | | |
| 142 | 142 US_Capitol_third_floor_plan | ✓ | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 200 Series | **Facebook Return** | | | | |
| 201 | 201 - 434698670954157 (2) | | | | |
| 201.1 | 201.1 - pg 435 (time for Video 1 - Drive to DC) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 201.2 | 201.2 - pg 435 (time for Videos 1 2 3) | | | | |
| 201.3 | 201.3 - timing for Courtyard Area live video | ✓ | ✓ | | |
| 201.4 | 201.4 - timing for Outside East Front Doors live video | ✓ | ✓ | | |
| 201.5 | 201.5 - timing for Entering Capitol live video | ✓ | ✓ | | |
| 201.6 | 201.6 - timing for Afterwards Outside Capitol live video | ✓ | ✓ | | |
| 201.7 | 201.7 - 2021-01-03 18:49:06 UTC Excerpt From Facebook | ✓ | ✓ | | |
| 201.8 | 201.8 - 9915613380340590 Page 373 Excerpt From Facebook | ✓ | ✓ | | |
| 201.9 | 201.9 - 9915603470756 Page 365 Excerpt Fom Facebook | ✓ | ✓ | | |
| 201.10 | 201.10 - 2269563356011986 - Hear us Roar Excerpt from Facebook | ✓ | ✓ | | |
| 201.11 | 201.11 - Checkins Excerpt from Facebook | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 201.12 | 201.12-2021-01-05 17:5307 UTC Excerpt From Facebook | ✓ | ✓ | | |
| 201.13 | 201.13-998992564558503 Excerpt from Facebook | ✓ | ✓ | | |
| 201.14 | 201.14- page 2635 Facebook excerpt | ✓ | ✓ | | |
| 201.15 | 201.15- 2021-14-06 11:51:23 UTC Facebook Excerpt | ✓ | ✓ | | |
| 201.16 | 201.16 2021-04-07 17:16:42 UTC Facebook Excerpt | ✓ | ✓ | | |
| 202.1 | 202.1 - Video 1 Screenshot | ✓ | ✓ | | |
| 202.2 | 202.2- Videos_99324029786 7063.jpg (1:10 – 1:28) | ✓ | ✓ | | |
| 202.3 | 202.3– Videos_99324029786 7063.jpg (3:13-3:24) | ✓ | ✓ | | |
| 203.1 | 203.1 - Video 3 Screenshot | | | | |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 203.2 | 203.2-Outside East Barrier Videos_9934569011178736.jpg - Starts at 18:58:58 UTC [1:58 pm] (00:45-1:06)t | ✓ | ✓ | | |
| 204.1 | 204.1 - Video 4 Screenshot | ✓ | ✓ | | |
| 204.2 | 204.2-Courtyard Area Videos_99345696117830.jpg-Starts at 18:59:21 UTC [1:59 pm] (0:48-1:20) | ✓ | ✓ | | |
| 204.3 | 204.3Courtyard Area Videos_9934569611178730.jpg (2:45-2:53) | ✓ | ✓ | | |
| 204.4 | 204.4-Courtyard Area Videos_9934569611178730.jpg (3:30-3:42) | ✓ | ✓ | | |
| 205.5 | 204.45Courtyard Area Videos_9934569611178730.jpg (4:00-4:25) | ✓ | ✓ | | |
| 204.6 | 204.6-Courtyard Area Videos_9934569611178730.jpg (7:12-8:00) | ✓ | ✓ | | |
| 204.7 | 204.7Courtyard Area Videos_9934569611178730.jpg (9:02-9:46) | ✓ | ✓ | | |
| 204.8 | 204.8-Courtyard Area Videos_9934569611178730.jpg (11:59-12:07) | ✓ | ✓ | | |

