Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
SANDRA WEYER

Civil/Criminal No. 22-cr-40-JEB

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Facebook livestream, A. videos_9932402978867063.mp4 | | | | |
| 2 | Facebook livestream, B. videos_9934558045121179.mp4 | | | | |
| 3 | Facebook livestream, C. videos_9934569011178736.mp4 | | | | |
| 4 | Facebook livestream, D. videos_9934569611178730.mp4 | ✓ | ✓ | | |
| 5 | Facebook livestream, E. videos_9934743845103210.mp4 | ✓ | ✓ | | |
| 6 | Facebook livestream, F. videos_9934865545091040.mp4 | ✓ | ✓ | | |
| 7 | Facebook livestream, G. videos_9935059078405020.mp4 | ✓ | ✓ | | |
| 8 | Weyer-Mastriano Text, 1/6/21 | ✓ | | | |
| 9 | email | | | | |