8

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 204.9 | 204.9 - Courtyard Area Videos_99345696117873O.jpg (15:49-15:59) | ✓ | ✓ | | |
| 204.10 | 204.10 - Courtyard Area Videos_99345696117873O.jpg (21:24 - 21:42) | ✓ | ✓ | | |
| 205 | 205 - Outside East Front Doors - Videos_99347438451032I.jpg - Starts at 19:21:28 UTC [2:21 pm] (5:06-5:11) | | | | |
| 205.1 | 205.1 - Video 5 Screenshot | ✓ | ✓ | | |
| 205.2 | 205.2 - Outside East Front Doors - Videos_99347438451032I.jpg (5:50-6:12) | ✓ | ✓ | | |
| 205.3 | 205.3 - Outside East Front Doors - Videos_99347438451032I.jpg (6:52-7:05) | ✓ | ✓ | | |
| 205.4 | 205.4 - Outside East Front Doors - Videos_99347438451032I.jpg (8:32-8:42) | ✓ | ✓ | | |
| 205.5 | 205.5 - Outside East Front Doors - Videos_99347438451032I.jpg (10:14-10:24) | ✓ | ✓ | | |
| 206 | 206 - Entering Capitol - Videos_99348655450910 4.jpg - Starts at 19:32:45 UTC [2:32 pm] (2:42-2:50) | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 206.1 | 206.1 - Video 6 Screenshot | ✓ | ✓ | | |
| 206.2 | 206.2- Entering Capitol - Videos_993486554509104.jpg- (6:41-7:31) | ✓ | ✓ | | |
| 206.3 | 206.3 - Entering Capitol - Videos_993486554509104.jpg- (7:52-8:00) | ✓ | ✓ | | |
| 206.4 | 206.4- Entering Capitol - Videos_993486554509104.jpg- (8:48-8:58) | ✓ | ✓ | | |
| 206.5 | 206.5 - Entering Capitol - Videos_993486554509104.jpg-(11:34-11:45) | ✓ | ✓ | | |
| 206.6 | 206.6- Entering Capitol - Videos_993486554509104.jpg-(11:58-12:17) | ✓ | ✓ | | |
| 206.7 | 206.7- Entering Capitol - Videos_993486554509104.jpg- (12:23-12:30) | ✓ | ✓ | | |
| 206.8 | 206.8- Entering Capitol - Videos_993486554509104.jpg- (12:45-12:59) | ✓ | ✓ | | |
| 206.9 | 206- Entering Capitol - Videos_993486554509104.jpg- (13:55-14:21) | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 206.10 | 206.10- Entering Capitol - Videos_9934865454509104.jpg- (15.30-15:50) | ✓ | ✓ | | |
| 207 | 207- Afterwards Outside Capitol - Videos_9935059078440502.jpg- Starts at 19:56:58 UTC [2:56 pm]- (00:32-1:00) | ✓ | ✓ | | |
| 207.1 | 207.1 - Video 7 Screenshot | ✓ | ✓ | | |
| 207.2 | 207.2- Afterwards Outside Capitol - Videos_9935059078440502.jpg- (7:36-8:20) | ✓ | ✓ | | |
| 207.3 | 207.3- Afterwards Outside Capitol - Videos_9935059078440502.jpg- (9:54-10:07) | ✓ | ✓ | | |
| 207.4 | 207.4- Afterwards Outside Capitol - Videos_9935059078440502.jpg- (10:15:10:46) | ✓ | ✓ | | |
| 207.5 | 207.5- Afterwards Outside Capitol - Videos_9935059078440502.jpg- (18:46-19:13) | ✓ | ✓ | | |
| 207.6 | 207.6 - Afterwards Outside Capitol - Videos_9935059078440502.jpg (23:04-23:25) | ✓ | ✓ | | |
| 207.7 | 207.7- Afterwards Outside Capitol - Videos_9935059078440502.jpg- (29:15-29:45) | ✓ | ✓ | | |

11

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 207.8 | 207.8- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (30:05-30:20) | | | | |
| 207.9 | 207.9- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (31:10-31:30) | | | | |
| 207.10 | 207.10- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (34:45-35:05) | | | | |
| 207.11 | 207.11- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (38:30-38:48) | | | | |
| 207.12 | 207.12- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (39:25-39:34) | | | | |
| 207.13 | 207.13- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (43:55-44:10) | | | | |
| 207.14 | 207.14- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (59:50-1:00:03) | | | | |
| 207.15 | 207.15 - Afterwards Outside Capitol - Videos_99350590784050502.jpg- (1:00:42-1:00:19) | | | | |
| 207.16 | 207.16- Afterwards Outside Capitol - Videos_99350590784050502.jpg- (1:13:15-1:13:33) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **300 Series** | **Third Party Exhibits** | | | | |
| 301 | 301 - Facing camera on steps - Video 14 - gettyimages-1294967493-2048x2048 | | | | |
| 302 | 302 - Video 15 - crowds-gather-outside-the-us-capitol-1294968017 | | | | |
| 303 | 303 - Hair near bottom left corner - Video 4 - gettyimages-1296432191-2048x2048 | | | | |
| 304 | 304 - On Capitol Steps near pole 1230477154 | | | | |
| 305 | 305 - Still from Video 2 - capitol police sign & riot gear | | | | |
| 306 | 306 - Still from Video 2 - capitol police sign | | | | |
| 307 | 307 - Video 16 - fbid=10223654448726399_n | | | | |
| 308 | 308 - Video 17-fbid=10223665995335057_n | ✓ | | | |
| 309 | Video 1 - Exhibit 2 - Evans Facebook Livestream (23:42-24:06) | | ✓ | | |

Video 1 - Exhibit 2 - Evans Facebook Livestream (23:42-24:06)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 310 | Video 1 Exhibit (2) (39:17-30:33) | ✓ | ✓ | | |
| 311 | Video 2 - Ex. 5_1106   (00:08-0:25) | ✓ | ✓ | | |
| 312 | Video 3 - Police and patriots barrier struggle (3:09-3:57) | ✓ | ✓ | | |
| 313 | Video 5 - Ex 28 - 210107 LAURA USA CAPITOL WASHINGTON (34:02-34:12) | | | | |
| 314 | Video 8 - joan.gosz video (01:13-01:47) | ✓ | ✓ | | |
| 315 | Video 12 - 10000000_22905871866954_ (45:19-46:06) | | | | |
| 316 | Video 13 & 29 - kevin.bui.754 video (6:58-7:26) | ✓ | ✓ | | |
| 317 | Video 24 - TheSteelTruth video (13:19-13:34) | | | | |
| 318 | Video 25 - Exclusive footage of protestors inside the capitol   (2:32:00-2:32:33) | | | | |
| 319 | Video 27 - NadyasNotes 20210106_164214 (0:30-0:38) | ✓ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 320 | Video 28 - Parler L731D5I2cOYP (1:00-1:22) | ✓ | ✓ | | |
| | | | | | |
| | | | | | |
| **400 Series** | | | | | |
| 401 | Stipulation of the parties | ✓ | ✓ | | |
| 402 | 402 - pg. 1693 screenshot | ✓ | ✓ | | |
| 403 | 403 - pg 644 screenshot | ✓ | | | |
| 404 | 404 - CCTV 1.58 PM | ✓ | ✓ | | |
| 405 | 405 - 0933 E USCG 00 CVC Elevator Tower North-2021-01-06_14h00min00s000ms | ✓ | ✓ | | |
| 406 | 406 - 7029 I USCS 02 Rotunda Door Interior-2021-01-06_14h35min00s000ms | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 407 | Screenshot of FB return - pg. 5691 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

16

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 500 Series | CCTV Exhibits | | | | |
| 501 | 501- Doorway-Camera#7029 14:41:01 (Entry) | ✓ | | | |
| 502 | 502- Doorway- Camera# 686 14:41:15-14:41:14 | ✓ | ✓ | | |
| 503 | 503- Rotunda Camera # 959- 14:41:59-14:42:22 | ✓ | ✓ | | |
| 504 | 504-Doorway Camera # 686-14:42:23-14:42:39 | ✓ | ✓ | | |
| 505 | 505- Doorway Camera # 7029 14:42:33-14:42:39 | ✓ | ✓ | | |
| 506 | 306-Stairwell Camera#7218 14:42:50-14:43:19 | ✓ | ✓ | | |
| 507 | 507-Hallway Camera # 362 14:45:51-14:45:53 | ✓ | ✓ | | |

18

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 508 | 508-Starirwsell Camera #7218 14:46:18- 14:46:27 | ✓ | ✓ | | |
| 509 | 309- Doorway Camera #686 14:46:55- 14:50:22 | ✓ | ✓ | | |
| 510 | 510 Doorway Camera# 7029 14:47:04- 14:51:26 (Exit) | ✓ | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

19

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |