1                       UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2

UNITED STATES OF AMERICA,
3                                        Criminal Case
                         Plaintiff(s),   No. 22-00040 (JEB)
4            v.
                                         Washington, D.C.
5    SANDRA S. WEYER,
                                         June 6, 2023
6                   Defendant(s).

7    ----------------------------------------------------------

8                       NONJURY TRIAL – DAY 2
                  BEFORE THE HONORABLE JAMES E. BOASBERG
9                    UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Victoria A. Sheets, Esquire
                            Sarah C. Santiago, Esquire
12                          United States Attorney's Office
                            601 D Street Northwest
13                          Suite 4-1501
                            Washington, D.C. 20530
14

15   FOR THE DEFENDANT(S):  Nicholas D. Smith, Esquire
                            David B. Smith, PLLC
16                          1123 Broadway
                            Townsend Building
17                          Suite 909
                            New York, New York 10010
18

19

20   REPORTED BY:           Tammy Nestor, RMR, CRR
                            Official Court Reporter
21                          333 Constitution Avenue Northwest
                            Washington, D.C. 20001
22                          tammy_nestor@dcd.uscourts.gov

23

24

25

```
 1    The following proceedings began at 10:07 a.m.:

 2              THE COURT:  Good morning, everybody.

 3              THE COURTROOM DEPUTY:  Good morning.  We are here

 4    today for a bench trial, Criminal Matter 22-40, the United

 5    States of America versus Sandra Weyer.

 6              Beginning with counsel for the government, please

 7    approach the lecturn and identify yourself for the record.

 8              MS. SHEETS:  Good morning, Your Honor.  Victoria

 9    Sheets along with co-counsel Sarah Santiago for the United

10    States.

11              THE COURT:  Okay.  Good morning.

12              MR. SMITH:  Good morning, Judge.  Nicholas Smith for

13    Sandra Weyer.

14              THE COURT:  Good morning.

15              Ms. Weyer, good morning to you.

16              THE DEFENDANT:  Good morning.

17              THE COURT:  All right.  I saw the government had

18    submitted a short memorandum last night and the defense had

19    responded, so I reviewed those.  Thank you, everybody.

20              Anything preliminary before we move into closings for

21    the government?

22              MS. SHEETS:  Not from the government, Your Honor.

23              THE COURT:  Defense?

24              MR. SMITH:  No, Your Honor.

25              THE COURT:  I will hear from the government first.
```

1           MS. SHEETS:  We have waited and we've waited.  We have

2  been the nice people.  We have gone to the rallies.  We have

3  protested.  We have called our reps and our senators.  We have

4  done everything we were supposed to do.  It's time to do this.

5  These are the words of Defendant Sandra Weyer after exiting the

6  U.S. Capitol on January 6.  Tear it down.  Hold your ground.

7  Don't retreat.  Break that door.  Charge.

8           By January 6, 2021, Sandra Weyer was done trying to

9  accomplish her goal, the decertification of the 2020 election

10  results by lawful means.  She had been to the rallies on

11  January 3 and January 5 holding up two different signs with the

12  explicit word decertify.

13          She chanted, she marched, and when that didn't work,

14  she drove to the Capitol leading the chant, four more years,

15  making explicit her motive in breaking into the Capitol that

16  day to stop the certification of Joe Biden as president and

17  continue President Trump's presidency for the next four years.

18          This is awesome.  We did it.  These are her words when

19  she entered the Capitol after pushing past officers who had

20  been attacked.

21          By the time she got to the U.S. Capitol on January 6,

22  when she was standing behind those barricades outside the

23  restricted perimeter, Sandra Weyer made a decision.  She had

24  not been able to achieve her goal through lawful means, so she

25  made the decision to go to plan B, this time trying to achieve

1    her goal through unlawful means by tearing down the barriers,

2    by helping others do that, encouraging them to do so, by

3    breaking through police lines, not just once, but three times,

4    the police line at the barricades, the police line on the

5    Capitol steps, and then eventually breaking into the Capitol

6    itself, pushing past officers that she had just seen violently

7    attacked.

8            There's five charges in this case, as Your Honor is

9    well aware; obstruction of an official proceeding, entering or

10   remaining in a restricted building or grounds, disorderly or

11   disruptive conduct in a restricted building or grounds,

12   disorderly or disruptive conduct in a Capitol building,

13   parading, demonstrating, picketing in a Capitol building.

14           We are going to cover each of these, but I first just

15   want to get out of the way some of the things that are agreed

16   upon in this case.

17           So let's talk about what we know.  We know there was a

18   restricted perimeter.  That was stipulated to.  It was also

19   testified about by Inspector Lloyd, who we heard from first,

20   and Officer Carrion.

21           We know the locations and parameters of the Capitol

22   building, which was also stipulated to.

23           We know that Weyer breached that restricted perimeter

24   and went into the Capitol building itself.  This is another

25   stipulation, and we have also seen overwhelming evidence that

1    that is the case.

2           So that alone gives us, for Counts 2 and 3, element 1;

3    for counts 4 and 5, element 1, that this happened in a

4    restricted area and in the Capitol building.

5           We also know that there was an official proceeding in

6    session, the joint session of the House and the Senate to

7    certify the electoral votes.  We know that that session was no

8    longer able to continue at 2:26 p.m. -- it was interrupted by

9    the rioters -- and that it couldn't -- or 2:26 and 2:29, and

10   that it couldn't continue until 8:06.

11          We heard from Inspector Lloyd that the proceeding was

12   interrupted.  It couldn't be continued until the rioters had

13   been cleared from the building.

14          So let's move on to obstruction, which is the main

15   count at issue, and intent, which is what's really the big

16   issue in this case.

17          THE COURT:  They would probably argue it's intent and

18   corruptly, but go ahead.

19          MS. SHEETS:  Yes, Your Honor, and we'll cover both.

20          THE COURT:  Good.

21          MS. SHEETS:  For the 1512, the four elements listed

22   here, for the first element, attempted to or did obstruct or

23   impede an official proceeding, that is very clear from the

24   evidence that's been stipulated to that the electoral

25   certification was happening, that it was interrupted.

1          You have heard testimony about how it was interrupted

2    by the actions of the rioters and the occupation of the

3    building.  The electoral certification was forced to stop.

4          And you heard from Inspector Lloyd that these -- the

5    House and the Senate members were forced to shelter in place

6    fearing for their lives.  The congressional record shows the

7    official proceeding stopping at 2:30.  That's just ten minutes

8    before Sandra Weyer enters the Capitol.

9          And with respect to her conduct that day, we know she

10   said, herself, We broke down the barriers.  She said she

11   personally helped take down the barricades at the front of the

12   Capitol, that she was laser focused on breaking the barricades.

13         And Your Honor saw in Exhibit 312, which is a wider

14   scope of that barricade, I believe you asked to play it back,

15   and you could see her going across the line shouting,

16   encouraging others to break the barricades.

17         You saw in Exhibit 316 a closeup of someone pulling

18   the barricades away who fell down, another rioter, and her

19   picking that rioter up off the ground.

20         You heard her in Exhibit 311, which was third party

21   video, right there at the front.  She says before the

22   barricades are being moved around and torn down, We should tear

23   this down.

24         She saw violence against officers.  There's no

25   question about that.  Even if she didn't participate in the

1    violence herself by physically striking an officer -- which, by

2    the way, she's not charged with.  She's charged with the

3    offenses that fit her conduct including the 1512.

4           She saw them beating officers.  She says in her own

5    video, They're beating the cops, right at the front of the

6    rotunda door before she goes inside, after she's already broken

7    through barriers.

8           These exhibits list other examples of violence that

9    she saw against officers.  I won't belabor them.  You saw them

10   yourself.

11          After she exits the Capitol, she makes a series of

12   videos, the 207 series.  And these are her reflecting upon what

13   she's just done, what the rioters have just done.  She says,

14   Capitol officers got trashed and the crowd took their shields

15   from them, just reiterating what we know she saw through her

16   phone videos because we saw her filming shields being taken

17   away from officers.

18          Specifically with respect to intent, the question for

19   element 2, that she intended to stop the certification, there's

20   overwhelming evidence of that as well, from holding those

21   decertify signs.  We don't have that kind of evidence in all of

22   these cases, but here we do.  She's holding up signs to

23   decertify, not at random times, but on January 3 and January 5,

24   the day before January 6.

25          Now, she's holding these signs in front of the

1    Pennsylvania Capitol, but we heard testimony from our agent.

2    We know that Pennsylvania had already certified its votes, that

3    she was asking Bryan Cutler to decertify the election results.

4         And that quote from the beginning that she says right

5    when she exits -- We've done what we were supposed to do.  We

6    held up signs.  We protested.  It's time to do this.  -- what

7    do you think she was talking about?  What was she protesting if

8    not the certification?  That's what she was protesting.  That's

9    what she wanted to stop.  And that's what all of her actions on

10   January 6 went towards.

11        On the way to the Capitol that day, she's chanting,

12   Four more years.  At the Capitol, in Exhibit 207.14, she's

13   saying, Fight for Trump.  That's right before she enters the

14   doors, she's saying, Fight for Trump.

15        She also joins in the stop the steal chant which

16   distinguishes her case from some others where that was not

17   happening.

18        In her own words, she said she broke down the

19   barriers.  She was right at the front of the barriers and right

20   at the front the whole time, as Your Honor heard her say

21   herself.  She personally helped take down the barriers at the

22   front of the Capitol.  These are the defendant's own words.  We

23   heard her incite violence from other rioters.

24        We concede that she saw officers at the front and

25   pushed her way through those doors anyway.  We heard from

1    Officer Carrion, who was one of the two officers holding the

2    doors that day, that he feared for his and other officers'

3    safety.

4          We heard that the main advantage that the mob on

5    January 6 had over the officers was their numbers.  Sandra

6    Weyer was not just someone who was shuffled along with the

7    crowd that day.  She wasn't pushed through that door.  She

8    didn't come across the restricted area after barricades were

9    gone.  She was actively at the front of that mob at every

10   single step on the east front.  And she was proud of it.  She

11   was doing whatever she could to stop the certification.

12         And you heard her after she exited the Capitol.  She

13   would be willing to do whatever she could.  She would be

14   willing to die on that day.

15         You also heard that she immediately upon exiting the

16   Capitol was commenting that the legislators had gone, that they

17   had fled underground.  She said when they saw how it was

18   getting, they left underground.  And she was, if you listen to

19   the tone of her voice, happy about that, proud about that, that

20   this mob that she participated in had forced legislators to

21   leave.  She didn't -- I mean, why would you comment on

22   legislators being gone if you didn't think they were in the

23   building?

24         Just going back to the elements, there also has to be

25   an awareness of the natural and probable effect of her conduct.

1    She had to have done this knowingly.  We submit that the fact

2    that as the doors were closing, the east rotunda doors, you can

3    hear her say an explicative indicating -- well, I think --

4    indicating that she wanted to go in.  And I think the evidence

5    is very clear that she wanted to go inside the Capitol.  She

6    was encouraging others to break down barriers.

7          All those words, charge, don't retreat, hold your

8    ground, the fact that afterwards, again, lawmakers --

9    commenting on the fact that they all went underground when they

10   saw how it was going, proud of that fact.

11         How about her statements right when she gets into the

12   rotunda?  What does she say?  This is awesome.  We did it.

13         In arguing corruptly --

14         THE COURT:  Let me ask you, if I were to find that the

15   Judge Walker definition was appropriate, would you lose?

16         MS. SHEETS:  No, we would not lose.

17         THE COURT:  Okay.  Why not?

18         MS. SHEETS:  Because she was still trying to seek an

19   unlawful benefit.

20         THE COURT:  For whom?

21         For whom?

22         MS. SHEETS:  Oh, for herself.

23         THE COURT:  Which was?

24         MS. SHEETS:  Her goal was to continue Trump's

25   presidency.

1          THE COURT:  Okay.  Isn't that an unlawful benefit for

2     him?

3          MS. SHEETS:  I mean, yes, it would be an unlawful

4     benefit for him, but it would also be an unlawful benefit for

5     those who wanted his presidency to continue, who wanted their

6     vote to count in a way that's inconsistent with the official

7     proceeding of the certification.

8          And in Judge Walker's definition, you can see, just

9     while we are talking about it, and corruptly, none of the other

10    post-Fisher instructions have required an unlawful benefit.  A

11    lot of them, often at the behest of the government, include the

12    language that the government has proposed in this case, that

13    often this comes with an unlawful benefit, but they all rely on

14    unlawful means or unlawful purpose or both with respect to

15    corruptly.  And we certainly have that here.

16         I mean, she's achieving this goal by breaking down

17    barricades, breaking through police lines, encouraging others

18    to do so.  Break that door, trying to break down the door of

19    Congress itself.

20         And why is she trying to do that?  It's very clear

21    from her statements and signs on January 3 and January 5 that

22    she wanted the election results to be decertified.  And when

23    they weren't, when those lawful means were not carried out, she

24    resorted to unlawful means.

25         It was also an unlawful purpose because for the

```
1   lawfully-elected president to be thwarted from having the
2   results certified and all of the people who voted for the
3   president under the system that's legal, that's lawful, we
4   submit that it's an unlawful purpose as well.
5         THE COURT:  But one of the questions is is that
6   circular.  If the purpose is to obstruct, isn't that already
7   part of the charge?
8         MS. SHEETS:  Good point, Your Honor, which is exactly
9   why the government has asked to include independently unlawful
10  or unlawful means or unlawful purpose.  And here we have an
11  independently unlawful means by which she was trying to achieve
12  that purpose.
13        THE COURT:  It seems that means is a lot stronger than
14  purpose --
15        MS. SHEETS:  We argue both --
16        THE COURT:  -- circularity.
17        MS. SHEETS:  We argue both, but I agree with Your
18  Honor that unlawful means is very, very clear in this case.
19  These were independently unlawful means by which she was trying
20  to achieve this purpose, which we submit is also unlawful.
21        THE COURT:  All right.  Let's carry on to the other
22  counts.
23        MS. SHEETS:  Yes.  So just walking through each of
24  these elements for Count 2, that she entered or remained in a
25  restricted building or grounds without lawful authority to do
```

1   so.

2          Like we said at the beginning, we know there was a

3   restricted area.  It's Exhibit 101.  It's been stipulated to.

4   We heard testimony that the whole area was restricted.  The

5   stipulations include that the vice president was visiting that

6   day.  And we heard from Inspector Loyd, who took the stand

7   first, that he spoke with Secret Service.  Vice President Pence

8   and his family were coming for the electoral certification.

9   And that's why this perimeter was established.

10          There were barriers all the way around.  We heard that

11   there were more substantial barriers or, you know, bike racks

12   specifically on the east front.  We know she didn't have legal

13   authority to be there.  And we know she knew that.

14          She entered and remained, the evidence is clear about

15   that from her own videos and third party video, and she did so

16   knowingly.  All these statements about, we should tear it down,

17   her shouting to help charge and help tear down the barriers,

18   tear it down, she entered and she knew she wasn't supposed to

19   be there.

20          If you look back at the January 5 rally where she's

21   holding the decertify sign, there's a rope there, and she's

22   standing behind that proverbial red line.  But on January 6,

23   she decided to cross it, and she did so knowingly for all those

24   reasons stated.

25          For Count 3, disorderly and disruptive conduct --

1        THE COURT:  I assume that your stronger argument there

2   is on disruptive rather than disorderly?

3        MS. SHEETS:  Well, actually, we have good arguments on

4   both, Your Honor.  Form disorderly, the definition includes a

5   person fearing for themselves or their property.  We heard from

6   Officer Carrion, who the video shows is very clearly right at

7   that door where Weyer comes in, that he -- we heard from him

8   that he did fear for his and other officers' safety.

9        But on disruptive, you're right, that also clearly,

10  from the definitions, if you impede passage or hallways, which

11  Weyer did by going into the rotunda specifically.  And we heard

12  from Inspector Lloyd that that rotunda is the area on the

13  second floor by which senators go over to the House where he's

14  charged with ensuring their safety from the Senate to the House

15  to do the joint session and to certify the election.  That's

16  right where she was.  It's certainly disruptive.

17        Also if we just take the --

18        THE COURT:  So let me ask you, so on disorderly, do

19  you think that you would have to present evidence to show that

20  Officer Carrion feared from her specifically?  Because we don't

21  have that, right?

22        MS. SHEETS:  I think we have -- well, even if that

23  were the case, we have heard testimony from both officers that

24  it was the sheer numbers of the mob, that was the reason.  No

25  specific, you know, weapon.  I mean, certainly some people did

```
 1    have weapons, and certain people were dressed in tactical gear,

 2    things like that, which Sandra Weyer encouraged to go in, by

 3    the way, right in that door, and that is why Officer Carrion

 4    was fearing even more than just from the numbers of the crowd.

 5            But we have heard that the sheer numbers of the crowd

 6    are what made it dangerous, and Sandra Weyer was a participant

 7    in the crowd.  And that's not strong enough language really.

 8    She was actively inciting the rest of the crowd to go in

 9    through that door.

10            But again to disruptive, she certainly was in the

11    rotunda.  She certainly was impeding passage.

12            THE COURT:  Okay.

13            MS. SHEETS:  She did all of this knowingly.  And

14    again, these intent elements go back to what we have already

15    discussed.  She was holding those decertify signs.  She chanted

16    four more years.  She goes around upstairs in the Capitol.

17    When she comes out, she's talking about lawmakers having gone

18    underground.  And she says, when they saw how it was getting,

19    they fled, they fled underground.

20            To the third element, that the conduct occurred when

21    or so that it, in fact, impeded or disrupted government

22    business or official function --

23            THE COURT:  I think we have covered that.

24            MS. SHEETS:  -- the timeline is clear, yes.

25            For Count 4, so the disorderly and disruptive argument
```

1    stands.  And, again, Capitol building has been stipulated to

2    her.  Her location is clear from the evidence.

3         She has to have done so with the intent to impede or

4    disrupt orderly conduct of a session of Congress, the joint

5    session, and she has to have done so willfully and knowingly.

6         I'm just going to pull that up, one second.

7         So for willfully, she has to act with the intent to do

8    something that the law forbids, disobey or disregard the law.

9    That is certainly what she was doing.  I am pressed to think of

10   a more clear example of tearing down barricades with lines of

11   police officers and --

12        THE COURT:  But that's -- are we talking about

13   Count 5?

14        MS. SHEETS:  Yes.

15        THE COURT:  Okay.  But that's not in the building,

16   right?

17        MS. SHEETS:  Right, but she had to do all of these

18   things to get to the building.  And once she gets to the

19   building -- so she tears down the barricades.  She goes --

20   there's another police line on the Capitol steps itself.  We

21   saw officers lined up on the Capitol steps --

22        THE COURT:  Right, but let's say she attacked officers

23   outside, pulled knives on them, assaulted them, but when she

24   entered the Capitol did nothing inside the Capitol.  I mean, as

25   soon as she entered the Capitol, took a knee and engaged in

1    quiet praying, then she's not guilty, right?

2          MS. SHEETS:  I see.  I would say it's relevant to the

3    extent that it shows --

4          THE COURT:  It shows intent.  It shows knowledge.

5          MS. SHEETS:  -- intent, knowledge.

6          And the fact that she's being kept out of the Capitol

7    itself when she gets into the Capitol, you know, including at

8    the doors especially, chanting break that door, getting into

9    the Capitol, and then walking around in the Capitol filming,

10   this is awesome, we did it, that's with disregard for the law.

11   It's willfully and knowingly.

12         THE COURT:  Okay.

13         MS. SHEETS:  And just turning back briefly to the

14   intent, which again is the larger issue here, we know from the

15   instructions, and Your Honor is well aware, that we will

16   never -- we can't know what Sandra Weyer was actually thinking.

17   We don't know what was actually in her head that day.  We have

18   to infer from statements she made, from acts that were done.

19   And the instructions are clear that we can infer the natural

20   and probable consequence of her actions inferring that intent.

21         And when we look at her statements that she made that

22   day, charge, don't retreat, when we look at her statements

23   before, which the proof of mind instruction specifically

24   includes statements made before or during the act, holding

25   those signs that say decertify January 3 and January 5, the

1   date before, chanting four more years, leading that chant on

2   the way to the Capitol, finding herself -- and look, maybe

3   there's been some argument made that once she got in the

4   Capitol, she was looking for her brother.  Maybe.  But you can

5   have dual purposes.  They are not mutually exclusive.

6          We have heard testimony -- or not testimony, but a

7   text message indicating that maybe she was going to see

8   Mastriano speak on the Capitol steps, somewhere on the Capitol

9   steps.  Maybe that's why she was on the east front.  We don't

10  know.  But we do know that once she was in front of those

11  barricades, she was inciting violence in others.  She was very

12  clear, we should tear down these barricades.  She said she

13  personally helped do it.  She saw these officers lined up

14  trying to keep people from it.

15         When she got to the Capitol steps, she continued

16  through that second police line, we have heard, formed on the

17  east Capitol steps itself.  And then she says, break that door,

18  break down the door, the door to Congress, the door that she's

19  been protesting the people behind it to not certify the

20  election.

21         I also think the timing is important because we saw

22  the timeline laid out, and we did specific snippets so that we

23  didn't waste the Court's time.  But she films for a lot of when

24  she was there.

25         Now, we don't necessarily see film of her grabbing the

1   barricades themselves, but in that third party video,

2   Exhibit 312, Exhibit 316, we see that she's not filming.

3   Normally, normally, throughout most of the events that day,

4   when we see third party video including the CCTV of her in the

5   Capitol, and I think this is parading right here, she's got her

6   hand up like this, she's filming around, that's why we have

7   such a great view, and she isn't doing that in the third party

8   video where she's helping people up who were pulling down the

9   barricades, where she's pointing and saying charge and

10  encouraging people to tear it down.

11          Her own statements say that she personally helped tear

12  down barricades.  More than once she says that.  She says she

13  was at the front the whole time.  And we can see from her video

14  that she saw lots of violence against officers that day.  Even

15  if she didn't participate in it herself, which again she's not

16  charged with, she saw that violence.  And she reiterates that

17  she saw it afterward.  She is filming.  In the 207 series, she

18  films over it.  You can see the cops.  She says, The cops got

19  trashed.  They took their shields from them.

20          She also acknowledges, not once by twice, she said,

21  The cops stood down because there was too many of us.  You

22  know, they realized that there were too many of us so they

23  stood down.  So she was aware that her conduct specifically

24  joining in that mob was contributing to the officers not being

25  able to hold the Capitol, and she was proud of that fact.

1          What's clear from the evidence is that she had

2     exhausted the legal avenues of stopping the certification, so

3     she moved on to a different plan.

4          And, again, we don't know whether she was behind the

5     barricades to hear someone speak, but we know that she made the

6     decision to encourage others to break down those barriers, to

7     break down the door.  And why?  To get inside the Capitol to

8     find her brother?  That is not a credible argument, and it's

9     not supported by the evidence.

10          What is supported by the evidence is that she wanted

11     the certification to stop, and when it was clear that it wasn't

12     going to, she saw an opportunity behind the barricades that day

13     and she went for it.  She didn't stop until she made it all the

14     way into the Capitol.  And she was glad, if you listen to the

15     tone of her statements in those clips, that the lawmakers fled.

16     They saw what was happening, and they fled.

17          She did whatever she had to do to stop the election.

18     That's a 1512, Your Honor.  We ask that you find Defendant

19     Weyer guilty on all counts.

20          THE COURT:  Thanks so much.

21          Mr. Smith.

22          MR. SMITH:  Good morning, Judge.  There are several

23     reasons why the Court should not find Ms. Weyer guilty of

24     Section 1512 offense, and I would like to start at the

25     beginning with the statute.

1              Just very briefly on this point, the government is

2     misusing this statute.  Since 1982, when the legislation was

3     passed that created this offense, the Victim and Witness

4     Protection Act, the offense has been an evidence impairment

5     crime.  Before January 6, no court had extended its reach

6     beyond evidence, certainly not to protest and demonstration at

7     the Capitol or anywhere else.  Countless acts of protest at the

8     Capitol --

9              THE COURT:  But you are not arguing things that the

10    court of appeals has already rejected here?

11             MR. SMITH:  Your Honor, this kind of folds into why we

12    think at the very least the Court should follows Judge Walker's

13    concurrence in the Fisher case because it's really odd in this

14    sense.

15             Although Judge Nichols' decision to dismiss the 1512

16    charge was reversed, two of the judges on the panel were agreed

17    that the government's interpretation of the statute in these

18    cases is of a -- I think the words were remarkably broad or

19    impermissible scope.  I don't have the words, the exact words,

20    they used handy.  But they agreed that without some sort of

21    limiting function on the government's interpretation, that

22    this, the indictments, could not stand in these cases.

23             So if we are not following Judge Walker's concurrence,

24    we have a crime that basically collapses the Class B parading

25    misdemeanor with a 20-year felony.  There is no conceptual

1    distinction between the offenses.

2         THE COURT:  But to the question I asked Ms. Sheets --

3    and, Mr. Smith, I know you argued Fisher, that you are very

4    familiar with the law, which, as you can imagine, district

5    courts were not terribly thrilled to get a fractured opinion as

6    we are trying to figure out how to proceed.

7         But why isn't she attempting to procure a benefit at

8    least for Trump and arguably, as the government says, for

9    herself to live under a Trump administration even under Judge

10   Walker's definition?

11        MR. SMITH:  Judge, because under Judge Walker's

12   definition, the defendant has to know that the benefit they are

13   procuring is unlawful, the benefit is unlawful, rather than,

14   under the government's interpretation, some sort of means that

15   are being used to obtain the benefit or unlawful --

16        THE COURT:  But even Judge Walker in the concurrence

17   gives this as a potential way to find is someone guilty, now

18   without committing, but he adverts to this potential as well.

19        MR. SMITH:  And that potential would be obtaining a

20   benefit for the former president.

21        THE COURT:  Exactly.

22        MR. SMITH:  Right.  But nevertheless, Judge Walker is

23   saying that the defendant must know that the benefit that's

24   being obtained for the third party is unlawful.

25        And Judge Walker goes back to, you know, some pretty

old cases showing that it's knowledge of the benefit's

unlawfulness that has to be established.  So the benefit here,

if we are saying in this context, is the reelection of the

president.  Knowledge that that benefit would be unlawful would

be an understanding that the former president, indeed, lost the

election and that attempts to maintain -- secure that benefit

for him would be unlawful because he lost the election.

         But in this world, the government is suggesting just

the opposite, that the defendant did not understand that the

former president lost the election.  In fact, the defendant

sincerely believed that the election was, quote, being stolen

from him.  Therefore, if the benefit that she's seeking to

obtain for him is reelection, the defendant doesn't know that

that benefit is unlawful.  She sincerely and mistakenly

believes it's lawful.

         So that is my understanding of Judge Walker's framing

of this issue in this context.  For the cynic, for the person

who sort of understands that the former president lost the

election but wants to maintain him in power illegally, that is

corruption.  That's cheating the system in the same way that a

litigant in, you know, the judicial proceedings context would

be cheating if he destroyed documents that would show his

guilt.  He's obtaining an unfair advantage that he knows is

unfair.  There's no --

         THE COURT:  So it would be okay if he thought he were

```
1    innocent, a person who destroyed the documents?
2            MR. SMITH:  No, that would not be okay because there's
3    still a process for sussing out whether someone is innocent.
4            THE COURT:  Isn't there a process for certifying the
5    election?
6            MR. SMITH:  Yes, Your Honor.  But if the defendant
7    sincerely believes that members of Congress are not complying
8    with -- I'm not suggesting this is a correct belief.
9            THE COURT:  I understand.
10           MR. SMITH:  But if someone believes in good faith that
11   that process is being distorted because an election was, quote,
12   stolen --
13           THE COURT:  What's the difference if a defendant
14   believes they are innocent, they shouldn't be being prosecuted,
15   it's an unjust prosecution, so they destroy a bunch of
16   documents?
17           MR. SMITH:  But they don't believe that there's
18   anything improper about the court proceeding, which is
19   adjudicating their guilty or innocence?
20           THE COURT:  No.  They think they shouldn't be in
21   court, that the prosecution of them was a witch hunt, was
22   politically motivated.
23           MR. SMITH:  I think there's a distinction there, Your
24   Honor.  You could find that the prosecutors are engaged in
25   misconduct without thinking the entire system is corrupt or
```

 1    malfunctioning.  So I believe, as a defendant, I am innocent.

 2    The prosecutors are engaged in misconduct.  But that doesn't

 3    extend to the court system itself.  That doesn't mean the court

 4    system --

 5              THE COURT:  They think the judge is -- it's a witch

 6    hunt.  No, but I -- that the judge is biased and is out to get

 7    them, that it's not a fair proceeding.

 8              I understand the argument.  I think it's an

 9    interesting argument and clever, and I don't mean that with a

10    poor connotation, but I'm not sure what the difference is in my

11    hypothetical.

12              MR. SMITH:  To be honest, Your Honor, I don't think

13    that the Court needs to reach that nuance here because I think

14    the evidence is woefully insufficient on intent to obstruct.

15              THE COURT:  Okay.  Let's talk about that.

16              MR. SMITH:  Okay.  So, Your Honor, let's say we are in

17    the world where the government is correct, that we don't follow

18    Judge Walker's opinion and that corruptly means acting with

19    unlawful means to obstruct Congress.

20              First, we have multiple pieces of evidence indicating

21    that Ms. Weyer came to Washington, D.C. and in particular

22    walked towards the Capitol building to hear Doug Mastriano, a

23    state senator speak.  The agent conceded the point on the

24    stand.  There was a text message from --

25              THE COURT:  Right.  But under your theory, he's going

1   to speak on the Capitol steps, and so she's heading down that

2   way.  She texts.  She heads down that way to hear him.

3          MR. SMITH:  And there's a video showing that it --

4          THE COURT:  And the video shows that she says I'm

5   going down there.  Take that all at face value.

6          MR. SMITH:  Okay.

7          THE COURT:  So she gets there.  So the barricades --

8          MR. SMITH:  I was going to take this piece by piece,

9   Your Honor.

10          THE COURT:  Go ahead.

11          MR. SMITH:  At time one, when we are heading towards

12   Washington, D.C. or walking towards the Capitol, we have

13   intent.  It's certainly not an intent to obstruct Congress

14   beyond a reasonable doubt if we have multiple pieces of

15   evidence indicating her intent is to hear someone speak rather

16   than obstruct Congress.

17          THE COURT:  There's nothing about hearing him speak,

18   that's why she came to Washington.  We've only got the two

19   pieces once she's there, right?

20          MR. SMITH:  So we have -- well, we have three pieces.

21   We have the text message on the day of January 6 with the

22   fellow in question, Mastriano.  We have the video on the

23   morning of January 6 when she's walking towards the Capitol.

24   And we have the video after she exits the building where she

25   says this is where we were going to see Mastriano speak.

```
 1              THE COURT:  Right.  But in other words, we don't have
 2    anything that that's why she came to Washington, which is what
 3    I think you said.
 4              MR. SMITH:  Correct, Your Honor.  I'm thinking of
 5    something that I have seen that's not in evidence.  I am not
 6    going to refer to that.  I'm mixing it up in my mind.
 7              So she reaches the barricades.  The government has
 8    said over and over again in its closing statement there's
 9    evidence of her pulling down barricades.  There's none.  The
10    agent --
11              THE COURT:  Except for her own words.
12              MR. SMITH:  So the agent was asked, have you seen any
13    evidence indicating she wasn't puffing herself up in those
14    statements.  No, I haven't.  The video evidence doesn't show
15    her pulling down --
16              THE COURT:  It shows her aiding and abetting at the
17    least by picking up someone who is moving the barricades.
18              MR. SMITH:  Your Honor, you might pick someone up to
19    help them, not necessarily to facilitate their crime.  If
20    someone is falling over, you could pick them up, and I guess
21    Your Honor might say, well, that's a nasty guy, you shouldn't
22    be helping him, but it doesn't necessarily mean that you are
23    trying to help pull down barriers.
24              Your Honor, it cannot be the case that offensive
25    statements, statements about, you know, go, charge, charge
```

1    ahead, stay where you are, it cannot be that that is a 20-year

2    felony offense that moves the government beyond the parading

3    offense that dozens or hundreds of misdemeanants have pled

4    guilty to in these offenses.  If that were the case, we have

5    completely collapsed a Class B misdemeanor and a 20-year

6    felony.

7            Those statements don't even concern an intent to do

8    something inside the building.  If she's encouraging -- if

9    encouraging people to be rowdy outside the building is the

10   obstruction offense, then hundreds of protesters have been

11   mischarged.

12           THE COURT:  I think your opening statement, I thought,

13   interesting, the government has a lot less evidence than they

14   often do based on your opening statement.  In fact, they have a

15   lot more evidence than they usually do that you are saying

16   there's no evidence about her going -- she's talking about

17   breaking the doors down, right?

18           MR. SMITH:  So, Your Honor, breaking the doors down to

19   get inside and protest.

20           THE COURT:  Well, to get inside to obstruct.

21           MR. SMITH:  What's -- but there has to be some

22   difference -- so I concede that the prosecutor has just

23   synonymized protest and obstruction of an official proceeding.

24           THE COURT:  And you have said that.  I think there's a

25   huge gulf between what a typical parading case is, which is

literally being inside and chanting or shouting and saying
things, which plenty of people did, and here where she wants
to -- where she's talking about violent entry.

          MR. SMITH:  She's talking about it, Your Honor, but I
think --

          THE COURT:  And participating in it.

          MR. SMITH:  Well, so, Your Honor, there aren't -- so
Your Honor knows the Rosemond standard for aiding and abetting.
It's an act taken to facilitate the crime with the specific
intent that that crime be committed.  You didn't hear an
argument from the government under Rosemond or aiding and
abetting that she aided and abetted the breaking down of a door
or the violent entry because there is no evidence of that.

          Let me give Your Honor a great example of this.  Just
last week, Judge Bates sentenced a defendant in a case called
Hazelton where the defendant was standing right outside the
lower west side tunnel, as the Court knows, one of those
violent and chaotic scenes at the Capitol that day.

          She's standing there for about 20 minutes saying, we
need more men, we need more men, and she's gesturing like this
encouraging more people to pile into the tunnel where there is
this medieval battle going on.  The government argued under the
preponderance standard that she aided and abetted assaults and
civil disorder offenses in the tunnel.

          Judge Bates found that the government hadn't

1    established it by a preponderance, Your Honor, much less beyond

2    a reasonable doubt.  By the way, that defendant was originally

3    charged with a 1512 offense.  Dropped.  So this was a

4    sentencing for civil disorder, aiding and abating.

5         The government, like in this case, was just saying,

6    well, she aided and abetted others, the general blob outside

7    the door.  As the Court knows, it's black letter law, there's a

8    principal and there's an accomplice.  And you have to identify

9    a specific principal who committed the crime, and the

10   accomplice has to help that person that we have identified.

11        There's never been a case where the government can

12   just say, well, you helped others, are you helped the general

13   other man do something.  That's not sufficient evidence.  You

14   have to show that the defendant wanted to help a specific

15   person or at least identify five people and say these are the

16   people that you are aiding and abetting, and it was your intent

17   that they commit X, Y, and Z crime, and you are helping them

18   with the intent to help them.

19        That's the situation here.  We can't find guilt beyond

20   a reasonable doubt to facilitate misconduct outside the Capitol

21   by some random people we haven't identified.  And that's

22   also -- that's not the 1512 offense in other cases.

23        THE COURT:  All right.  So then talk to me about why

24   the government's evidence regarding her decertifying protest

25   statements earlier isn't relevant to her state of mind.

1        MR. SMITH:  So, Your Honor, I think there's two ways

2   of looking at this, her knowledge of the nature of the

3   proceeding that was going on inside Congress, which the

4   government has to establish, and then the intent to obstruct

5   it.

6        So we would say the decertify poster doesn't even get

7   you knowledge at the Capitol because it pertains to the

8   Pennsylvania state legislature.  The posters that the Court saw

9   concerned the certification process at the state level.  And,

10  if anything, that might show the defendant believed that the

11  states were responsible for decertifying the electoral votes,

12  not Congress.

13       The agent testified that he looked through the entire

14  Facebook return of the defendant and didn't find anything, any

15  statement of the defendant showing an awareness of the

16  electoral vote count inside Congress.

17       THE COURT:  There again, I think there is evidence

18  that she was aware that Congress was meeting that day.

19       MR. SMITH:  Undoubtedly.

20       THE COURT:  Right.

21       MR. SMITH:  And that's why Judge Berman Jackson in the

22  Black case found that that wasn't sufficient mens rea just

23  simply for the defendant to know that there's some sort of

24  thing going on about the election inside Congress.  The

25  defendant has to know that there's an official proceeding,

namely, the, you know, the electoral vote count going on inside
Congress.

There's no evidence of that here.  There's none.

That case involved a man who walked onto the Senate
floor with a knife.  There was evidence indicating he thought
the election was stolen in some general way and there was a
protest at the Capitol, but not that there was this specific
official proceeding going on.

There's no statement in the record indicating that the
defendant knew that there was a vote count inside Congress.

And then, Your Honor, we would point to the piece of
evidence where, outside the building, she walks out, after
under 11 minutes inside the building, which is far less time
than most misdemeanants in this parading cases --

THE COURT:  Which, again, can go to sentencing, but
I'm not sure it goes to guilt.

MR. SMITH:  It goes to what the government actually
believes in most cases the 1512 offense is.

So when she comes out of the building, Judge, she
says -- she learns that there are protesters on the Senate
floor.  And Your Honor might recall this.  She said, Why would
the patriots be on the Senate floor?  What are they doing
there?

Your Honor, that statement alone is reasonable doubt,
Judge, because why would someone who's intending to disrupt the

1   proceeding ask why would protesters be in the heart of the

2   place where the vote count is occurring.  Well, to disrupt

3   the --

4          THE COURT:  She said, Are the patriots being kept on

5   the Senate floor by the cops?

6          MR. SMITH:  That was the last question, but there were

7   two questions before that, Your Honor.  And I can play it again

8   where she says -- first she learns that, Wait, there were

9   patriots on the Senate floor, question mark.  What are they

10  doing there, question mark.  And then she says, Are they being

11  held there -- are the police not letting them out?

12         Your Honor, just that sheds so much light on her state

13  of mind.  Why would she be -- why would someone who goes into

14  the building to stop what's going on in there, stop the vote

15  count by members of Congress, ask what would the patriots be

16  doing on the Senate floor?

17         THE COURT:  Because by the time she's been in there

18  and seen what's going on in there, any rational person couldn't

19  believe that any vote could be currently proceeding given the

20  occupation of the Capitol.

21         MR. SMITH:  Your Honor, if that was the case, then she

22  can't be found guilty.  Any rational person having seen what

23  they saw inside the building could not believe there was a vote

24  count going on?

25         THE COURT:  That it was still going on, that they

1   would have believed that they had successfully obstructed it.

2          MR. SMITH:  So, Your Honor, she exits less than 11

3   minutes after she enters, and she asks, Why would the patriots

4   be on the Senate floor?  So --

5          THE COURT:  She's been in, they have sufficiently

6   obstructed, as she's proud to proclaim, and I'm not sure --

7          MR. SMITH:  I guess it would be to prevent the

8   government's -- we know that the vote count -- the joint

9   session had been suspended ten minutes before the defendant

10  enters the building.  So that had already been accomplished.

11         THE COURT:  Right.

12         MR. SMITH:  I mean, I guess the government's theory is

13  the purpose of entering the building in the first place was to

14  prevent the vote count from recommencing.  So the reason, if

15  your intent is to block the vote count, the reason the patriots

16  would still be on the Senate floor is to prevent the proceeding

17  from recommencing, which was the entire purpose of entering in

18  the first place, according to the Government.  So why would

19  someone who is trying to prevent this vote count from happening

20  ask within ten minutes why are there patriots on the floor?

21  Ten minutes isn't obstruction.  That doesn't prevent the vote

22  count from occurring.

23         It's the kind of question someone would ask, Judge,

24  it's consistent with wanting to go in the building perhaps to

25  protest, but it's not consistent with intent to stop the thing.

1    And there has to be some -- Judge, if there's no difference --

2    the government would have you believe there is no difference

3    between protest and obstruction of Congress.  But if there is

4    no difference, then, you know, hundreds of people have been

5    mischarged.  You might just chalk that up to prosecutorial

6    discretion, but it also means there's no difference between a

7    Class B -- there has to be some congressional intent

8    delineating a difference between a Class B parading

9    misdemeanor, which people have been charged with for decades

10   for going to the Capitol, and a 20-year obstruction felony.

11   There has to be some plus factor that gets you beyond

12   demonstration to obstruction if we are going to call this thing

13   a crime.  And it can't be that comments that don't even meet

14   the Brandenburg standard outside the Capitol are that plus

15   factor.

16          So let's -- so we've got incitement.  You've got

17   intent to incite an imminent crime or violence.

18          THE COURT:  I'm not sure that it doesn't meet the

19   Brandenburg standard.  Break the doors down, that doesn't meet

20   if the Brandenburg standard?

21          MR. SMITH:  So it's intent and likelihood that it's

22   going to happen.

23          THE COURT:  Both words and circumstances.

24          MR. SMITH:  So, Your Honor, we did not see a specific

25   person who broke down the door because of -- there's a causal

factor here.  Who broke down the door because Sandy Weyer said

into her Livestream, right, into her phone, break down the

doors?  Did anyone --

THE COURT:  So there has to be a direct connection.

MR. SMITH:  Is there an indirect connection?

THE COURT:  Sure.

MR. SMITH:  But this is what Judge Bates was talking

about.  We haven't seen a specific person that she's influenced

to -- Judge --

THE COURT:  Judge Bates is a great jurist, one of, I

think, the wisest on this Court, but as you are describing, I'm

not sure that I would have found similarly.

MR. SMITH:  So, Judge, one more point on her intent.

The government was talking about how, you know, we have some

pieces of evidence in this case that are more damming than the

typical obstruction case.  But unlike the typical obstruction

case, we have some incredibly exculpatory information that is

not usually in the 1512 cases, namely, for virtually every

minute she's inside the building, she's incanting like a

parrot, Where's my brother?  Where's my brother?  I'm looking

for my brother.  Is he upstairs?

THE COURT:  You are not arguing that that's why she

went into the building?

MR. SMITH:  Judge, I don't think the evidence is very

clear on that point.  She says as soon as she starts walking

1    into the building, she says, Where is Mike?  She says that as

2    soon as she walks through the --

3            THE COURT:  Once she's in, she may have become

4    separated from him in the melee and now is looking for him.  I

5    agree she's looking for him.

6            MR. SMITH:  She's looking for him, and she starts

7    looking for him as soon as she passes the threshold.  I think

8    you could say it's under a minute after walking through the

9    door, she starts saying, Where's Mike?  It's true we don't have

10   any evidence that she says that before she walks through the

11   door, but it's certainly right afterwards.

12           And then, yes, Your Honor, the length of time that a

13   defendant is inside the building and why they are walking

14   around, that goes to the intent on 1512 offense.  If she's not

15   looking for members of Congress, if she's not looking for

16   police to interfere with but she's looking for her brother,

17   that's not the same as an intent to disrupt Congress.

18           The government made much of how she walks up to the

19   second level, she goes up to a second floor, she walks down.

20   But the whole time she's saying, Where's my brother?  The agent

21   on the stand said he didn't think that that was an insincere

22   effort.

23           So, yes, Your Honor, I think there were very few, if

24   any, defendants who have been charged with 1512 who, you know,

25   didn't have any intent to walk around the Capitol building at

1    all, walk around inside.  And if her intent is to find her

2    brother, then that's not the same intent.  The government says

3    you can have multiple.  But it's insufficient to just -- it's

4    not proof beyond a reasonable doubt to lay out in front of the

5    Court two alternative theories and say either one might work.

6    They have to nudge --

7           THE COURT:  But I think there's a difference between

8    what she does inside and why she enters.  They don't have to

9    prove, once she's inside, what she does as long as she thinks

10   that entering will also help obstruct.  So I think it's a

11   stretch to say -- we have gone over this ground -- that the

12   reason she enters the Capitol is she's looking for her brother.

13   That doesn't --

14          MR. SMITH:  I think the Court agreed that there has to

15   be some difference between parading in the Capitol and

16   demonstrating and obstruction.  And if the only difference

17   we've got is her statement break it down outside the Capitol,

18   then all the 1512 charge is doing is it's sitting parasitically

19   on top of an aiding and abetting property destruction charge.

20          For every type of misconduct on January 6, the

21   government has a statute that fits it.  There's assault.

22   There's civil disorder.  There's trespass.  There's property

23   destruction.  1512 is not performing any function.  It's just

24   vaguely sitting on top of all the other crimes and transforming

25   them into a 20-year felony.

1          If Your Honor is concerned that her statement break it
2    down outside the Capitol was aiding and abetting a potential
3    property charge, well, that's the charge.  It's not 1512.  If
4    we define the crime at that level of vagueness and abstraction,
5    it's everything and nothing at the Capitol.
6          THE COURT:  All right.  Tell me -- you want to have
7    specific argument as to the other counts?
8          MR. SMITH:  Yes, Your Honor.
9          THE COURT:  Okay.
10          MR. SMITH:  So, Your Honor -- oh.  Your Honor, I just
11    want to make one point about the, quote, storming the Capitol
12    quote.
13          That was another piece of intent evidence that, as the
14    Court knows having presided over a large number of these cases,
15    it's the rare case where you don't find that slogan in the
16    mouth of the defendant in the case, I mean, running the whole
17    gamut, from the lowliest misdemeanor to the highest felony
18    charge.
19          Storm the Capitol is like a poster slogan for these
20    defendants.  That doesn't make it acceptable.  It's offensive.
21    But it can't be intent that's specific to the 1512 charge if
22    you find it, you know, tossed around like confetti that day.
23    It's just too common.  It would be like using a poster slogan
24    or like a chant as evidence of a crime, which is not nearly
25    specific enough, if it's kind of a slogan that's being tossed

1    around the crowd.

2          But, Your Honor, on the disorderly -- on the parading

3    in the Capitol count, the Court pointed out that the

4    government's evidence was just the evidence of her conduct

5    outside the building.  But Count 5 concerns crimes inside,

6    inside, the Capitol building.

7          The evidence of her parading basically consists of

8    one -- I think she says our house at one point.  She parrots

9    the crowd inside the Capitol.  That's not really the parading

10   conduct that the government relies on in most of these Title 40

11   offenses.  There's generally some more substance to the offense

12   than just saying that phrase one time.

13         And then, Your Honor, on disorderly conduct in a

14   Capitol building, that's Count 4, what was -- I take the

15   government's point about disorderly conduct outside near the

16   barriers, but what was the defendant's disorderly conduct

17   inside the Capitol building?  Again, if she's there for under

18   11 minutes and saying where is my brother, she has no --

19         THE COURT:  Don't you think that we should treat an

20   act differently if, by looking at the circumstances -- and in

21   this case being with a hoard of other people as opposed to

22   being by herself, in other words, that what she -- what may not

23   have been disruptive by herself becomes disruptive when she

24   acts with a large group of people?

25         MR. SMITH:  Well, that would imply -- the question

1   would be, if that proves too much, that would imply that every

2   single person in the building is guilty by definition.  But

3   that just -- it hasn't been adjudicated that way.

4           THE COURT:  Why is it wrong?

5           MR. SMITH:  I hate to keep bring up Judge Bates so

6   much, but he was concerned about these sort of theories that

7   have no limiting principal for these cases.  If you find

8   yourself finding a defendant guilty on a principle that would

9   make everyone guilty of every sort of charge, then I think what

10  Judge Bates was saying, we are not really -- we're not

11  adjudicating guilt and innocence on the characteristics of an

12  individual anymore.

13          What we are doing is we're taking a group of people

14  and creating a law called mob law that says, if you are part of

15  this mob, you are guilty of everything that every given member

16  of it did.  That's not individualized justice.  That's kind of

17  collective punishment in a way.

18          THE COURT:  That's what a mob is, collective wrong

19  doers, right?

20          MR. SMITH:  Well, if Congress had passed a statute

21  called the mob crime and if you become a member of the mob and

22  we define the mob as everything that happened January 6 and you

23  become a member of it, then you're guilty are guilty of

24  every -- okay, fine.  But that's --

25          THE COURT:  Right.  Without a doubt, what's difficult

1    in some of these cases is what you are putting your finger on,

2    which is Congress didn't write statutes that anticipated an

3    insurrection of thousands of people trying to storm the Capitol

4    and overturn a lawful election.

5            So there's no doubt that the government is attempting

6    to shoehorn conduct into statutes that weren't explicitly

7    written to cover it.  The question is are they capacious enough

8    to cover it or not even if they were not written for the

9    specific acts.  And that's what we have been doing throughout

10   these cases, right?

11           MR. SMITH:  Can I make one more argument on the --

12           THE COURT:  Sure.

13           MR. SMITH:  So, Judge, for the future, if we don't

14   follow Judge Walker and any act that influences or obstructs

15   any proceeding in Congress, whether or not it involves the

16   administration of justice or quasi-adjudicated function, if

17   that is a felony offense, Your Honor, and there is no limiting

18   principle, then just -- I mean, it's not just like what Judge

19   Katsas said, that lobbying could be criminalized.

20           It's just kind of the most elementary protest, not

21   offensive protest of the defendant's kind, but pogo-sticking

22   outside the Capitol building when you know you are on the other

23   side of a barrier and you are shouting, you are shouting to

24   influence members of Congress or debating legislation, that's a

25   felony offense.

1            Shouting into the wind, you know, these damn

2     congressmen, they should be strung up and hanged, that's a

3     felony offense.  It's never been the law.  And to just -- it's

4     really dangerous, I think --

5            THE COURT:  But in your example, if you are attempting

6     to procure an unlawful benefit, then you would be guilty under

7     either.

8            MR. SMITH:  Well, that's Judge Katsas's point.  He's

9     saying what Judge Walker is taking about corrupt intent is

10    necessary but not sufficient.

11           THE COURT:  I know, but that's a dissent, right?  And

12    I can't follow that.

13           MR. SMITH:  What the Court can do is strictly adhere

14    to the beyond a reasonable doubt standard on intent and avoid

15    collapsing an intent to protest with an intent to obstruct.

16           Strictly enforcing the law as it currently stands is

17    entirely appropriate given the risks of this really broad

18    interpretation that might be green-lighted.

19           And there just has to be something beyond what

20    Ms. Weyer did, or everyone outside the building is guilty of a

21    20-year felony.  And not just them, historically, you could

22    fill the National Mall 18 times with people who wanted to

23    influence what's going on inside Congress and did so by

24    crossing lines that they shouldn't have crossed outside the

25    building.

```
 1              THE COURT:  Okay.

 2              MR. SMITH:  Thank you, Judge.

 3              THE COURT:  Thank you very much.

 4         All right.  Government want to briefly rebut?

 5              MS. SHEETS:  Yes, Your Honor.

 6         So not only is there a difference between parading and

 7    obstructing and Weyer's actions in this case, but Weyer knew

 8    that difference.  She had been to protests.  She had held up

 9    signs making her intention clear.  She wanted legislators to

10    decertify the electoral results.

11         If we have any question about it being about the 2020

12    electoral results, the Facebook return is very clear that where

13    she checked in at those events where she's holding those signs,

14    it was to protest the 2020 election results.

15         I think defense said that ten minutes isn't

16    obstruction.  I would say 30 seconds can be obstruction if it

17    meets all of those elements.

18         And on the timeline specifically and some of the words

19    that were said, we have acknowledged, and I think our theory is

20    consistent, multiple intentions that once Weyer got into the

21    Capitol, she may have been separated from her brother, she may

22    have been looking for him, but what does she say when she gets

23    into the rotunda?  She says, This is awesome.  We did it.

24         That's before she asked where's Mike.  This is

25    Awesome.  We did it.  What did we do?  Not find her brother
```

 1    because she's still looking for her brother.  She obstructed.

 2          One of the things we have heard from defendant --

 3    excuse me, from -- well, we will hear it from defendant, but we

 4    have heard it from the officers in this case, the Capitol

 5    Police, that the numbers, the sheer numbers, overwhelmed them

 6    and that Weyer -- well, we have seen that Weyer was an active

 7    participant in that.  Weyer acknowledges in her own statements

 8    after she exits the Capitol that the Capitol Police stood down.

 9    There were too many of us.

10          And I want to pull up Defense Exhibit 6, if we could,

11    very briefly.  There's a very short clip that we didn't include

12    in our clips, but that goes directly to that point.  And this

13    is before, right before, she enters the door.

14          MR. SMITH:  Your Honor, if this is video evidence, a

15    clip that's not in evidence, we would object.

16          MS. SHEETS:  Your Honor, sorry.

17          THE COURT:  Of course, you're right, Mr. Smith.

18          Is this in evidence?

19          MS. SHEETS:  It is in evidence, Your Honor.  The

20    defense entered it as their Exhibit 6.

21          THE COURT:  Okay.

22          MR. SMITH:  So, Your Honor, our Exhibit 6 is a clip

23    that is rather lengthy.  So if the government is referring to a

24    clip that we played in trial, then there's no objection.  But

25    if it's a clip that wasn't played, then that's not in evidence.

1              MS. SHEETS:  I believe the entire -- there was back

2    and forth about a longer clip being allowed into evidence.  It

3    was the full video.  There are several videos she took that

4    day.  But it's clear and it's clear from the defense's exhibit

5    list that that exhibit was entered.  There's a very brief clip

6    that I would play.

7              MR. SMITH:  At least, Your Honor, my understanding of

8    how these clips work in the January 6 cases is there's a lot of

9    lengthy clips that were filmed that day, but the segment that's

10   in evidence is the segment that the witness reviews on the

11   stand, not if you put in an hour-long video clip, it's not

12   every second.

13             THE COURT:  In a bench trial, this could go either

14   way.  I think, as I said, for the government's montage, you

15   don't need to play the whole thing for me, but I will consider

16   that it's in evidence.  I don't think I made any ruling clear

17   as to the defense clips.  So I think to be fair, given that I

18   didn't make that clear, that I'm not considering anything that

19   wasn't shown to me.

20             MS. SHEETS:  Yes, Your Honor.  So we can take the

21   clips that we did see of her.  Well, let me back up.  We can

22   take the statements that we have from her saying she understood

23   that the officers stood down and that she believed it was

24   because there were just too many of us.

25             We can also take the statements that she made right

1    after she exits the Capitol where she's making those videos.

2    She says, The lawmakers left underground.  When they saw how it

3    was going, they left.

4            To Your Honor's point of the example of a defendant

5    thinking they are innocent, thinking that the proceeding or the

6    judicial proceeding in that case is corrupt or unfair, under

7    the defense's argument, we would have to say that if the

8    defendant sincerely believed that they were innocent, which I

9    think if they are going to trial, it could happen in many cases

10   probably, that them shredding evidence wouldn't be obstruction

11   because they sincerely believed that the benefit they would get

12   was lawful because they believed sincerely that they are

13   innocent.  That just can't be the case.

14           Just quickly to distinguish the Black case which

15   defense filed something on.  In that case the Court, and this

16   is outlined in the defense's email, said that the government's

17   evidence didn't meet the standard of reasonable doubt and that

18   was because in that case, in Black, we do not have one single

19   text or tweet or statement by the defendant before, as we do

20   here, on or after January 6 where he articulates political

21   grievance.

22           We have clear evidence here.  Those signs, decertify.

23   And that is the difference, Your Honor.  The difference is she

24   wasn't just parading.  She wasn't just picketing.  She wasn't

25   just being disruptive.  She had a clear goal.

1          What are the words she's saying?  Yes, it is
2    disruptive conduct.  March, forward, charge, break that door.
3    I mean, there are a lot of things you could tell that would be
4    disruptive, disorderly.  Those are with a very clear intent to
5    go forward, break down the door, and get into the Capitol.
6          And once she does that, she says, This is awesome.  We
7    did it.  She roams around the halls obstructing the passageway
8    in the rotunda around the third floor.
9          You can also find on a theory of aiding and abetting.
10         And as to the future point, to the extent that there's
11   any argument about the certification not being an official
12   proceeding, which I took the comments about quasi judicial
13   proceeding to be about --
14         THE COURT:  I don't think they are arguing that it
15   wasn't a official proceeding.
16         MS. SHEETS:  -- it would be inconsistent with the law
17   in this circuit for the record.
18         We ask that when you look at all of the evidence in
19   this case, it's clear, the difference between lawful protests,
20   even unlawful protests, parading, picketing, and encouraging
21   others and yourself going through the door, past officers who
22   were attacked that you saw attacked, with knowledge that you
23   were participating in the mob, the numbers that prevented U.S.
24   Capitol Police from keeping Congress people safe that day.
25         And again, as soon as she exits the Capitol, she says,

1    The lawmakers went underground.  When they saw how it was

2    going, they left underground.  Her intent is the clear.  We ask

3    that you find Defendant Weyer guilty on all counts.

4              THE COURT:  Okay.  Thanks so much.  Take ten minutes

5    and I will come back with my verdict.

6              (A recess was taken at 11:38 a.m.)

7              THE COURT:  Okay.  Good morning again, everybody.

8              So let me first find the facts here.  There's no

9    question about credibility.  No one is challenging the

10   officers' credibility.  I think that everything that was stated

11   is essentially undisputed.  The only things that are disputed

12   are the defendant's intent and whether the facts that have been

13   shown sufficiently establish the elements of each of the

14   offenses.

15             So let me just go over the facts again.  And the

16   stipulations that the parties have agreed on, I assume, are

17   correct, which have detail about the restrictions on the

18   grounds and the buildings and the specifics about the

19   certification process and the timing of exactly when recesses

20   occurred, and I adopt all the stipulations as they are

21   undisputed and the parties wish them to be adopted.

22             I think some of it was still covered by the witnesses

23   which I don't need to go through again.  The only facts that

24   Officer Carrion stated that may have some relevance were just

25   that the door alarms by the east rotunda door, also known as

the Columbus doors, were going on and were going on the entire

time the defendant entered, that there were pepper spray and OC

spray being sprayed by officers and members of the crowd in

that vicinity, that Officer Carrion was fighting off the crowd,

that he and his partner were the last two defending the door as

the crowd were overwhelming him and his partner and forcing the

doors open, also that there were Oath Keepers who stood out

with their military gear who were being encouraged by the

crowd.

I think really, aside from stipulations, those are

largely the other facts that have some relevance that he

testified to.

So the main evidence was presented by Agent

Horcasitas.  And unlike many of these cases where it's CCTV

footage or body cam footage of the defendant that establishes

the defendant's actions in this case, it was the defendant's

own videotaping that provides the vast majority of the evidence

against her as well as her statements on social media and some

form of Facebook posting.

So on January 3, 2021, she was at a rally and protest

to decertify the election in Pennsylvania that she explained

that she wanted to decertify and fix this.  This was in Peach

Bottom, Pennsylvania.

On January 5, she attended a further protest at the

Pennsylvania Capitol in Harrisburg with 17 others saying, We

are pissed off, fix this, decertify, and again referring to

Pennsylvania's certification of President Biden as the winner

of the election, that she wished that to be and was protesting

and wished that to be decertified and him not to be certified

as the president is the logical inference of her messages.

So then she rode in a van from Mechanicsburg,

Pennsylvania on January 6. It takes anywhere from two to three

and a half hours, according to the agent. There were a number

of other people in the van. She was posting video from the van

leading the group in chants, for example, of four more years.

There is a text at about 10:40 a.m. from her to

Candidate Mastriano from Pennsylvania asking where and what

time is he speaking. And then also there's a video portion of

her saying, as she's walking down toward the Capitol, we are

going to the Capitol to hear Senator Mastriano.

She arrives at the east barricades, and at about

1:58 p.m., while behind the barricades, she's saying, Go. Tear

it down. Tear the shit down. She's gesturing. She's helping

another rioter up who had fallen while removing barricades.

She's assisting him at 1:59. The video says, Storming the

Capitol. Broke down the barriers.

She is then right behind the initial group on the

Capitol steps chanting, Stop the steal, saying, We broke the

barricades, saying, Take our country back. And after breaking

through the barricades, she says, This is what patriotism looks

1   like.  She says, Tear gas, flash bangs are being dispersed.

2   Don't retreat.  She says, We're still going through.  We're

3   going through.  We're going in.  She says, Trying to break the

4   fucking doors down.  Chanting, Break that door.

5          When the door is finally opened to the Capitol, she

6   yells, Charge and Forward march.

7          At the front -- she's at the front of the group by the

8   police in the east doors saying, Go, guys, go, it's us now and

9   our house, encouraging people including those with tactical

10  gear.  Once inside the Capitol, she yells, Freedom.  We did it.

11  We stormed the Capitol.  And she says, This is what happens

12  when you piss off a bunch of patriots.  She's also yelling, Our

13  house, in the Capitol.

14         She wanders around the Capitol also apparently seeking

15  her brother Michael, who I infer was separated from her during

16  the melee and the entry of the mob into the Capitol.  She's

17  inside for approximately ten minutes.  And then at about 2:56

18  outside the Capitol, she says, Barricades, bum-rushed the

19  Capitol police, maced, broke through, the cops got trashed,

20  patriots who have had enough.

21         She notes that, referring to Congress, They all left

22  underground.  She says, If we don't take our country back,

23  we're screwed.  Got to fight in your state capitols.  It's time

24  to do this, meaning fight.

25         She says, When we got up to the steps, they, meaning

1    the police, knew they didn't stand a chance.  We were the nice

2    ones for a long time.  I think we should have done this months

3    ago.  I have been up front the entire time.  I was helping

4    break down the barricades.  Fight for Trump.  I'm ready to die

5    for my country.

6            She then on January 7 says, I helped tear away the

7    barricades and charged the steps of the Capitol.  I was ready

8    for what happened yesterday a long time ago.  And I was at the

9    very front when we stormed the Capitol.  I was laser focused on

10   breaking through the barricades, and I personally helped take

11   down the barricades.  The cops did not let us in.  We pushed

12   against them.  I was right up front.

13           So there's also a statement that the defense speaks of

14   while she's outside the Capitol afterwards saying, Are the

15   patriots being kept on the Senate floor by the cops, and what

16   are they doing on the Senate floor, or words to that effect.

17           She also mentions, as the defense pointed out, after

18   she had exited the Capitol and said that she had been -- she

19   mentioned going to hear Mastriano speak.

20           So those are the facts.  So the question is, where

21   does that get us?  So I think that all but the first count are

22   relatively straightforward.

23           Count 2 is entering and remaining in a restricted

24   building or grounds.  There's no question that she knowingly

25   entered.  The grounds themselves were restricted.  They were

restricted because the Capitol was cordoned off.  The vice
president was there visiting.  She knew that the building was
restricted.  She knew that the grounds were restricted given
the bike racks and the police lines.

And so there's no doubt that she knowingly entered and
remained in that restricted building or grounds.  So I will
find her guilty of Count 2.

Count 3, disorderly conduct in a restricted building
or grounds.  Disorderly conduct is a little bit harder, but
disruptive conduct is not.  Disruptive conduct is a disturbance
that interrupts an event and activity in the normal course of a
process.  And clearly her conduct and the conduct of others
disrupted the electoral vote certification.  She acted with the
intent to disrupt the orderly conduct of government business.
She knew there were Congresspeople inside since she referred to
that -- at the least since she referred to that after she had
exited.

Her conduct and others' did, in fact, impede the
orderly conduct of government business since the vote
certification had to be interrupted and delayed for almost six
hours.

And as I said earlier, acting with others is different
from acting alone.  And by virtue of acting with others, she
clearly knew that she was disrupting the orderly conduct of
government business and, in fact, did so.  So I will find her

1   guilty of Count 3.

2          Count 4 is disorderly conduct in a Capitol building.

3   Same disruptive conduct.  Same intent, to disrupt the orderly

4   conduct of a session of Congress while she was in the Capitol,

5   acting, again, with others to do so.  And she did act willfully

6   and knowingly.  So I will find her guilty of Count 4.

7          Count 5, parading, demonstrating, or picketing in a

8   Capitol building, again, the defense accurately points out that

9   the demonstrating must occur in the Capitol building, but I

10  believe it does here.  She yelled out more than just our house.

11  She also yelled, Freedom and We did it.  And again, by being

12  with the others in the Capitol, that constituted a

13  demonstration, and she did so willfully and knowingly.  So I

14  will find her guilty of Count 5.

15         The first count is certainly interesting, and the

16  court of appeals hasn't made our job any easier by what I refer

17  to as a fractured opinion on a number of the -- mainly on the

18  corruptly issue.  I think the defense makes a lot of

19  interesting and good arguments about the scope of the statute

20  and what it could conceivably encompass.  Some of these the

21  court of appeals rejected in its two-to-one opinion and others,

22  I think, on sentencing rather than guilt or innocence.

23         So there's no doubt that the defendant did obstruct

24  the official proceeding or at least aided and abetted the

25  obstruction of the vote count, the vote certification.  And the

question is, the harder question is, did she intend to.  And I
think the government pointed out virtually all the facts that
would lead a fact finder to infer that she did so intend.  And
I think those are sufficient for me to so intend -- I'm sorry,
to find that she did so intend, that she clearly did not want
the election certified.

     She was sophisticated in her protesting, that she was
not someone who simply went along with the crowd.  She had went
to protests in Pennsylvania where she was specifically
referring to decertification as opposed to some other vaguer
protest.  So the idea was she wanted the vote to be
decertified.  She went on January 3 and January 5 to do that.

     Her intent to come to Washington, as she chants in the
van, was four more years for the former president.  The logical
inference -- even though there is not explicit evidence.  The
defense is right about that.  But I think the logical inference
is that she knew that that's what Congress was doing on that
day.  She certainly talks about them leaving after she had
exited the Capitol knowing that they were in there.  And I
think the most logical inference and the inference the
government has proved beyond a reasonable doubt is that she was
there in Washington and at the Capitol to stop them from
certifying the election.

     Again, she may have gone to the building initially
perhaps to hear Mastriano, but once she gets to the barricade,

1  her motive changes.  He's obviously not speaking up on the

2  steps.  And all of her actions at that point go toward

3  obstructing what was happening in Congress and entering the

4  Capitol illegally.

5          Over and again she says she stormed the Capitol and

6  broke down barriers.  And to what purpose, to what end?  The

7  only end that I can see is to obstruct Congress.  It doesn't

8  seem there's any reason otherwise.  She says, time to take our

9  country back.  She's been nice for too long.  It's time to act

10  violently.  And that's what she does to stop this from

11  happening.

12          So then the last question on corruptly, I just don't

13  think I need to find which side is correct.  If the government

14  is correct in using unlawful means, she clearly does that since

15  she breaks into -- she and others break into the Capitol, break

16  through barriers, and break in and enter the Capitol illegally.

17  So there's clearly an unlawful means under the government's

18  definition.

19          But I believe even if Judge Walker's definition is the

20  correct one, that the government has proven that because she

21  did act with an intent to procure benefit for Trump of four

22  more years and for herself of living under a Trump

23  administration.  And she knows this is unlawful because she

24  knows that the proceeding to certify the electoral vote is

25  going to certify Biden and that it's unlawful to reverse that

1    via force.  And so the benefit would be an unlawful benefit.

2    So I will find her guilty of Count 1 as well.

3           Okay.  Sentencing dates, September 14 at 10:00 a.m.

4    Do people want to take a look at their calendars?

5           MS. SANTIAGO:  September 14 at 10:00 a.m. works for

6    the government, Your Honor.

7           THE COURT:  And Mr. Smith?

8           MR. SMITH:  And for the defense.  Thank you, Judge.

9           THE COURT:  Thanks so much.

10          Ms. Weyer, I will let you remain on your personal

11   recognizance.  Whatever conditions are currently imposed will

12   remain until sentencing.  The probation department will want to

13   interview you.  They will want to talk to you about your

14   background, your employment, your education, family.  You may

15   have your attorney with you during that interview.

16          Then both the government and your attorney may submit

17   memoranda before sentencing, which could include letters in

18   support of you.  And each counsel and you will have the

19   opportunity to speak before I impose sentence.  Do you

20   understand that?

21          THE DEFENDANT:  (Nodding head.)

22          THE COURT:  You have to say yes or no.

23          THE DEFENDANT:  Yes, Your Honor.

24          THE COURT:  Thank you.

25          Government, I will return this.

1          MS. SANTIAGO:  Your Honor, one quick question.  As far

2    as any memoranda in aid of sentencing, do you want to set any

3    deadlines for that, or is there a preference for the Court of

4    when we should get it to you?

5          THE COURT:  A couple days before is fine.  Again, I

6    have seen all the videos, but if you want to submit those via

7    USAfx, that's fine.

8          MS. SANTIAGO:  Okay.  Thank you.

9          (The trial concluded at 11:58 a.m.)

10                              - - -

11                    C E R T I F I C A T E

12

13          I hereby certify that the foregoing is an

14    accurate transcription of the proceedings in the

15    above-entitled matter.

16

17

18    6/10/23               s/ Tammy Nestor
                            Tammy Nestor, RMR, CRR
19                          Official Court Reporter
                            333 Constitution Avenue NW
20                          Washington, D.C. 20001
                            tammy_nestor@dcd.uscourts
21

22

23

24

25

MR. SMITH: [57] 2/12
2/24 20/22 21/11
22/11 22/19 22/22
24/2 24/6 24/10 24/17
24/23 25/12 25/16
26/3 26/6 26/8 26/11
26/20 27/4 27/12
27/18 28/18 28/21
29/4 29/7 31/1 31/19
31/21 32/17 33/6
33/21 34/2 34/7 34/12
35/21 35/24 36/5 36/7
36/13 36/24 37/6
38/14 39/8 39/10
40/25 41/5 41/20
42/11 42/13 43/8
43/13 44/2 45/14
45/22 46/7 58/8

MS. SANTIAGO: [3]
58/5 59/1 59/8

MS. SHEETS: [29]
2/8 2/22 3/1 5/19 5/21
10/16 10/18 10/22
10/24 11/3 12/8 12/15
12/17 12/23 14/3
14/22 15/13 15/24
16/14 16/17 17/2 17/5
17/13 44/5 45/16
45/19 46/1 46/20
48/16

THE COURT: [89] 2/2
2/11 2/14 2/17 2/23
2/25 5/17 5/20 10/14
10/17 10/20 10/23
11/1 12/5 12/13 12/16
12/21 14/1 14/18
15/12 15/23 16/12
16/15 16/22 17/4
17/12 20/20 21/9 22/2
22/16 22/21 23/25
24/4 24/9 24/13 24/20
25/5 25/15 25/25 26/4
26/7 26/10 26/17 27/1
27/11 27/16 28/12
28/20 28/24 29/6
30/23 31/17 31/20
32/15 33/4 33/17
33/25 34/5 34/11
35/18 35/23 36/4 36/6
36/10 36/22 37/3 38/7
39/6 39/9 40/19 41/4
41/18 41/25 42/12
43/5 43/11 44/1 44/3
45/17 45/21 46/13
48/14 49/4 49/7 58/7
58/9 58/22 58/24 59/5

THE COURTROOM
DEPUTY: [1] 2/3

THE DEFENDANT: [3]
2/16 58/21 58/23

**0**

00040 [1] 1/3

**1**

10010 [1] 1/17
101 [1] 13/3
10:00 a.m [2] 58/3

10:07 [1] 2/1
10:40 a.m [1] 51/11
11 [3] 32/13 34/2
40/18
1123 [1] 1/16
11:38 [1] 49/6
11:58 a.m [1] 59/9
14 [2] 58/3 58/5
1501 [1] 1/13
1512 [15] 5/21 7/3
20/18 20/24 21/15
30/3 30/22 32/18
36/18 37/14 37/24
38/18 38/23 39/3
39/21
17 [1] 50/25
18 [1] 43/22
1982 [1] 21/2
1:58 p.m [1] 51/17
1:59 [1] 51/20

**2**

20 [1] 29/19
20-year [6] 21/25 28/1
28/5 35/10 38/25
43/21
20001 [2] 1/21 59/20
2020 [3] 3/9 44/11
44/14
2021 [2] 3/8 50/20
2023 [1] 1/5
20530 [1] 1/13
207 [2] 7/12 19/17
207.14 [1] 8/12
22-00040 [1] 1/3
22-40 [1] 2/4
23 [1] 59/18
2:26 [1] 5/9
2:26 p.m [1] 5/8
2:29 [1] 5/9
2:30 [1] 6/7
2:56 [1] 52/17

**3**

30 [1] 44/16
311 [1] 6/20
312 [2] 6/13 19/2
316 [2] 6/17 19/2
333 [2] 1/21 59/19

**4**

4-1501 [1] 1/13
40 [2] 2/4 40/10

**6**

6/10/23 [1] 59/18
601 [1] 1/12

**8**

8:06 [1] 5/10

**9**

909 [1] 1/17

**A**

a.m [6] 2/1 49/6 51/11
58/3 58/5 59/9
abating [1] 30/4
abetted [4] 29/12

abetting [7] 27/16 29/8
29/12 30/16 38/19
39/2 48/9
able [5] 3/24 5/8 19/25
about [46] 4/17 4/19
6/1 6/25 8/7 9/19 9/19
10/11 11/9 13/14
13/16 15/17 16/12
24/18 25/15 26/17
27/25 28/16 28/16
29/3 29/4 29/19 30/23
31/24 36/8 36/14
39/11 40/15 41/6 43/9
44/11 44/11 46/2
48/11 48/12 48/13
49/9 49/17 49/18
51/11 51/16 52/17
55/19 56/16 56/18
58/13
above [1] 59/15
above-entitled [1]
59/15
abstraction [1] 39/4
acceptable [1] 39/20
accomplice [2] 30/8
30/10
accomplish [1] 3/9
accomplished [1]
34/10
according [2] 34/18
51/8
accurate [1] 59/14
accurately [1] 55/8
achieve [4] 3/24 3/25
12/11 12/20
achieving [1] 11/16
acknowledged [1]
44/19
acknowledges [2]
19/20 45/7
across [2] 6/15 9/8
act [9] 16/7 17/24 21/4
29/9 40/20 42/14 55/5
57/9 57/21
acted [1] 54/13
acting [5] 25/18 54/22
54/23 54/23 55/5
actions [6] 6/2 8/9
17/20 44/7 50/16 57/2
active [1] 45/6
actively [2] 9/9 15/8
activity [1] 54/11
acts [4] 17/18 21/7
40/24 42/9
actually [4] 14/3 17/16
17/17 32/17
adhere [1] 43/13
adjudicated [2] 41/3
42/16
adjudicating [2] 24/19
41/11
administration [3] 22/9
42/16 57/23
adopt [1] 49/9
adopted [1] 49/21
advantage [2] 9/4
23/23
adverts [1] 22/18

7/11 9/8 9/12 26/24
32/12 34/3 37/8 45/8
47/1 47/20 51/24
53/17 54/16 56/18
afterward [1] 19/17
afterwards [3] 10/8
37/11 53/14
again [23] 10/8 15/10
15/14 16/1 17/14
19/15 20/4 27/8 31/17
32/15 33/7 40/17
48/25 49/7 49/15
49/23 51/1 55/5 55/8
55/11 56/24 57/5 59/5
against [5] 6/24 7/9
19/14 50/18 53/12
agent [8] 8/1 25/23
27/10 27/12 31/13
37/20 50/13 51/8
ago [2] 53/3 53/8
agree [2] 12/17 37/5
agreed [5] 4/15 21/16
21/20 38/14 49/16
ahead [5] 5/18 26/10
28/1
aid [1] 59/2
aided [4] 29/12 29/23
30/6 55/24
aiding [8] 27/16 29/8
29/11 30/4 30/16
38/19 39/2 48/9
alarms [1] 49/25
all [31] 2/17 7/21 8/9
10/7 10/9 11/13 12/2
12/21 13/10 13/16
13/23 15/13 16/17
20/13 20/19 26/5
30/23 38/1 38/18
38/24 39/6 44/4 44/17
48/18 49/3 49/20
52/21 53/21 56/2 57/2
59/6
allowed [1] 46/2
almost [1] 54/20
alone [3] 5/2 32/24
54/23
along [3] 2/9 9/6 56/8
already [6] 7/6 8/2 12/6
15/14 21/10 34/10
also [27] 4/18 4/22
4/25 5/5 8/15 9/15
9/24 11/14 11/25 12/20
14/9 14/17 18/21
19/20 30/22 35/6
38/10 46/25 48/9
49/25 50/7 51/13
52/12 52/14 53/13
53/17 55/11
alternative [1] 38/5
Although [1] 21/15
am [3] 16/9 25/1 27/5
AMERICA [2] 1/2 2/5
another [5] 4/24 6/18
16/20 39/13 51/19
anticipated [1] 42/2
any [18] 27/12 31/14
33/18 33/19 33/22
37/10 37/24 37/25

44/11 46/16 48/11
55/16 57/8 59/2 59/2
anymore [1] 41/12
anyone [1] 36/3
anything [6] 2/20 24/18
27/2 31/10 31/14
46/18
anyway [1] 8/25
anywhere [2] 21/7 51/7
apparently [1] 52/14
appeals [3] 21/10
55/16 55/21
APPEARANCES [1]
1/10
approach [1] 2/7
appropriate [2] 10/15
43/17
approximately [1]
52/17
are [80] 2/3 3/5 3/18
4/14 4/15 6/22 7/12
8/22 11/9 15/6 16/12
17/19 18/5 20/22 21/9
21/23 22/3 22/6 22/12
22/15 23/3 24/7 24/14
24/24 25/2 25/16
26/11 27/22 28/1
28/15 30/12 30/15
30/16 30/17 32/20
32/22 33/4 33/9 33/10
33/11 34/20 35/12
35/14 36/11 36/15
36/22 37/13 41/10
41/13 41/14 41/15
41/23 42/1 42/7 42/22
42/23 42/23 43/5 46/3
47/5 47/9 47/12 48/1
48/3 48/4 48/14 49/11
49/12 49/16 49/20
50/10 51/1 51/14 52/1
53/14 53/16 53/20
53/21 56/4 58/11
area [5] 5/4 9/8 13/3
13/4 14/12
aren't [1] 29/7
arguably [1] 22/8
argue [3] 5/17 12/15
12/17
argued [2] 22/3 29/22
arguing [4] 10/13 21/9
36/22 48/14
argument [11] 14/1
15/25 18/3 20/8 25/8
25/9 29/11 39/7 42/11
47/7 48/11
arguments [2] 14/3
55/19
around [13] 6/22 13/10
15/16 17/9 19/6 37/14
37/25 38/1 39/22 40/1
48/7 48/8 52/14
arrives [1] 51/16
articulates [1] 47/20
as [56] 3/16 4/8 7/20
8/20 10/2 12/4 16/24
16/25 22/4 22/5 22/8
22/17 22/18 25/1
29/17 30/7 34/6 36/11

## A

as... [38]  36/25 36/25
37/1 37/2 37/7 37/7
37/17 38/9 38/9 39/7
39/13 39/24 40/21
41/22 43/16 45/20
46/14 46/17 47/19
48/10 48/25 48/25
49/20 49/25 50/5
50/18 50/18 51/2 51/5
51/14 53/17 54/22
55/17 56/10 56/13
58/2 59/1 59/2
aside [1]  50/10
ask [9]  10/14 14/18
20/18 33/1 33/15
34/20 34/23 48/18
49/2
asked [5]  6/14 12/9
22/2 27/12 44/24
asking [2]  8/3 51/12
asks [1]  34/3
assault [1]  38/21
assaulted [1]  16/23
assaults [1]  29/23
assisting [1]  51/20
assume [2]  14/1 49/16
attacked [5]  3/20 4/7
16/22 48/22 48/22
attempted [1]  5/22
attempting [3]  22/7
42/5 43/5
attempts [1]  23/6
attended [1]  50/24
attorney [2]  58/15
58/16
Attorney's [1]  1/12
authority [2]  12/25
13/13
Avenue [2]  1/21 59/19
avenues [1]  20/2
avoid [1]  43/14
aware [4]  4/9 17/15
19/23 31/18
awareness [2]  9/25
31/15
away [3]  6/18 7/17
53/6
awesome [3]  3/18
10/12 17/10 44/23
44/25 48/6

## B

back [12]  6/14 9/24
13/20 15/14 17/13
22/25 46/1 46/21 49/5
51/24 52/22 57/9
background [1]  58/14
bangs [1]  52/1
barricade [2]  6/14
56/25
barricades [32]  3/22
4/4 6/11 6/12 6/16
6/18 6/22 9/8 11/7
16/10 16/19 18/11
18/12 19/1 19/9 19/12
20/5 20/12 26/7 27/7
27/9 27/17 51/16
51/17 51/19 51/24

53/10 53/11
barrier [1]  42/23
barriers [16]  4/1 6/10
7/7 8/19 8/19 8/21
10/6 13/10 13/11
13/17 20/6 27/23
40/16 51/21 57/6
57/16
based [1]  28/14
basically [2]  21/24 40/7
Bates [6]  29/15 29/25
36/7 36/10 41/5 41/10
battle [1]  29/22
be [64]  5/12 9/13 9/13
9/24 11/3 11/4 11/22
12/1 13/13 13/19
22/19 23/2 23/4 23/5
23/7 23/22 23/25 24/2
24/14 24/20 25/12
27/22 27/24 28/1 28/9
28/21 29/10 32/22
33/1 33/13 33/15
33/19 33/22 34/4 34/7
34/16 35/1 35/7 35/11
35/13 36/4 38/15
39/21 39/23 41/1
42/19 43/2 43/6 43/18
43/19 44/16 46/17
47/10 47/13 48/3
48/13 48/16 49/21
51/3 51/4 51/4 54/20
56/11 58/1
beating [2]  7/4 7/5
because [26]  7/16
10/18 11/25 14/20
18/21 19/21 21/13
22/11 23/7 24/2 24/11
25/13 29/13 31/7
32/25 33/17 35/25
36/1 45/1 46/24 47/11
47/12 47/18 54/1
57/20 57/23
become [3]  37/3 41/21
41/23
becomes [1]  40/23
been [31]  3/2 3/10
3/20 3/24 5/13 5/24
13/3 16/1 18/3 18/19
21/4 28/10 30/11
33/17 34/5 34/9 34/10
35/4 35/9 37/24 40/23
41/3 42/9 43/3 44/8
44/21 44/22 49/12
53/3 53/18 57/9
before [21]  1/8 2/20
6/8 6/21 7/6 7/24 8/13
17/23 17/24 18/1 21/5
33/7 34/9 37/10 44/24
45/13 45/13 47/19
58/17 58/19 59/5
began [1]  2/1
beginning [4]  2/6 8/4
13/2 20/25
behest [1]  11/11
behind [7]  3/22 13/22
18/19 20/4 20/12
51/17 51/22
being [25]  6/22 7/16

22/24 23/11 24/11
24/14 29/11 33/4 33/10
39/25 40/21 40/22
44/11 46/2 47/25
48/11 50/3 50/8 52/1
53/15 55/11
belabor [1]  7/9
belief [1]  24/8
believe [9]  6/14 24/17
25/1 33/19 33/23 35/2
46/1 55/10 57/19
believed [7]  23/11
31/10 34/1 46/23 47/8
47/11 47/12
believes [5]  23/15 24/7
24/10 24/14 32/18
bench [2]  2/4 46/13
benefit [22]  10/19 11/1
11/4 11/4 11/10 11/13
22/7 22/12 22/13
22/15 22/20 22/23
23/2 23/4 23/6 23/12
23/14 43/6 47/11
57/21 58/1 58/1
benefit's [1]  23/1
Berman [1]  31/1
between [9]  22/1 28/25
35/3 35/6 35/8 38/7
38/15 44/6 48/19
beyond [10]  21/6 26/14
28/2 30/1 30/19 35/11
38/4 43/14 43/19
56/21
biased [1]  25/6
Biden [3]  3/16 51/2
57/25
big [1]  5/15
bike [1]  13/11 54/4
bit [1]  54/9
black [4]  30/7 31/22
47/14 47/18
blob [1]  30/6
block [1]  34/15
BOASBERG [1]  1/8
body [1]  50/15
both [8]  5/19 11/14
12/15 12/17 14/4
14/23 35/23 58/16
Bottom [1]  50/23
Brandenburg [3]  35/14
35/19 35/20
breached [1]  4/23
break [22]  3/7 6/16
10/6 11/18 11/18 17/8
18/17 18/18 20/6 20/7
35/19 36/2 38/17 39/1
48/2 48/5 52/3 52/4
53/4 57/15 57/15
57/16
breaking [11]  3/15 4/3
4/5 6/12 11/16 11/17
28/17 28/18 29/12
51/24 53/10
breaks [1]  57/15
brief [1]  46/5
briefly [4]  17/13 21/1
44/4 45/11
bring [1]  41/5

Broadway [1]  1/16
broke [8]  6/10 8/18
35/25 36/1 51/21
51/23 52/19 57/6
broken [1]  7/6
brother [14]  18/4 20/8
36/20 36/20 36/21
37/16 37/20 38/2
38/12 40/18 44/21
44/25 45/1 52/15
Bryan [1]  8/3
building [49]  1/16 4/10
4/11 4/12 4/13 4/22
4/24 5/4 5/13 6/3 9/23
12/25 16/1 16/15
16/18 16/19 25/22
26/24 28/8 28/9 32/12
32/13 32/19 33/14
33/23 34/10 34/13
34/24 36/19 36/23
37/1 37/13 37/25 40/5
40/6 40/14 40/17 41/2
42/22 43/20 43/25
53/24 54/2 54/6 54/8
55/2 55/8 55/9 55/12
56/19 56/22 57/4 57/5
57/15 57/16
capitols [1]  52/23
carried [1]  11/23
Carrion [7]  4/20 9/1
14/6 14/20 15/3 49/24
50/4
carry [1]  12/21
case [34]  1/3 4/8 4/16
5/1 5/16 8/16 11/12
12/18 14/23 21/13
27/24 28/4 28/25
29/15 30/5 30/11
31/22 32/4 33/21
36/15 36/16 36/17
39/15 39/16 40/21
44/7 45/4 47/6 47/13
47/14 47/15 47/18
48/19 50/16
cases [15]  7/22 21/18
21/22 23/1 30/22
32/14 32/18 36/18
39/14 41/7 42/1 42/10
46/8 47/9 50/14
causal [1]  35/21
CCTV [2]  19/4 50/14
certain [1]  15/1
certainly [11]  11/15
14/16 14/25 15/10
15/11 16/9 21/6 26/13
37/11 55/15 56/18
certification [17]  3/16
5/25 6/3 7/19 8/8 9/11
11/7 13/8 20/2 20/11
31/9 48/11 49/19 51/2
54/13 54/20 55/25
certified [4]  8/2 12/2
51/4 56/6
certify [6]  5/7 14/15
18/19 57/24 57/25
59/13
certifying [2]  24/4
56/23
chalk [1]  35/5
challenging [1]  49/9
chance [1]  53/1
changes [1]  57/1
chant [4]  3/14 8/15
18/1 39/24
chanted [2]  3/13 15/15
chanting [6]  8/11 17/8
18/1 29/1 51/23 52/4
chants [2]  51/10 56/13
chaotic [1]  29/18
characteristics [1]
41/11
charge [18]  3/7 10/7
12/7 13/17 17/22 19/9

## C

calendars [1]  58/4
call [1]  35/12
called [4]  3/3 29/15
41/14 41/21
cam [1]  50/15
came [3]  25/21 26/18
27/2
can [19]  10/2 11/8
17/19 18/4 19/13
19/18 22/4 30/11
32/15 33/7 38/3 42/11
43/13 44/16 46/20
46/21 46/25 48/9 57/7
can't [7]  17/16 30/19
33/22 35/13 39/21
43/12 47/13
Candidate [1]  51/12
cannot [2]  27/24 28/1
capacious [1]  42/7
Capitol [109]  3/6 3/14
3/15 3/19 3/21 4/5 4/5
4/12 4/13 4/21 4/24
5/4 6/8 6/12 7/11 7/14
8/1 8/11 8/12 8/22
9/12 9/16 10/5 15/16
16/1 16/20 16/21
16/24 16/24 16/25
17/6 17/7 17/9 17/9
18/2 18/4 18/8 18/8
18/15 18/17 19/5
19/25 20/7 20/14 21/7
21/8 25/22 26/1 26/12
26/23 29/18 30/20
31/7 32/7 33/20 35/10
35/14 37/25 38/12
38/15 38/17 39/2 39/5

**C**

charge... [12] 21/16 27/25 27/25 38/18 38/19 39/3 39/3 39/18 39/21 41/9 48/2 52/6
charged [8] 7/2 7/2 14/14 19/16 30/3 35/9 37/24 53/7
charges [1] 4/8
cheating [2] 23/20 23/22
checked [1] 44/13
circuit [1] 48/17
circular [1] 12/6
circularity [1] 12/16
circumstances [2] 35/23 40/20
civil [1] 29/24 30/4 38/22
Class [4] 21/24 28/5 35/7 35/8
clear [24] 5/23 10/5 11/20 12/18 13/14 15/24 16/2 16/10 17/19 18/12 20/1 20/11 36/25 44/9 44/12 46/4 46/4 46/16 46/18 47/22 47/25 48/4 48/19 49/2
cleared [1] 5/13
clearly [7] 14/6 14/9 54/12 54/24 56/5 57/14 57/17
clever [1] 25/9
clip [8] 45/11 45/15 45/22 45/24 45/25 46/2 46/5 46/11
clips [6] 20/15 45/12 46/8 46/9 46/17 46/21
closeup [1] 6/17
closing [2] 10/2 27/8
closings [1] 2/20
co [1] 2/9
co-counsel [1] 2/9
collapsed [1] 28/5
collapses [1] 21/24
collapsing [1] 43/15
collective [2] 41/17 41/18
COLUMBIA [1] 1/1
Columbus [1] 50/1
come [4] 9/8 49/5 56/13
comes [4] 11/13 14/7 15/17 32/19
coming [1] 13/8
comment [1] 9/21
commenting [2] 9/16 10/9
comments [2] 35/13 48/12
commit [1] 30/17
committed [2] 29/10 30/9
committing [1] 22/18
common [1] 39/23
completely [1] 28/5
complying [1] 24/7
concede [1] 8/24 28/22

conceivably [1] 55/20
conceptual [1] 21/25
concern [1] 28/7
concerned [3] 31/9 39/1 41/6
concerns [1] 40/5
concluded [1] 59/9
concurrence [3] 21/13 21/23 22/16
conditions [1] 58/11
conduct [29] 4/11 4/12 6/9 7/3 9/25 13/25 15/20 16/4 19/23 40/4 40/10 40/13 40/15 40/16 42/6 48/2 54/8 54/9 54/10 54/10 54/12 54/12 54/14 54/18 54/19 54/24 55/2 55/3 55/4
confetti [1] 39/22
Congress [29] 11/19 16/4 18/18 24/7 25/19 26/13 26/16 31/3 31/12 31/16 31/18 31/24 32/2 32/10 33/15 35/3 37/15 37/17 41/20 42/2 42/15 42/24 43/23 48/24 52/21 55/4 56/17 57/3 57/7
congressional [2] 6/6 35/7
congressmen [1] 43/2
Congresspeople [1] 54/15
connection [2] 36/4 36/5
connotation [1] 25/10
consequence [1] 17/20
consider [1] 46/15
considering [1] 46/18
consistent [3] 34/24 34/25 44/20
consists [1] 40/7
constituted [1] 55/12
Constitution [2] 1/21 59/19
context [3] 23/3 23/17 23/21
continue [5] 3/17 5/8 5/10 10/24 11/5
continued [2] 5/12 18/15
contributing [1] 19/24
cops [8] 7/5 19/18 19/18 19/21 33/5 52/19 53/11 53/15
cordoned [1] 54/1
correct [7] 24/8 25/17 27/4 49/17 57/13 57/14 57/20
corrupt [3] 24/25 43/9 47/6
corruption [1] 23/20
corruptly [7] 5/18 10/13 11/9 11/15 25/18 55/18 57/12
could [17] 6/15 9/11

27/20 33/19 33/23 37/8 42/19 43/21 45/10 46/13 47/9 48/3 55/20 58/17
couldn't [4] 5/9 5/10 5/12 33/18
counsel [3] 2/6 2/9 58/18
count [32] 5/15 11/6 12/24 13/25 15/25 16/13 31/16 32/1 32/10 33/2 33/15 33/24 34/8 34/14 34/15 34/19 34/22 40/3 40/5 40/14 53/21 53/23 54/7 54/8 55/1 55/2 55/6 55/7 55/14 55/15 55/25 58/2
Count 1 [1] 58/2
Count 2 [2] 53/23 54/7
Count 5 [1] 16/13
Countless [1] 21/7
country [4] 51/24 52/22 53/5 57/9
counts [6] 5/2 5/3 12/22 20/19 39/7 49/3
couple [1] 59/5
course [2] 45/17 54/11
court [25] 1/1 1/20 20/23 21/5 21/10 21/12 24/18 24/21 25/3 25/3 25/13 29/17 30/7 31/8 36/11 38/5 38/14 39/14 40/3 43/13 47/15 55/16 55/21 59/3 59/19
Court's [1] 18/23
courts [1] 22/5
cover [4] 4/14 5/19 42/7 42/8
covered [2] 15/23 49/22
created [1] 21/3
creating [1] 41/14
credibility [2] 49/9 49/10
credible [1] 20/8
crime [12] 21/5 21/24 27/19 29/9 29/10 30/9 30/17 35/13 35/17 39/4 39/24 44/21
crimes [2] 38/24 40/5
Criminal [1] 1/3 2/4
criminalized [1] 42/19
cross [1] 13/23
crossed [1] 43/24
crossing [1] 43/24
crowd [13] 7/14 9/7 15/4 15/5 15/7 15/8 40/1 40/9 50/3 50/4 50/6 50/9 56/8
CRR [2] 1/20 59/18
currently [3] 33/19 43/16 58/11
Cutler [1] 8/3
cynic [1] 23/17

**D**

D.C [6] 1/4 1/13 1/21

damming [1] 36/15
damn [1] 43/1
dangerous [2] 15/6 43/4
date [1] 18/1
dates [1] 58/3
David [1] 1/15
day [22] 1/8 3/16 6/9 7/24 8/11 9/2 9/7 9/14 13/6 17/17 17/22 19/3 19/14 20/12 26/21 29/18 31/19 38/22 46/4 46/9 48/24 56/18
days [1] 59/5
dcd.uscourts [1] 59/20
dcd.uscourts.gov [1] 1/22
deadlines [1] 59/3
debating [1] 42/24
decades [1] 35/9
decertification [2] 3/9 56/10
decertified [3] 11/22 51/4 56/12
decertify [13] 3/12 7/21 7/23 8/3 13/21 15/15 17/25 31/6 44/10 47/22 50/21 50/22 51/1
decertifying [2] 30/24 31/11
decided [1] 13/23
decision [2] 3/23 3/25 20/6 21/15
defendant [35] 1/6 1/15 3/5 20/18 22/12 22/23 23/9 23/10 23/13 24/6 24/13 25/1 29/15 29/16 30/2 30/14 31/10 31/14 31/15 31/23 31/25 32/10 34/9 37/13 39/16 41/8 45/2 45/3 47/4 47/8 47/19 49/3 50/2 50/15 55/23
defendant's [6] 8/22 40/16 42/21 49/12 50/16 50/16
defendants [2] 37/24 39/20
defending [1] 50/5
defense [13] 2/18 2/23 44/15 45/10 45/20 46/17 47/15 53/13 53/17 55/8 55/18 56/16 58/8
defense's [3] 46/4 47/7 47/16
define [2] 39/4 41/22
definition [8] 10/15 11/8 14/4 22/10 22/12 41/2 57/18 57/19
definitions [1] 14/10
delayed [1] 54/20
delineating [1] 35/8
demonstrating [4] 4/13 38/16 55/7 55/9
demonstration [3] 21/6

department [1] 58/12
describing [1] 36/11
destroy [1] 24/15
destroyed [2] 23/22 24/1
destruction [2] 38/19 38/23
detail [1] 49/17
did [38] 3/18 5/22 10/12 13/15 13/23 14/8 14/11 14/25 15/13 16/24 17/10 18/22 20/17 23/9 29/2 35/24 36/3 41/16 43/20 43/23 44/23 44/25 44/25 46/21 48/7 52/10 53/11 54/18 54/25 55/5 55/11 55/13 55/23 56/1 56/3 56/5 56/5 57/21
didn't [18] 3/13 6/25 9/8 9/21 9/22 13/12 18/23 19/15 20/13 29/10 31/14 37/21 37/25 42/2 45/11 46/18 47/17 53/1
die [2] 9/14 53/4
difference [16] 24/13 25/10 28/22 35/1 35/2 35/4 35/6 35/8 38/7 38/15 38/16 44/6 44/8 47/23 47/23 48/19
different [3] 3/11 20/3 54/22
differently [1] 40/20
difficult [1] 41/25
direct [1] 36/4
directly [1] 45/12
discretion [1] 35/6
discussed [1] 15/15
dismiss [1] 21/15
disobey [1] 16/8
disorder [3] 29/24 30/4 38/22
disorderly [15] 4/10 4/12 13/25 14/2 14/4 14/18 15/25 40/2 40/13 40/15 40/16 48/4 54/8 54/9 55/2
dispersed [1] 52/1
disputed [1] 49/11
disregard [2] 16/8 17/10
disrupt [6] 16/4 32/25 33/2 37/17 54/14 55/3
disrupted [2] 15/21 54/13
disrupting [1] 54/24
disruptive [16] 4/11 4/12 13/25 14/2 14/9 14/16 15/10 15/25 40/23 40/23 47/25 48/2 48/4 54/10 54/10 55/3
dissent [1] 43/11
distinction [2] 22/1 24/23

**D**

distinguish [1] 47/14
distinguishes [1] 8/16
distorted [1] 24/11
district [4] 1/1 1/1 1/9
22/4
disturbance [1] 54/10
do [33] 3/4 3/4 4/2 4/2
7/22 8/5 8/6 8/7 9/13
11/18 11/20 12/25
14/15 14/18 16/7
16/17 18/10 18/13
20/17 28/7 28/14
28/15 30/13 43/13
44/25 47/18 47/19
52/24 55/5 56/12 58/4
58/19 59/2
documents [3] 23/22
24/1 24/16
doers [1] 41/19
does [9] 10/12 38/8
38/9 44/22 48/6 53/21
55/10 57/10 57/14
doesn't [12] 23/13 25/2
25/3 27/14 27/22 31/6
34/21 35/18 35/19
38/13 39/20 57/7
doing [11] 9/11 16/9
19/7 32/22 33/10
33/16 38/18 41/13
42/9 53/16 56/17
don't [30] 3/7 7/21 10/7
14/20 17/17 17/22
18/9 18/25 20/4 21/19
24/17 25/9 25/12
25/17 27/1 28/7 35/13
36/24 37/9 38/8 39/15
40/19 42/13 46/15
46/16 48/14 49/23
52/2 52/22 57/12
done [10] 3/4 3/8 7/13
7/13 8/5 10/1 16/3
16/5 17/18 53/2
door [29] 3/7 7/6 9/7
11/18 11/18 14/7 15/3
15/9 17/8 18/17 18/18
18/18 18/18 20/7
29/12 30/7 35/25 36/1
37/9 37/11 45/13 48/2
48/5 48/21 49/25
49/25 50/5 52/4 52/5
doors [14] 8/14 8/25
9/2 10/2 10/2 17/8
28/17 28/18 35/19
36/3 50/1 50/7 52/4
52/8
doubt [12] 26/14 30/2
30/20 32/24 38/4
41/25 42/5 43/14
47/17 54/5 55/23
56/21
Doug [1] 25/22
down [53] 3/6 4/1 6/10
6/11 6/18 6/22 6/23
8/18 8/21 10/6 11/16
11/18 13/16 13/17
13/18 16/10 16/19
18/12 18/18 19/8
19/10 19/12 19/21

26/2 26/5 27/9 27/15
27/23 28/17 28/18
29/12 35/19 35/25
36/1 36/2 37/19 38/17
39/2 45/8 46/23 48/5
51/14 51/18 51/18
51/21 52/4 53/4 53/11
57/6
dozens [1] 28/3
dressed [1] 15/1
Dropped [1] 30/3
drove [1] 3/14
dual [1] 18/5
during [3] 17/24 52/15
58/15

**E**

each [4] 4/14 12/23
49/13 58/18
earlier [2] 30/25 54/22
easier [1] 55/16
east [8] 9/10 10/2
13/12 18/9 18/17
49/25 51/16 52/8
education [1] 58/14
effect [2] 9/25 53/16
effort [1] 37/22
either [3] 38/5 43/7
46/13
elected [1] 12/1
election [21] 3/9 8/3
11/22 14/15 18/20
20/17 23/6 23/7 23/10
23/11 23/19 24/5
24/11 31/24 32/6 42/4
44/14 50/21 51/3 56/6
56/23
electoral [11] 5/7 5/24
6/3 13/8 31/11 31/16
32/1 44/10 44/12
54/13 57/24
element [5] 5/2 5/3
5/22 7/19 15/20
elementary [1] 42/20
elements [6] 5/21 9/24
12/24 15/14 44/17
49/13
else [1] 21/7
email [1] 47/16
employment [1] 58/14
encompass [1] 55/20
encourage [1] 20/6
encouraged [2] 15/2
50/8
encouraging [10] 4/2
6/16 10/6 11/17 19/10
28/8 28/9 29/21 48/20
52/9
end [2] 57/6 57/7
enforcing [1] 43/16
engaged [3] 16/25
24/24 25/2
enough [4] 15/7 39/25
42/7 52/20
ensuring [1] 14/14
enter [1] 57/16
entered [11] 3/19
12/24 13/14 13/18
16/24 16/25 45/20

entering [6] 4/9 34/13
34/17 38/10 53/23
57/3
enters [7] 6/8 8/13
34/3 34/10 38/8 38/12
45/13
entire [6] 24/25 31/13
34/17 46/1 50/1 53/3
entirely [1] 43/17
entitled [1] 59/15
entry [3] 29/3 29/13
52/16
especially [1] 17/8
Esquire [3] 1/11 1/11
1/15
essentially [1] 49/11
establish [2] 31/4
49/13
established [3] 13/9
23/2 30/1
establishes [1] 50/15
even [13] 6/25 14/22
15/4 19/14 22/9 22/16
28/7 31/6 35/13 42/8
48/20 56/15 57/19
event [1] 54/11
events [2] 19/3 44/13
eventually [1] 4/5
every [8] 9/9 36/18
38/20 41/1 41/9 41/15
41/24 46/12
everybody [2] 2/2 2/19
49/7
everyone [2] 41/9
43/20
everything [5] 3/4 39/5
41/15 41/22 49/10
evidence [53] 4/25
5/24 7/20 7/21 10/4
13/14 14/19 16/2 20/1
20/9 20/10 21/4 21/6
25/14 25/20 26/15
27/5 27/9 27/13 27/14
28/13 28/15 28/16
29/13 30/13 30/24
31/17 32/3 32/5 32/12
36/15 36/24 37/10
39/13 39/24 40/4 40/4
40/7 45/14 45/15
45/18 45/19 45/25
46/2 46/10 46/16
47/10 47/17 47/22
48/18 50/13 50/17
56/15
exact [1] 21/19
exactly [3] 12/8 22/21
49/19
example [5] 16/10
29/14 43/5 47/4 51/10
examples [1] 7/8
Except [1] 27/11
exclusive [1] 18/5
exculpatory [1] 36/17
excuse [1] 45/3
exhausted [1] 20/2
exhibit [12] 6/13 6/17
6/20 8/12 13/3 19/2
19/2 45/10 45/20

Exhibit 312 [1] 19/2
exhibits [1] 7/8
exited [4] 9/12 53/18
54/17 56/19
exiting [2] 3/5 9/15
exits [7] 7/11 8/5 26/24
34/2 45/8 47/1 48/25
explained [1] 50/21
explicative [1] 10/3
explicit [3] 3/12 3/15
56/15
explicitly [1] 42/6
extend [1] 25/3
extended [1] 21/5
extent [2] 17/3 48/10

**F**

face [1] 26/5
Facebook [3] 31/14
44/12 50/19
facilitate [2] 27/19 29/9
30/20
fact [12] 10/1 10/8 10/9
10/10 15/21 17/6
19/25 23/10 28/14
54/18 54/25 56/3
factor [2] 35/11 35/15
36/1
facts [7] 49/8 49/12
49/15 49/23 50/11
53/20 56/2
fair [2] 25/7 46/17
faith [2] 14/10
fallen [1] 51/19
falling [1] 27/20
familiar [1] 22/4
family [2] 13/8 58/14
far [2] 32/13 59/1
fear [1] 14/8
feared [2] 9/2 14/20
fearing [2] 6/6 14/5
15/4
fell [1] 6/18
fellow [1] 26/22
felony [10] 21/25 28/2
28/6 35/10 38/25
39/17 42/17 42/25
43/3 43/21
few [1] 37/23
fight [5] 8/13 8/14
52/23 52/24 53/4
fighting [1] 50/4
figure [1] 22/6
filed [1] 47/15
fill [1] 43/22
film [1] 18/25
filmed [1] 46/9
filming [5] 7/16 17/9
19/2 19/6 19/17
films [2] 18/23 19/18
finally [1] 52/5
find [23] 10/14 20/8
20/18 20/23 22/17
24/24 30/19 31/14
38/1 39/15 39/22 41/7
44/25 48/9 49/3 49/8
54/7 54/25 55/6 55/14
56/5 57/13 58/2
finder [1] 56/3

finding [2] 18/2 41/8
fine [3] 41/24 59/5 59/7
finger [1] 42/1
first [12] 2/25 4/14 4/19
5/22 13/7 13/25 20/3
33/8 34/13 34/18 49/8
53/21 55/15
Fisher [3] 11/10 21/13
22/3
fit [1] 7/3
fits [1] 38/21
five [2] 4/8 30/15
fix [2] 50/22 51/1
flash [1] 52/1
fled [5] 9/17 15/19
15/19 20/15 20/16
floor [14] 14/13 32/5
32/21 32/22 33/5 33/9
33/16 34/4 34/16
34/20 37/19 48/8
53/15 53/16
focused [2] 6/12 53/9
folds [1] 21/11
follow [3] 25/17 42/14
43/12
following [2] 2/1 21/23
follows [1] 21/12
footage [2] 50/15
50/15
forbids [1] 16/8
force [1] 58/1
forced [3] 6/3 6/5 9/20
forcing [1] 50/6
foregoing [1] 59/13
form [2] 14/4 50/19
formed [1] 18/16
former [5] 22/20 23/5
23/10 23/18 56/14
forth [1] 46/2
forward [3] 48/2 48/5
52/6
found [4] 29/25 31/22
33/22 36/12
four [9] 3/14 3/17 5/21
8/12 15/16 18/1 51/10
56/14 57/21
fractured [2] 22/5
55/17
framing [1] 23/16
Freedom [2] 52/10
55/11
front [20] 6/11 6/21 7/5
7/25 8/19 8/20 8/22
8/24 9/9 9/10 13/12
18/9 18/10 19/13 38/4
52/7 52/7 53/3 53/9
53/12
fucking [1] 52/4
full [1] 46/3
function [4] 15/22
21/21 38/23 42/16
further [1] 50/24
future [2] 42/13 48/10

**G**

gamut [1] 39/17
gas [1] 52/1
gear [3] 15/1 50/8
52/10
general [3] 30/6 30/12

**G**

general... [1] 32/6
generally [1] 40/11
gesturing [2] 29/20 51/18
get [12] 4/15 16/18 20/7 22/5 25/6 28/19 28/20 31/6 47/11 48/5 53/21 59/4
gets [7] 10/11 16/18 17/7 26/7 35/11 44/22 56/25
getting [3] 9/18 15/18 17/8
give [1] 29/14
given [5] 33/19 41/15 43/17 46/17 54/3
gives [2] 5/2 22/17
glad [1] 20/14
go [20] 3/25 5/18 10/4 10/5 14/13 15/2 15/8 15/14 26/10 27/25 32/15 34/24 46/13 48/5 49/15 49/23 51/17 52/8 52/8 57/2
goal [6] 3/9 3/24 4/1 10/24 11/16 47/25
goes [10] 7/6 15/16 16/19 22/25 32/16 32/17 33/13 37/14 37/19 45/12
going [39] 4/14 6/15 9/24 10/10 14/11 16/6 18/7 20/12 25/25 26/5 26/8 26/25 27/6 28/16 29/22 31/3 31/24 32/1 32/8 33/14 33/18 33/24 33/25 35/10 35/12 35/22 43/23 47/3 47/9 48/21 49/2 50/1 50/1 51/15 52/2 52/3 52/3 53/19 57/25
gone [7] 3/2 9/9 9/16 9/22 15/17 38/11 56/24
good [15] 2/2 2/3 2/8 2/11 2/12 2/14 2/15 2/16 5/20 12/8 14/3 20/22 24/10 49/7 55/19
got [14] 3/21 7/14 18/3 18/15 19/5 19/18 26/18 35/16 35/16 38/17 44/20 52/19 52/23 52/25
government [43] 2/6 2/17 2/21 2/22 2/25 11/11 11/12 12/9 15/21 21/1 22/8 23/8 25/17 27/7 28/2 28/13 29/11 29/22 29/25 30/5 30/11 31/4 32/17 34/18 35/2 36/14 37/18 38/2 38/21 40/10 42/5 44/4 45/23 54/14 54/19 54/25 56/2 56/21 57/13 57/20 58/6 58/16 58/25

**H**

had [32] 2/17 2/18 3/10 3/19 3/23 4/6 5/12 8/2 9/5 9/16 9/17 9/20 10/1 16/17 20/1 20/17 21/5 34/1 34/9 34/10 41/20 44/8 44/8 47/25 51/19 52/20 53/18 53/18 54/16 54/20 56/8 56/18
hadn't [1] 29/25
half [1] 51/8
halls [1] 48/7
hallways [1] 14/10
hand [1] 19/6
handy [1] 21/20
hanged [1] 43/2
happen [2] 35/22 47/9
happened [5] 5/3 41/22 53/8
happening [6] 5/25 8/17 20/16 34/19 57/3 57/11
happens [1] 52/11
happy [1] 9/19
harder [2] 54/9 56/1
Harrisburg [1] 50/25
has [28] 9/24 11/12 12/9 16/1 16/3 16/5 16/7 21/4 21/10 22/12 23/2 27/7 28/13 28/21 28/22 30/10 31/4 31/25 35/1 35/7 35/11 36/4 38/14 38/21 40/18 43/19 56/21 57/20
hasn't [2] 41/3 55/16

have [97] 3/1 3/1 3/2 3/2 3/3 3/3 4/25 6/1 7/13 7/21 10/1 11/10 11/15 12/10 13/12 14/3 14/19 14/21 14/22 14/23 15/1 15/5 15/14 15/23 16/3 16/5 17/17 18/5 18/6 18/16 19/6 21/19 21/24 25/20 26/12 26/14 26/20 26/20 26/21 26/22 26/24 27/1 27/5 27/12 28/3 28/4 28/10 28/14 28/24 30/8 30/10 30/14 34/1 34/5 35/2 35/4 35/9 36/12 36/14 36/17 37/3 37/9 37/24 37/25 38/3 38/6 38/8 38/11 39/6 40/23 41/7 42/9 43/24 44/11 44/19 44/21 44/22 45/2 45/4 45/6 46/22 47/7 47/18 47/22 49/12 49/16 49/17 49/24 50/11 52/20 53/2 53/3 56/24 58/15 58/18 58/22 59/6 58/2
gulf [1] 28/25
guy [1] 27/21
guys [1] 52/8

Hazelton [1] 29/16
he [19] 9/2 13/7 14/7 14/8 22/18 23/7 23/22 23/23 23/25 23/25 31/13 32/5 36/21 37/21 41/6 47/20 50/5 50/11 51/13
he's [5] 14/13 23/23 25/25 43/8 57/1
head [2] 17/17 58/21
heading [2] 26/1 26/11
heads [1] 26/2
hear [11] 2/25 10/3 20/5 25/22 26/2 26/15 29/10 45/3 51/15 53/19 56/25
heard [24] 4/19 5/11 6/1 6/4 6/20 8/1 8/20 8/23 8/25 9/4 9/12 9/15 13/4 13/6 13/10 14/5 14/7 14/11 14/23 15/5 18/6 18/16 45/2 45/4
hearing [1] 26/17
heart [1] 33/1
held [3] 8/6 33/11 44/8
help [8] 13/17 13/17 27/19 27/23 30/10 30/14 30/18 38/10
helped [8] 6/11 8/21 18/13 19/11 30/12 30/12 53/6 53/10
helping [6] 4/2 19/8 27/22 30/17 51/18 53/3
her [92] 3/9 3/15 3/18 3/24 4/1 6/9 6/15 6/18

7/16 8/9 8/16 8/18 8/20 8/23 8/25 9/12 9/19 9/25 10/3 10/11 10/24 11/21 13/15 13/17 14/20 16/2 16/2 17/17 17/20 17/21 17/22 18/4 18/25 19/4 19/5 19/11 19/13 19/23 20/8 20/15 26/15 27/9 27/11 27/15 27/16 28/16 30/24 30/25 31/2 33/12 36/2 36/2 36/13 37/16 38/1 38/1 38/12 38/17 39/1 40/4 40/7 44/9 44/21 44/25 45/1 45/7 46/21 46/22 49/2 50/18 50/18 51/5 51/11 51/14 52/15 52/15 54/7 54/12 54/18 54/25 55/6 55/14 56/7 56/13 57/1 57/2 58/2
here [18] 2/3 5/22 7/22 11/15 12/10 17/14 19/5 21/10 23/2 25/13 29/2 30/19 32/3 36/1 47/20 47/22 49/8 55/10
hereby [1] 59/13
herself [11] 6/10 7/1 8/21 10/22 18/2 19/15 22/9 27/13 40/22 40/23 57/22
highest [1] 39/17
him [19] 11/2 11/4 14/7 23/7 23/12 23/13 23/19 26/2 26/17 27/22 37/4 37/4 37/5 37/6 37/7 44/22 50/6 51/4 51/20
his [7] 9/2 11/5 13/8 14/8 23/22 50/5 50/6
historically [1] 43/21
hoard [1] 40/21
hold [3] 3/6 10/7 19/25
holding [9] 3/11 7/20 7/22 7/25 9/1 13/21 15/15 17/24 44/13
honest [1] 25/12
Honor [57] 2/8 2/22 2/24 4/8 5/19 6/13 8/20 12/8 12/18 14/4 17/15 20/18 21/11 24/6 24/24 25/12 25/16 26/9 27/4 27/18 27/21 27/24 28/18 29/4 29/7 29/8 29/14 30/1 31/1 32/11 32/21 32/24 33/7 33/12 33/21 34/2 35/24 37/12 37/23 39/1 39/8 39/10 40/2 40/13 42/17 44/5 45/14 45/16 45/19 45/22 46/7 46/20 47/23 58/6 58/23 59/1
Honor's [1] 47/4

**HORABLE [1] 1/8**
Horcasitas [1] 50/14
hour [1] 46/11
hour-long [1] 46/11
hours [2] 51/8 54/21
house [8] 5/6 6/5 14/13 14/14 40/8 52/9 52/13 55/10
how [11] 6/1 9/17 10/10 10/11 15/18 22/6 36/14 37/18 46/8 47/2 49/1
huge [1] 28/25
hundreds [3] 28/3 28/10 35/4
hunt [2] 24/21 25/6
hypothetical [1] 25/11

**I**

I'm [14] 16/6 24/8 25/10 26/4 27/4 27/6 32/16 34/6 35/18 36/11 36/20 46/18 53/4 56/4
idea [1] 56/11
identified [2] 30/10 30/21
identify [3] 2/7 30/8 30/15
illegally [3] 23/19 57/4 57/16
imagine [1] 22/4
immediately [1] 9/15
imminent [1] 35/17
impairment [1] 21/4
impede [4] 5/23 14/10 16/3 54/18
impeded [1] 15/21
impeding [1] 15/11
impermissible [1] 21/19
imply [2] 40/25 41/1
important [1] 18/21
impose [1] 58/19
imposed [1] 58/11
improper [1] 24/18
incanting [1] 36/19
incite [2] 8/23 35/17
incitement [1] 35/16
inciting [2] 15/8 18/11
include [5] 11/11 12/9 13/5 45/11 58/17
includes [2] 14/4 17/24
including [4] 7/3 17/7 19/4 52/9
inconsistent [2] 11/6 48/16
incredibly [1] 36/17
indeed [1] 23/5
independently [3] 12/9 12/11 12/19
indicating [8] 10/3 10/4 18/7 25/20 26/15 27/13 32/5 32/9
indictments [1] 21/22
indirect [1] 36/5
individual [1] 41/12
individualized [1] 41/16
infer [4] 17/18 17/19 52/15 56/3

**I**

inference [5]  51/5
56/15 56/16 56/20
56/20
inferring [1]  17/20
influence [2]  42/24
43/23
influenced [1]  36/8
influences [1]  42/14
information [1]  36/17
initial [1]  51/22
initially [1]  56/24
innocence [3]  24/19
41/11 55/22
innocent [7]  24/1 24/3
24/14 25/1 47/5 47/8
47/13
inside [28]  7/6 10/5
16/24 20/7 28/8 28/19
28/20 29/1 31/3 31/16
31/24 32/1 32/10
32/13 33/23 36/19
37/13 38/1 38/8 38/9
40/5 40/6 40/9 40/17
43/23 52/10 52/17
54/15
insincere [1]  37/21
Inspector [5]  4/19 5/11
6/4 13/6 14/12
instruction [1]  17/23
instructions [3]  11/10
17/15 17/19
insufficient [2]  25/14
38/3
insurrection [1]  42/3
intend [4]  56/1 56/3
56/4 56/5
intended [1]  7/19
intending [1]  32/25
intent [43]  5/15 5/17
7/18 15/14 16/3 16/7
17/4 17/5 17/14 17/20
25/14 26/13 26/13
26/15 28/7 29/10
30/16 30/18 31/4
34/15 34/25 35/7
35/17 35/21 36/13
37/14 37/17 37/25
38/1 38/2 39/13 39/21
43/9 43/14 43/15
43/15 48/4 49/2 49/12
54/14 55/3 56/13
57/21
intention [1]  44/9
intentions [1]  44/20
interesting [4]  25/9
28/13 55/15 55/19
interfere [1]  37/16
interpretation [4]  21/17
21/21 22/14 43/18
interrupted [5]  5/8 5/12
5/25 6/1 54/20
interrupts [1]  54/11
interview [2]  58/13
58/15
involved [1]  32/4
involves [1]  42/15
is [171]  3/18 4/8 4/24
5/1 5/14 5/15 5/23

12/5 12/5 12/6 12/8
12/13 12/18 12/20
13/14 14/2 14/6 14/12
15/3 15/24 16/2 16/9
17/10 17/14 17/15
18/21 19/5 19/17 20/1
20/8 20/10 20/10 21/1
21/18 21/25 22/13
22/13 22/17 22/22
22/24 23/3 23/8 23/13
23/14 23/16 23/19
23/23 24/3 24/8 24/11
24/18 24/25 25/5 25/6
25/6 25/10 25/14
25/17 26/15 26/25
27/2 27/17 27/20 28/1
28/9 28/25 28/25
29/13 29/21 31/17
32/13 32/18 32/24
33/2 34/12 34/15
34/16 34/19 35/2 35/3
36/5 36/7 36/10 36/17
36/21 36/24 37/1 37/4
37/13 38/1 38/12
38/17 38/18 38/18
38/23 39/1 39/19
39/24 40/18 41/2 41/4
41/13 41/18 42/1 42/2
42/5 42/7 42/17 42/17
43/9 43/9 43/13 43/16
43/20 44/6 44/12
44/19 44/23 44/24
45/13 45/14 45/18
45/19 45/22 45/23
45/23 46/8 46/10 47/6
47/16 47/23 47/23
48/1 48/6 49/2 49/9
49/11 51/5 51/11
51/13 51/22 51/25
52/5 52/11 53/20
53/23 54/9 54/10
54/10 54/22 55/2
55/15 56/1 56/1 56/15
56/16 56/17 56/21
57/7 57/13 57/14
57/19 57/23 57/24
59/3 59/5 59/13
isn't [8]  11/1 12/6 19/7
22/7 24/4 30/25 34/21
44/15
issue [5]  5/15 5/16
17/14 23/17 55/18
it [106]  3/6 3/18 4/18
5/8 5/9 5/10 5/12 5/25
6/1 6/14 9/10 9/17
10/10 10/12 11/3 11/4
11/9 11/25 12/13
13/16 13/18 13/23
14/24 15/6 15/18
15/21 17/3 17/4 17/4
17/10 18/13 18/14
18/19 19/10 19/15
19/17 19/18 20/11
20/11 20/13 20/13
23/25 26/3 27/6 27/16
27/22 27/24 28/1 29/4
29/6 30/1 30/16 31/5
31/7 32/16 32/17 33/7

35/13 35/18 38/17
38/21 39/1 39/20
39/21 39/22 39/23
41/3 41/4 41/16 41/23
42/7 42/8 42/15 43/16
44/11 44/14 44/16
44/23 44/25 45/3 45/4
45/19 45/20 46/2
46/23 47/2 47/9 48/1
48/7 48/14 48/16 49/1
49/22 50/16 51/7
51/18 52/10 55/10
55/11 55/20 57/7 59/4
it's [55]  3/4 5/17 8/6
11/20 12/4 13/3 13/3
14/16 17/2 17/11 20/8
21/13 23/1 23/15
24/15 25/5 25/7 25/8
26/13 29/9 30/7 34/23
34/24 34/25 35/21
35/21 37/8 37/9 37/11
38/3 38/3 38/10 38/18
38/23 39/3 39/5 39/15
39/20 39/23 39/25
42/18 42/20 43/3 43/3
45/25 46/4 46/4 46/11
46/16 48/19 50/14
52/8 52/23 57/9 57/25
its [4]  8/2 21/5 27/8
55/21
itself [7]  4/6 4/24 11/19
16/20 17/7 18/17 25/3

**J**

Jackson [1]  31/21
JAMES [1]  1/8
January [29]  3/6 3/8
3/11 3/11 3/21 7/23
7/23 7/24 8/10 9/5
11/21 11/21 13/20
13/22 17/25 17/25
21/5 26/21 26/23
38/20 41/22 46/8
47/20 50/20 50/24
51/7 53/6 56/12 56/12
January 3 [6]  3/11 7/23
11/21 17/25 50/20
56/12
January 5 [7]  3/11 7/23
11/21 13/20 17/25
50/24 56/12
January 6 [4]  3/6 3/21
7/24 8/10 9/5 13/22
21/5 26/21 26/23
38/20 41/22 46/8
47/20 51/7
JEB [1]  1/3
job [1]  55/16
Joe [1]  3/16
joining [1]  19/24
joins [1]  8/15
joint [4]  5/6 14/15 16/4
34/8
judge [46]  1/9 2/12
10/15 11/8 20/22
21/12 21/15 21/23
22/9 22/11 22/11
22/16 22/22 22/25
23/16 25/5 25/6 25/18

32/19 32/25 34/23
35/1 36/7 36/9 36/10
36/13 36/24 41/5
42/18 42/18 43/9 44/2
57/19 58/8
judges [1]  21/16
judicial [3]  23/21 47/6
48/12
June [1]  1/5
jurist [1]  36/10
just [47]  4/3 4/6 4/14
6/7 7/13 7/13 7/15 9/6
9/24 11/8 12/23 14/17
15/4 16/6 17/13 21/1
23/8 28/22 29/14 30/5
30/12 31/22 33/12
35/5 38/3 38/23 39/10
39/23 40/4 40/12 41/3
42/18 42/18 42/20
43/3 43/19 43/21
46/24 47/13 47/14
47/24 47/24 47/25
49/15 49/24 55/10
57/12
justice [2]  41/16 42/16

**K**

Katsas [1]  42/19
Katsas's [1]  43/8
keep [2]  18/14 41/5
Keepers [1]  50/7
keeping [1]  48/24
kept [3]  17/6 33/4
53/15
kind [7]  7/21 21/11
34/23 39/25 41/16
42/20 42/21
knee [1]  16/25
knew [10]  13/13 13/18
32/10 44/7 53/1 54/2
54/3 54/15 54/24
56/17
knife [1]  32/5
knives [1]  16/23
know [41]  4/17 4/17
4/21 4/23 5/5 5/7 6/9
7/15 8/2 13/2 13/11
13/12 13/13 14/25
17/7 17/14 17/16
17/17 18/10 18/10
19/22 20/4 20/5 22/3
22/13 23/21 27/25
31/23 31/25 32/1 34/8
35/4 36/14 37/24
39/22 42/22 43/1
43/11
knowing [1]  56/19
knowingly [10]  10/1
13/16 13/23 15/13
16/5 17/11 53/24 54/5
55/6 55/13
knowledge [7]  17/4
17/5 23/1 23/4 31/2
31/7 48/22
known [1]  49/25
knows [7]  23/23 29/8
29/17 30/7 39/14

**L**

laid [1]  18/22
language [2]  11/12
15/7
large [2]  39/14 40/24
largely [1]  50/11
larger [1]  17/14
laser [2]  6/12 53/9
last [5]  2/18 29/15 33/6
50/5 57/12
law [10]  16/8 16/8
17/10 22/4 30/7 41/14
41/14 43/3 43/16
48/16
lawful [9]  3/10 3/24
11/23 12/3 12/25
23/15 42/4 47/12
48/19
lawfully [1]  12/1
lawfully-elected [1]
12/1
lawmakers [5]  10/8
15/17 20/15 47/2 49/1
lay [1]  38/4
lead [1]  56/3
leading [3]  3/14 18/1
51/10
learns [2]  32/20 33/8
least [7]  21/12 22/8
27/17 30/15 46/7
54/16 55/24
leave [1]  9/21
leaving [1]  56/18
lecturn [1]  2/7
left [5]  9/18 47/2 47/3
49/2 52/21
legal [2]  12/3 13/12
20/2
legislation [2]  21/2
42/24
legislators [4]  9/16
9/20 9/22 44/9
legislature [1]  31/8
length [1]  37/12
lengthy [2]  45/23 46/9
less [4]  28/13 30/1
32/13 34/2
let [8]  10/14 14/18
29/14 46/21 49/8
49/15 53/11 58/10
let's [7]  4/17 5/14
12/21 16/22 25/15
25/16 35/16
letter [1]  30/7
letters [1]  58/17
letting [1]  33/1
level [3]  31/9 37/19
39/4
light [1]  33/12
lighted [1]  43/18
like [13]  13/2 15/2 19/6
20/24 29/20 30/5
36/19 39/19 39/22
39/23 39/24 42/18
52/1
likelihood [1]  35/21
limiting [3]  21/21 41/7
42/17

66

**L**

line [6] 4/4 4/4 6/15
13/22 16/20 18/16
lined [2] 16/21 18/13
lines [5] 4/3 11/17
16/10 43/24 54/4
list [2] 7/8 46/5
listed [1] 5/21
listen [2] 9/18 20/14
literally [1] 29/1
litigant [1] 23/21
little [1] 54/9
live [1] 22/9
lives [1] 6/6
Livestream [1] 36/2
living [1] 57/22
Lloyd [4] 4/19 5/11 6/4
14/12
lobbying [1] 42/19
location [1] 16/2
locations [1] 4/21
logical [4] 51/5 56/14
56/16 56/20
long [5] 38/9 46/11
53/2 53/8 57/9
longer [2] 5/8 46/2
look [6] 13/20 17/21
17/22 18/2 48/18 58/4
looked [1] 31/13
looking [14] 18/4 31/2
36/20 37/4 37/5 37/6
37/7 37/15 37/15
37/16 38/12 40/20
44/22 45/1
looks [1] 51/25
lose [2] 10/15 10/16
lost [4] 23/5 23/7 23/10
23/18
lot [8] 11/11 12/13
18/23 28/13 28/15
46/8 48/3 55/18
lots [1] 19/14
lower [1] 29/17
lowliest [1] 39/17
Loyd [1] 13/6

**M**

maced [1] 52/19
made [13] 3/23 3/25
15/6 17/18 17/21
17/24 18/3 20/5 20/13
37/18 46/16 46/25
55/16
main [3] 5/14 9/4 50/13
mainly [1] 55/17
maintain [2] 23/6 23/19
majority [1] 50/17
make [5] 39/11 39/20
41/9 42/11 46/18
makes [2] 7/11 55/18
making [3] 3/15 44/9
47/1
malfunctioning [1] 25/1
Mall [1] 43/22
man [2] 30/13 32/4
many [6] 19/21 19/22
45/9 46/24 47/9 50/14
march [2] 48/2 52/6
marched [1] 3/13

Mastriano [8] 18/8
25/22 26/22 26/25
51/12 51/15 53/19
56/25
matter [2] 2/4 59/15
may [8] 37/3 40/22
44/21 44/21 49/24
56/24 58/14 58/16
maybe [4] 18/2 18/4
18/7 18/9
me [12] 10/14 14/18
29/14 30/23 39/6 45/3
46/15 46/19 46/21
49/8 49/15 56/4
mean [12] 9/21 11/3
11/16 14/25 16/24
25/3 25/9 27/22 34/12
39/16 42/18 48/3
meaning [2] 52/24
52/25
means [17] 3/10 3/24
4/1 11/14 11/23 11/24
12/10 12/11 12/13
12/18 12/19 22/14
25/18 25/19 35/6
57/14 57/17
Mechanicsburg [1]
51/6
media [1] 50/18
medieval [1] 29/22
meet [4] 35/13 35/18
35/19 47/17
meeting [1] 31/18
meets [1] 44/17
melee [2] 37/4 52/16
member [3] 41/15
41/21 41/23
members [6] 6/5 24/7
33/15 37/15 42/24
50/3
memoranda [2] 58/17
59/2
memorandum [1] 2/18
men [2] 29/20 29/20
mens [1] 31/22
mentioned [1] 53/19
mentions [1] 53/17
message [1] 18/7
25/24 26/21
messages [1] 51/5
Michael [1] 52/15
might [7] 27/18 27/21
31/10 32/21 35/5 38/5
43/18
Mike [3] 37/1 37/9
44/24
military [1] 50/8
mind [4] 17/23 27/6
30/25 33/13
minute [2] 36/19 37/8
minutes [11] 6/7 29/19
32/13 34/3 34/9 34/20
34/21 40/18 44/15
49/4 52/17
mischarged [2] 28/11
35/5
misconduct [4] 24/25
25/2 30/20 38/20

28/3 32/14
misdemeanor [4] 21/25
28/5 35/9 39/17
mistakenly [1] 23/14
misusing [1] 21/2
mixing [1] 27/6
mob [13] 9/4 9/9 9/20
14/24 19/24 41/14
41/15 41/18 41/21
41/21 41/22 48/23
52/16
montage [1] 46/14
months [1] 53/2
more [20] 3/14 8/12
13/11 15/4 15/16
16/10 18/1 19/12
28/15 29/20 29/20
29/21 36/13 36/15
40/11 42/11 51/10
55/10 56/14 57/22
morning [1] 2/22
2/8 2/11 2/12 2/14
2/15 2/16 20/22 26/3
49/7
most [6] 19/3 32/14
32/18 40/10 42/20
56/20
motivated [1] 24/22
motive [2] 3/15 57/1
mouth [1] 39/16
move [2] 2/20 5/14
moved [2] 6/22 20/3
moves [1] 28/2
moving [1] 27/17
Mr. [4] 20/21 22/3
45/17 58/7
Mr. Smith [4] 20/21
22/3 45/17 58/7
Ms. [6] 2/15 20/23 22/2
25/21 43/20 58/10
Ms. Sheets [1] 22/2
Ms. Weyer [5] 2/15
20/23 25/21 43/20
58/10
much [9] 20/20 30/1
33/12 37/18 41/1 41/6
44/3 49/4 58/9
multiple [4] 25/20
26/14 38/3 44/20
must [2] 22/23 55/9
mutually [1] 18/5
my [11] 23/16 25/10
27/6 36/20 36/20
36/21 37/20 40/18
46/7 49/5 53/5

**N**

namely [2] 32/1 36/18
nasty [1] 27/21
National [1] 43/22
natural [2] 9/25 17/19
nature [1] 31/2
near [1] 40/15
nearly [1] 39/24
necessarily [3] 18/25
27/19 27/22
necessary [1] 43/10
need [5] 29/20 29/20
46/15 49/23 57/13

nestor [5] 1/20 1/22
59/18 59/18 59/20
never [7] 17/16 30/11
43/3
nevertheless [1] 22/22
New [2] 1/17 1/17
next [1] 3/17
nice [3] 3/2 53/1 57/9
Nicholas [2] 1/15 2/12
Nichols' [1] 21/15
night [1] 2/18
no [32] 1/3 2/24 5/7
6/24 10/16 14/24 21/5
21/25 23/24 24/2
24/20 25/6 27/14
28/16 29/13 32/3 32/9
35/1 35/2 35/4 35/6
40/18 41/7 42/5 42/17
45/24 49/8 49/9 53/24
54/5 55/23 58/22
Nodding [1] 58/21
none [3] 11/9 27/9
32/3
NONJURY [1] 1/8
normal [1] 54/11
normally [2] 19/3 19/3
Northwest [2] 1/12
1/21
not [89] 2/22 3/24 4/3
7/2 7/23 8/8 8/16 9/6
10/16 10/17 11/23
15/7 16/15 17/1 18/5
18/6 18/19 19/2 19/15
19/20 19/24 20/8 20/9
20/23 21/6 21/9 21/22
21/23 22/5 23/9 24/2
24/7 24/8 25/7 25/10
26/13 27/5 27/5 27/19
30/13 30/22 31/12
32/7 32/16 33/11
33/23 34/6 34/25
35/18 35/24 36/12
36/18 36/22 37/14
37/15 37/17 38/2 38/4
38/23 39/3 39/24 40/9
40/22 41/10 41/10
41/16 42/8 42/8 42/15
42/18 42/20 43/10
43/21 44/6 44/25
45/15 45/25 46/11
46/11 46/18 47/18
48/11 51/4 53/11
54/10 56/5 56/8 56/15
57/1
notes [1] 52/21
nothing [3] 16/24 26/17
39/5
now [5] 7/25 18/25
22/17 37/4 52/8
nuance [1] 25/13
nudge [1] 38/6
number [3] 39/14 51/8
55/17
numbers [7] 9/5 14/24
15/4 15/5 45/5 45/5
48/23
NW [1] 59/19

Oath [1] 50/7
object [1] 45/15
objection [1] 45/24
obstruct [12] 5/22 12/6
25/14 25/19 26/13
26/16 28/20 31/4
38/10 43/15 55/23
57/7
obstructed [3] 34/1
34/6 45/1
obstructing [3] 44/7
48/7 57/3
obstruction [15] 4/9
5/14 28/10 28/23
34/21 35/3 35/10
35/12 36/16 36/16
38/16 44/16 44/16
47/10 55/25
obstructs [1] 42/14
obtain [2] 22/15 23/13
obtained [1] 22/24
obtaining [2] 22/19
23/23
obviously [1] 57/1
OC [1] 50/2
occupation [2] 6/2
33/20
occur [1] 55/9
occurred [2] 15/20
49/20
occurring [2] 33/2
34/22
odd [1] 21/13
off [5] 6/19 50/4 51/1
52/12 54/1
offense [14] 20/24 21/3
21/4 28/2 28/3 28/10
30/3 30/22 32/18
37/14 40/11 42/17
42/25 43/3
offenses [6] 7/3 22/1
28/4 29/24 40/11
49/14
offensive [3] 27/24
39/20 42/21
Office [1] 1/12
officer [8] 4/20 7/1 9/1
14/6 14/20 15/3 49/24
50/4
officers [21] 3/19 4/6
6/24 7/4 7/9 7/14 7/17
8/24 9/1 9/5 14/23
16/11 16/21 16/22
18/13 19/14 19/24
45/4 46/23 48/21 50/3
officers' [3] 9/2 14/8
49/10
official [14] 1/20 4/9
5/5 5/23 6/7 11/6
15/22 28/23 31/25
32/8 48/11 48/15
55/24 59/19
often [3] 11/11 11/13
28/14
oh [2] 10/22 39/10
okay [19] 2/11 10/17
11/1 15/12 16/15
17/12 23/25 24/2

O

okay... [11] 25/15 25/16 26/6 39/9 41/24 44/1 45/21 49/4 49/7 58/3 59/8
old [1] 23/1
once [13] 4/3 16/18 18/3 18/10 19/12 19/20 26/19 37/3 38/9 44/20 48/6 52/10 56/25
one [19] 9/1 12/5 16/6 26/11 29/17 36/10 36/13 38/5 39/11 40/8 40/8 40/12 42/11 45/2 47/18 49/9 55/21 57/20 59/1
ones [1] 53/2
only [6] 26/18 38/16 44/6 49/11 49/23 57/7
open [1] 50/7
opened [1] 52/5
opening [2] 28/12 28/14
opinion [4] 22/5 25/18 55/17 55/21
opportunity [2] 20/12 58/19
opposed [2] 40/21 56/10
opposite [1] 23/9
orderly [5] 16/4 54/14 54/19 54/24 55/3
originally [1] 30/2
other [17] 7/8 8/23 9/2 11/9 12/21 14/8 27/1 30/13 30/22 38/24 39/7 40/21 40/22 42/22 50/11 51/9 56/10
others [18] 4/2 6/16 8/16 10/6 11/17 18/11 20/6 30/6 30/12 48/21 50/25 54/12 54/22 54/23 55/5 55/12 55/21 57/15
others' [1] 54/16
otherwise [1] 57/8
our [14] 3/3 3/3 8/1 40/8 44/19 45/12 45/22 51/24 52/9 52/12 52/22 55/10 55/16 57/8
out [18] 4/15 11/23 15/17 17/6 18/22 22/6 24/3 25/6 32/12 32/19 33/11 38/4 40/3 50/7 53/17 55/8 55/10 56/2
outlined [1] 47/16
outside [17] 3/22 16/23 28/9 29/16 30/6 30/20 32/12 35/14 38/17 39/2 40/5 40/15 42/22 43/20 43/24 52/18 53/14
over [10] 9/5 14/13 19/18 27/8 27/8 27/20 38/11 39/14 49/15 57/5

overwhelmed [1] 45/5
overwhelming [3] 4/25 7/20 50/6
own [8] 7/4 8/18 8/22 13/15 19/11 27/11 45/7 50/17

P

p.m [2] 5/8 51/17
panel [1] 21/16
parading [15] 4/13 19/5 21/24 28/2 28/25 32/14 35/8 38/15 40/2 40/7 40/9 44/6 47/24 48/20 55/7
parameters [1] 4/21
parasitically [1] 38/18
parrot [1] 36/20
parrots [1] 40/8
part [2] 12/7 41/14
participant [2] 15/6 45/7
participate [2] 6/25 19/15
participated [1] 9/20
participating [2] 29/6 48/23
particular [1] 25/21
parties [2] 49/16 49/21
partner [2] 50/5 50/6
party [6] 6/20 13/15 19/1 19/4 19/7 22/24
passage [2] 14/10 15/11
passageway [1] 47/4
passed [2] 21/3 41/20
passes [1] 37/7
past [3] 3/19 4/6 48/21
patriotism [1] 51/25
patriots [10] 32/22 33/4 33/9 33/15 34/3 34/15 34/20 52/12 52/20 53/15
Peach [1] 50/22
Pence [1] 13/7
Pennsylvania [9] 8/1 8/2 31/8 50/21 50/23 50/25 51/7 51/12 56/9
Pennsylvania's [1] 51/2
people [25] 3/2 12/2 14/25 15/1 18/14 18/19 19/8 19/10 28/9 29/2 29/21 30/15 30/16 30/21 35/4 35/9 40/21 40/24 41/13 42/3 43/22 48/24 51/9 52/9 58/4
pepper [1] 50/2
performing [1] 38/23
perhaps [1] 34/24 56/25
perimeter [4] 3/23 4/18 4/23 13/9
person [10] 14/5 23/17 24/1 30/10 30/15 33/18 33/22 35/25 36/8 41/2
personal [1] 58/10
personally [5] 6/11

pertains [1] 31/7
phone [2] 7/16 36/2
phrase [1] 40/12
physically [1] 7/1
pick [2] 27/18 27/20
picketing [4] 4/13 47/24 48/20 55/7
picking [2] 6/19 27/17
piece [4] 26/8 26/8 32/11 39/13
pieces [5] 25/20 26/14 26/19 26/20 36/15
pile [1] 29/21
piss [1] 52/12
pissed [1] 51/1
place [4] 6/5 33/2 34/13 34/18
Plaintiff [1] 1/3 1/11
plan [2] 3/25 20/3
play [4] 6/14 33/7 46/6 46/15
played [2] 45/24 45/25
please [1] 2/6
pled [1] 28/3
plenty [1] 29/2
PLLC [1] 1/15
plus [2] 35/11 35/14
pogo [1] 42/21
pogo-sticking [1] 42/21
point [14] 12/8 21/1 25/23 32/11 36/13 36/25 39/11 40/8 40/15 43/8 45/12 47/4 48/10 57/2
pointed [3] 40/3 53/17 56/2
pointing [1] 19/9
points [1] 55/8
police [14] 4/3 4/4 4/4 11/17 16/11 16/20 18/16 33/11 37/16 45/5 45/8 48/24 52/8 52/19 53/1 54/4
political [1] 47/20
politically [1] 44/22
poor [1] 25/10
portion [1] 51/13
post [1] 11/10
post-Fisher [1] 11/10
poster [3] 31/6 39/19 39/23
posters [1] 31/8
posting [2] 50/19 51/9
potential [4] 22/17 22/18 22/19 39/2
power [1] 23/19
praying [1] 17/1
preference [1] 59/3
preliminary [1] 2/20
preponderance [2] 29/23 30/1
present [1] 14/19
presented [1] 50/13
presided [1] 39/14
presidency [3] 3/17 10/25 11/5
president [15] 3/16

53/10
pressed [1] 16/9
pretty [1] 22/25
prevent [5] 34/7 34/14 34/16 34/19 34/21
prevented [1] 48/23
principal [3] 30/8 30/9 41/7
principle [2] 41/8 42/18
probable [2] 9/25 17/20
probably [2] 5/17 47/10
probation [1] 58/12
proceed [1] 22/6
proceeding [23] 4/9 5/5 5/11 5/23 6/7 11/7 24/18 25/7 28/23 31/3 31/25 32/8 33/1 33/19 34/16 42/15 47/5 47/6 48/12 48/13 48/15 55/24 57/24
proceedings [3] 2/1 23/21 59/14
process [6] 24/3 24/4 24/11 31/9 49/19 54/12
proclaim [1] 34/6
procure [2] 22/7 43/6 57/21
procuring [1] 22/13
proof [2] 17/23 38/4
property [4] 14/5 38/19 38/22 39/3
proposed [1] 11/12
prosecuted [1] 24/14
prosecution [2] 24/15 24/21
prosecutor [1] 28/22
prosecutorial [1] 35/5
prosecutors [1] 24/24 25/2
Protection [1] 21/4
protest [15] 21/6 21/7 28/19 28/23 30/24 32/7 34/25 35/3 42/20 42/21 43/15 44/14 50/20 50/24 56/11
protested [2] 3/3 8/6
protesters [3] 28/10 32/20 33/1
protesting [5] 8/7 8/8 18/19 51/3 56/7
protests [4] 44/8 48/19 48/20 56/9
proud [5] 9/10 9/19 10/10 19/25 34/6
prove [1] 38/9
proved [1] 56/21
proven [1] 57/20
proverbial [1] 13/22
proves [1] 41/1
provides [1] 50/17
puffing [1] 27/13
pull [3] 16/6 27/23 45/10
pulled [1] 16/23

pulling [4] 6/17 19/8 27/9 27/15
punishment [1] 41/17
purpose [11] 11/14 11/25 12/4 12/6 12/10 12/12 12/14 12/20 34/13 34/17 57/6
purposes [1] 18/5
pushed [3] 8/25 9/7 53/11
pushing [1] 3/19 4/6
put [1] 46/11
putting [1] 42/1

Q

quasi [2] 42/16 48/12
quasi-adjudicated [1] 42/16
question [18] 6/25 7/18 22/2 26/22 33/6 33/9 33/10 34/23 40/25 42/7 44/11 49/9 53/20 53/24 56/1 56/1 57/12 59/1
questions [2] 12/5 33/7
quick [1] 59/1
quickly [1] 47/14
quiet [1] 17/1
quote [5] 8/4 23/11 24/11 39/11 39/12

R

racks [2] 13/11 54/4
rallies [2] 3/2 3/10
rally [2] 13/20 50/20
random [2] 7/23 30/21
rare [1] 39/15
rather [5] 14/2 22/13 26/15 45/23 55/22
rational [2] 33/18 33/22
rea [1] 31/22
reach [2] 21/5 25/13
reaches [1] 27/7
ready [2] 53/4 53/7
realized [1] 19/22
really [8] 5/15 15/7 21/13 40/9 41/10 43/4 43/17 50/10
reason [5] 14/24 34/14 34/15 38/12 57/8
reasonable [8] 26/14 30/2 30/20 32/24 38/4 43/14 47/17 56/21
reasons [3] 13/24 20/23
rebut [1] 44/4
recall [1] 32/21
recess [1] 49/6
recesses [1] 49/19
recognizance [1] 58/11
recommencing [2] 34/14 34/17
record [4] 2/7 6/6 32/9 48/17
red [1] 13/22
reelection [2] 23/3 23/13
refer [2] 27/6 55/16
referred [2] 54/15 54/16

**R**

referring [4]  45/23 51/1
52/21 56/10
reflecting [1]  7/12
regarding [1]  30/24
reiterates [1]  19/16
reiterating [1]  7/15
rejected [2]  21/10
55/21
relatively [1]  53/22
relevance [2]  49/24
50/11
relevant [2]  17/2 30/25
relies [1]  40/10
rely [1]  11/13
remain [2]  58/10 58/12
remained [3]  12/24
13/14 54/6
remaining [2]  4/10
53/23
remarkably [1]  21/18
removing [1]  51/19
REPORTED [1]  1/20
Reporter [2]  1/20
59/19
reps [1]  3/3
required [1]  11/10
resorted [1]  11/24
respect [3]  6/9 7/18
11/14
responded [1]  2/19
responsible [1]  31/11
rest [1]  15/8
restricted [17]  3/23
4/10 4/11 4/18 4/23
5/4 9/8 12/25 13/3
13/4 53/23 53/25 54/1
54/3 54/3 54/6 54/8
restrictions [1]  49/17
results [7]  3/10 8/3
11/22 12/2 44/10
44/12 44/14
retreat [4]  3/7 10/7
17/22 52/2
return [3]  31/14 44/12
58/25
reverse [1]  57/25
reversed [1]  21/16
reviewed [1]  2/19
reviews [1]  46/10
right [42]  2/17 6/21 7/5
8/4 8/13 8/19 8/19
10/11 12/21 14/6 14/9
14/16 14/21 15/3
16/16 16/17 16/22
17/1 19/5 22/22 25/25
26/19 27/1 28/17
29/16 30/23 31/20
34/11 36/2 37/11 39/6
41/19 41/25 42/10
43/11 44/4 45/13
45/17 46/25 51/22
53/12 56/16
rioter [3]  6/18 6/19
51/19
rioters [5]  5/9 5/12 6/2
7/13 8/23
risks [1]  43/17
RMR [2]  1/20 59/18

rode [1]  51/6
rope [1]  13/21
Rosemond [2]  29/8
29/11
rotunda [9]  7/6 10/2
10/12 14/11 14/12
15/11 44/23 48/8
49/25
rowdy [1]  28/9
ruling [1]  46/16
running [1]  39/16
rushed [1]  52/18

**S**

safe [1]  48/24
safety [3]  9/3 14/8
14/14
said [21]  6/10 6/10
8/18 9/17 13/2 18/12
19/20 27/3 27/8 28/24
32/21 33/4 36/1 37/21
42/19 44/15 44/19
46/14 47/16 53/18
54/22
same [5]  23/20 37/17
38/2 55/3 55/3
SANDRA [11]  1/5 2/5
2/13 3/5 3/8 3/23 6/8
9/5 15/2 15/6 17/16
Sandy [1]  36/1
Santiago [2]  1/11 2/9
Sarah [2]  1/11 2/9
saw [26]  2/17 6/13
6/17 6/24 7/4 7/9 7/9
7/15 7/16 8/24 9/17
10/10 15/18 16/21
18/13 18/21 19/14
19/16 19/17 20/12
20/16 31/8 33/23 47/2
48/22 49/11
say [19]  8/20 10/3
10/12 16/22 17/2
17/25 19/11 25/16
27/21 30/12 30/15
31/6 37/8 38/5 38/11
44/16 44/22 47/7
58/22
saying [24]  8/13 8/14
19/9 22/23 23/3 28/15
29/1 29/19 30/5 37/9
37/20 40/12 40/18
41/10 43/9 46/22 48/1
50/25 51/14 51/17
51/23 51/24 52/8
53/14
says [38]  6/21 7/4 7/13
8/4 15/18 18/17 19/12
19/12 19/18 22/8 26/4
26/25 32/20 33/8
33/10 36/25 37/1 37/1
37/10 38/2 40/8 41/14
44/23 47/2 48/6 48/25
51/20 51/25 52/1 52/2
52/3 52/11 52/18
52/22 52/25 53/6 57/5
57/8
scenes [1]  29/18
scope [3]  6/14 21/19
55/19

second [6]  14/13 16/6
18/16 37/19 37/19
46/12
seconds [1]  44/16
Secret [1]  13/7
Section [1]  20/24
secure [1]  23/6
see [13]  6/15 11/8 17/2
18/7 18/25 19/2 19/4
19/13 19/18 26/25
35/24 46/21 57/7
seek [1]  10/18
seeking [2]  23/12
52/14
seem [1]  57/8
seems [1]  12/13
seen [9]  4/6 4/25 27/5
27/12 33/18 33/22
36/8 45/6 59/6
segment [2]  46/9 46/10
Senate [13]  5/6 6/5
14/14 32/4 32/20
32/22 33/5 33/9 33/16
34/4 34/16 53/15
53/16
senator [2]  25/23
51/15
senators [2]  3/3 14/13
sense [1]  21/14
sentence [1]  58/19
sentenced [1]  29/15
sentencing [7]  30/4
32/15 55/22 58/3
58/12 58/17 59/2
separated [3]  37/4
44/21 52/15
September [2]  58/3
58/5
September 14 [2]  58/3
58/5
series [3]  7/11 7/12
19/17
Service [1]  13/7
session [8]  5/6 5/6 5/7
51/6 14/6 16/5 34/9
55/4
set [1]  59/2
several [2]  20/22 46/3
she [298]  3/10 3/13
3/13 3/14 3/19 3/21
3/22 3/23 3/24 4/6 6/9
6/10 6/10 6/12 6/21
6/24 6/25 7/4 7/4 7/6
7/9 7/11 7/11 7/13
7/15 7/19 8/3 8/4 8/5
8/7 8/7 8/8 8/9 8/13
8/15 8/18 8/18 8/19
8/21 8/24 9/7 9/7 9/9
9/10 9/10 9/11 9/12
9/12 9/13 9/13 9/15
9/17 9/18 9/20 9/21
10/1 10/4 10/5 10/5
10/11 10/12 10/18
11/20 11/22 11/23
12/11 12/19 12/24
13/12 13/13 13/14
13/15 13/18 13/18
13/18 13/23 13/23

15/11 15/13 15/15
15/15 15/16 15/17
15/18 16/3 16/5 16/7
16/9 16/17 16/18
16/19 16/19 16/22
16/23 16/25 17/7
17/18 17/21 18/3 18/4
18/7 18/9 18/10 18/11
18/11 18/12 18/12
18/13 18/15 18/15
18/17 18/23 18/24
19/7 19/11 19/12
19/12 19/12 19/14
19/15 19/16 19/16
19/17 19/17 19/17
19/18 19/20 19/20
19/23 19/25 20/1 20/3
20/4 20/5 20/10 20/12
20/12 20/13 20/13
20/14 20/17 20/17
22/7 23/14 26/2 26/2
26/4 26/7 26/18 26/24
26/24 27/2 27/7 27/9
29/2 29/12 29/23 30/6
31/18 32/12 32/19
32/19 32/20 32/21
33/4 33/8 33/8 33/10
33/13 33/21 34/2 34/3
34/3 36/22 36/25
36/25 37/1 37/1 37/2
37/3 37/6 37/7 37/9
37/10 37/10 37/18
37/19 37/19 38/8 38/8
38/9 38/9 38/12 40/8
40/8 40/18 40/22
40/23 44/8 44/8 44/9
44/13 44/21 44/21
44/22 44/22 44/23
44/24 45/1 45/8 45/13
46/3 46/22 46/23
46/25 47/1 47/2 47/23
47/24 47/24 47/25
46/6 48/6 48/7 48/25
48/25 50/20 50/21
50/22 50/24 51/3 51/6
51/9 51/16 51/22
51/25 52/1 52/2 52/3
52/5 52/10 52/11
52/14 52/18 52/21
52/22 52/25 53/6
53/17 53/18 53/18
53/18 53/24 54/2 54/3
54/5 54/13 54/15
54/15 54/16 54/16
54/23 54/24 54/4 54/5
55/10 55/11 55/13
56/1 56/3 56/5 56/5
56/7 56/7 56/8 56/9
56/11 56/12 56/13
56/17 56/18 56/18
56/21 56/24 56/25
57/5 57/5 57/8 57/10
57/14 57/15 57/15
57/20 57/23 57/23
she's [62]  7/2 7/2 7/6
7/13 7/22 7/25 8/1
8/12 8/14 11/16 13/20
13/21 15/17 17/1 17/6

19/8 19/9 19/15 23/12
19/8 19/9 19/15 23/12
26/1 26/19 26/23 28/8
28/16 29/3 29/4 29/19
29/20 33/17 34/5 34/6
36/8 36/19 36/19 37/3
37/5 37/6 37/14 37/15
37/16 37/20 38/9
38/12 40/17 44/13
45/1 47/1 48/1 51/14
51/17 51/18 51/18
51/20 52/7 52/12
52/16 53/14 57/9
sheds [1]  33/12
sheer [3]  14/24 15/5
45/5
Sheets [3]  1/11 2/9
22/2
shelter [1]  6/5
shields [3]  7/14 7/16
19/19
shit [1]  51/18
shoehorn [1]  42/6
short [2]  2/18 45/11
should [6]  6/22 13/16
18/12 20/23 21/12
40/19 43/2 53/2 59/4
shouldn't [4]  24/14
24/20 27/21 43/24
shouting [6]  6/15 13/17
29/1 42/23 42/23 43/1
show [5]  14/19 23/22
27/14 30/14 31/10
showing [3]  23/1 26/3
31/15
shown [2]  46/19 49/13
shows [7]  6/6 14/6
17/3 17/4 17/4 26/4
27/16
shredding [1]  47/10
shuffled [1]  9/6
side [3]  29/17 42/23
57/13
sign [1]  13/21
signs [11]  3/11 7/21
7/22 7/25 8/6 11/21
15/15 17/25 44/9
44/13 47/22
similarly [1]  36/12
simply [2]  31/23 56/8
since [5]  21/2 54/15
54/16 54/19 57/14
sincerely [6]  23/11
23/14 24/7 47/8 47/11
47/12
single [3]  9/10 41/2
47/18
sitting [2]  38/18 38/24
situation [1]  30/19
six [1]  54/20
slogan [4]  39/15 39/19
39/23 39/25
Smith [7]  1/15 1/15
2/12 20/21 22/3 45/17
58/7
snippets [1]  18/22
so [98]  2/19 3/24 4/2
4/17 5/2 5/14 11/18
12/23 13/1 13/15

so... [88] 13/23 14/18
14/18 15/21 15/25
16/3 16/5 16/7 16/19
18/22 19/22 19/23
20/2 20/20 21/23 23/2
23/16 23/25 24/15
25/1 25/16 26/1 26/7
26/7 26/20 27/7 27/12
28/18 28/22 29/7 29/7
30/3 30/23 31/1 31/6
32/19 33/12 34/2 34/4
34/10 34/14 34/18
35/16 35/16 35/21
35/24 36/4 36/13
37/23 38/10 39/10
41/5 42/5 42/13 43/23
44/6 45/22 45/23
46/17 46/20 49/4 49/8
49/15 50/13 50/20
51/6 53/13 53/20
53/20 53/21 54/5 54/6
54/25 54/25 55/5 55/6
55/13 55/13 55/23
56/3 56/4 56/5 56/11
57/12 57/17 58/1 58/2
58/9
social [1] 50/18
some [26] 4/15 8/16
14/25 18/3 21/20
22/14 22/25 28/21
30/21 31/23 32/6 35/1
35/7 35/11 36/14
36/17 38/15 40/11
42/1 44/18 49/22
49/24 50/11 50/18
55/20 56/10
someone [15] 6/17 9/6
20/5 22/17 24/3 24/10
26/15 27/17 27/18
27/20 32/25 33/13
34/19 34/23 56/8
something [6] 16/8
27/5 28/8 30/13 43/19
47/15
somewhere [1] 18/8
soon [5] 16/25 36/25
37/2 37/7 48/25
sophisticated [1] 56/7
sorry [2] 45/16 56/4
sort [6] 21/20 22/14
23/18 31/23 41/6 41/9
speak [9] 18/8 20/5
25/23 26/1 26/15
26/17 26/25 53/19
58/19
speaking [2] 51/13
57/1
speaks [1] 53/13
specific [12] 14/25
18/22 29/9 30/9 30/14
32/7 35/24 36/8 39/7
39/21 39/25 42/9
specifically [8] 7/18
13/12 14/11 14/20
17/23 19/23 44/18
56/9
specifics [1] 49/18
spoke [1] 13/7

sprayed [1] 50/3
stand [6] 13/6 21/22
25/24 37/21 46/11
53/1
standard [7] 29/8
29/23 35/14 35/19
35/20 43/14 47/17
standing [4] 3/22 13/22
29/16 29/19
stands [2] 16/1 43/16
start [1] 20/24
starts [3] 36/25 37/6
37/9
state [6] 25/23 30/25
31/8 31/9 33/12 52/23
stated [3] 13/24 49/10
49/24
statement [10] 27/8
28/12 28/14 31/15
32/9 32/24 38/17 39/1
47/19 53/13
statements [18] 10/11
11/21 13/16 17/18
17/21 17/22 17/24
19/11 20/15 27/14
27/25 27/25 28/7
30/25 45/7 46/22
46/25 50/18
states [7] 1/1 1/2 1/9
1/12 2/5 2/10 31/11
statute [6] 20/25 21/2
21/17 38/21 41/20
55/19
statutes [2] 42/2 42/6
stay [1] 28/1
steal [2] 8/15 51/23
step [1] 9/10
steps [12] 4/5 16/20
16/21 18/8 18/9 18/15
18/17 26/1 51/23
52/25 53/7 57/2
sticking [1] 42/21
still [7] 10/18 24/3
33/25 34/16 45/1
49/22 52/2
stipulated [5] 4/18 4/22
5/24 13/3 16/1
stipulation [1] 4/25
stipulations [4] 13/5
49/16 49/20 50/10
stolen [3] 23/11 24/12
32/6
stood [5] 19/21 19/23
45/8 46/23 50/7
stop [15] 3/16 6/3 7/19
8/9 8/15 9/11 20/11
20/13 20/17 33/14
33/14 34/25 51/23
56/22 57/10
stopping [2] 6/7 20/22
storm [2] 39/19 42/3
stormed [3] 52/11 53/9
57/5
storming [2] 39/11
51/20
straightforward [1]
53/22
Street [1] 1/12

strictly [2] 43/13 43/16
striking [1] 7/1
strong [1] 15/7
stronger [2] 12/13 14/1
strung [1] 43/2
submit [5] 10/1 12/4
12/20 58/16 59/6
submitted [1] 2/18
substance [1] 40/11
substantial [1] 13/11
successfully [1] 34/1
such [1] 19/7
sufficient [4] 30/13
31/22 43/10 56/4
sufficiently [2] 34/5
49/13
suggesting [2] 23/8
24/8
Suite [2] 1/13 1/17
support [1] 58/18
supported [2] 20/9
20/10
supposed [3] 3/4 8/5
13/18
sure [7] 25/10 32/16
34/6 35/18 36/6 36/12
42/12
suspended [1] 34/9
sussing [1] 24/3
synonymized [1] 28/23
system [5] 12/3 23/20
24/25 25/3 25/4

T

tactical [2] 15/1 52/9
take [15] 6/11 8/21
14/17 26/5 26/8 40/14
46/20 46/22 46/25
49/4 51/24 52/22
53/10 57/8 58/4
taken [3] 7/16 29/9
49/6
takes [1] 51/7
taking [2] 41/13 43/9
talk [4] 4/17 25/15
30/23 58/13
talking [8] 8/7 11/9
15/17 16/12 28/16
29/3 29/4 36/7 36/14
talks [1] 56/18
tammy [1] 1/20 1/22
59/18 59/18 59/20
tear [3] 3/6 6/22
13/16 13/17 13/18
18/12 19/10 19/11
51/17 51/18 52/1 53/6
tearing [2] 4/1 16/10
tears [1] 16/19
tell [2] 39/6 48/3
ten [7] 6/7 34/9 34/20
34/21 44/15 49/4
52/17
terribly [1] 22/5
testified [3] 4/19 31/13
50/12
testimony [6] 6/1 8/1
13/4 14/23 18/6 18/6
text [5] 18/7 25/24
26/21 47/19 51/11

than [14] 12/13 14/2
15/4 19/12 22/13
26/16 28/13 28/15
32/14 34/2 36/5
40/12 55/10 55/22
Thank [6] 2/19 44/2
44/3 58/8 58/24 59/8
Thanks [1] 20/20 49/4
58/9
that [441] 3/7 3/13
3/15 4/2 4/6 4/15 4/18
4/23 4/23 4/25 5/1 5/2
5/3 5/5 5/7 5/7 5/9
5/10 5/11 5/23 5/24
5/25 6/4 6/9 6/12 6/14
6/19 6/25 7/3 7/8 7/19
7/20 7/21 8/2 8/2 8/4
8/4 8/11 8/16 8/24 9/2
9/2 9/4 9/4 9/7 9/7 9/9
9/14 9/15 9/16 9/16
9/19 9/19 9/19 9/20
10/1 10/2 10/4 10/5
10/8 10/9 10/10 10/14
11/1 11/12 11/12
11/15 11/18 11/20
11/21 12/4 12/5 12/6
12/12 12/13 12/18
12/24 13/4 13/5 13/5
13/7 13/10 13/13
13/15 13/22 14/1 14/7
14/7 14/8 14/9 14/12
14/12 14/19 14/19
14/24 14/23
14/24 15/2 15/3 15/3
15/5 15/9 15/20 15/21
15/23 16/6 16/8 16/9
17/3 17/6 17/8 17/15
17/17 17/18 17/19
17/20 17/21 17/21
17/25 18/1 18/3 18/7
18/10 18/16 18/17
18/18 18/22 19/1 19/2
19/3 19/7 19/11 19/12
19/14 19/14 19/16
19/16 19/22 19/23
19/24 19/25 20/1 20/5
20/8 20/10 20/11
20/12 20/15 20/18
21/3 21/9 21/17 21/20
21/21 21/24 22/3
22/12 22/14 22/19
22/23 22/23 23/1 23/2
23/4 23/4 23/5 23/6
23/6 23/9 23/9 23/11
23/12 23/13 23/14
23/16 23/18 23/19
23/20 23/22 23/23
24/2 24/7 24/10 24/11
24/17 24/21 24/24
25/2 25/3 25/6 25/7
25/9 25/13 25/13
25/15 25/17 25/18
25/21 26/1 26/2 26/3
26/4 26/5 27/2 27/5
27/6 27/22 27/24 28/1
28/1 28/2 28/3 28/4
28/15 28/22 28/24
29/10 29/10 29/12

69/23 29/18 29/23
29/25 30/2 30/10
30/10 30/14 30/16
30/17 31/3 31/8 31/10
31/10 31/13 31/18
31/18 31/18 31/22
31/22 31/23 31/25
32/3 32/4 32/7 32/9
32/10 32/20 32/24
33/6 33/7 33/8 33/12
33/19 33/21 33/25
33/25 34/1 34/8 34/10
34/21 35/5 35/11
35/13 35/13 35/14
35/18 35/19 35/21
36/8 36/12 36/15
36/17 36/22 36/25
37/1 37/10 37/10
37/12 37/14 37/21
37/21 38/10 38/11
38/13 38/14 38/21
39/1 39/4 39/13 39/13
39/15 39/20 39/22
40/3 40/10 40/12
40/19 40/22 40/25
41/1 41/1 41/1 41/3
41/3 41/6 41/8 41/14
41/15 41/22 42/2 42/5
42/6 42/14 42/17
42/19 43/12 43/18
43/24 44/8 44/12
44/15 44/19 44/20
45/5 45/6 45/6 45/7
45/8 45/11 45/12
45/12 45/23 45/24
45/25 46/3 46/5 46/5
46/6 46/9 46/9 46/10
46/16 46/17 46/18
46/18 46/18 46/21
46/22 46/23 46/23
46/25 47/5 47/6 47/7
47/8 47/10 47/11
47/12 47/13 47/15
47/16 47/17 47/18
47/23 48/2 48/3 48/6
48/10 48/14 48/18
48/22 48/22 48/23
48/24 49/3 49/10
49/10 49/11 49/12
49/16 49/23 49/24
49/25 50/2 50/4 50/4
50/5 50/7 50/11 50/11
50/15 50/17 50/21
50/22 51/3 51/3 51/4
52/4 52/21 53/13
53/16 53/18 53/21
53/21 53/24 54/2 54/3
54/5 54/6 54/11 54/16
54/16 54/24 55/8
55/12 55/23 56/2 56/5
56/5 56/5 56/7 56/12
56/16 56/17 56/17
56/17 56/19 56/21
57/2 57/7 57/14 57/20
57/20 57/24 57/25
57/25 58/15 58/20
59/3 59/13
that's [53] 5/24 6/7 8/8
8/8 8/9 8/13 11/6 12/3

**T**

that's... [45]  12/3 13/9
14/15 15/7 16/12
16/15 17/10 18/19 19/6
20/18 22/23 23/20
26/18 27/2 27/5 27/21
30/13 30/19 30/21
30/22 31/21 36/22
37/17 38/2 39/3 39/21
39/25 40/9 40/14
41/6 41/16 41/18
41/24 42/9 42/24 43/2
43/8 43/11 44/24
45/15 45/25 46/9
56/17 57/10 59/7
their [12]  6/6 7/14 9/5
11/5 14/5 14/14 19/19
24/19 27/19 45/20
50/8 58/4
them [24]  4/2 7/4 7/9
7/9 7/15 11/11 16/23
16/23 19/19 24/21
25/7 27/19 27/20
30/17 30/18 33/11
38/25 43/21 45/5
47/10 49/21 53/12
56/18 56/22
themselves [3]  14/5
19/1 53/25
then [28]  4/5 17/1 17/9
18/17 28/10 30/23
31/4 32/11 33/10
33/21 35/4 37/12 38/2
38/18 40/13 41/9
41/23 42/18 43/6
45/24 45/25 51/6
51/13 51/22 52/17
53/6 57/12 58/16
theories [2]  38/5 41/6
theory [4]  25/25 34/12
44/19 48/9
there [72]  4/17 5/5
6/21 9/24 13/2 13/10
13/11 13/13 13/19
13/21 14/1 18/24
19/21 19/22 20/22
21/25 24/4 24/23
25/24 26/5 26/7 26/19
28/21 29/7 29/13
29/19 29/21 31/17
31/17 32/5 32/6 32/7
32/10 32/20 32/23
33/6 33/8 33/10 33/11
33/14 33/17 33/18
33/23 34/20 35/1 35/2
35/3 35/7 35/11 36/4
36/5 37/23 38/14
40/17 42/17 43/19
44/6 45/9 46/1 46/3
46/24 48/3 50/2 50/7
51/8 51/11 54/2 54/15
56/15 56/19 56/22
59/3
there's [48]  4/8 6/24
7/19 13/21 16/20 18/3
23/24 24/2 24/17
24/23 26/3 26/17 27/8
27/9 28/16 28/24 30/7
30/8 30/11 31/1 31/23

35/1 35/6 35/25 38/7
38/21 38/22 38/22
38/22 40/11 42/5
45/11 45/24 46/5 46/8
48/10 49/8 51/13
53/13 53/24 54/5
55/23 57/8 57/17
Therefore [1]  23/12
these [31]  3/5 3/18
4/14 6/4 7/8 7/12 7/22
7/25 8/22 12/19 12/24
13/16 15/14 16/17
18/12 18/13 21/17
21/22 28/4 30/15
39/14 39/19 40/10
41/6 41/7 42/1 42/10
43/1 46/8 50/14 55/20
they [66]  5/17 9/16
9/17 9/18 9/22 10/9
10/9 11/13 11/23
15/18 15/19 15/19
18/5 19/19 19/22
19/22 20/16 20/16
21/20 21/20 22/12
24/14 24/14 24/15
24/17 24/20 24/20
25/5 28/13 28/14
28/15 30/17 32/22
33/9 33/10 33/23
33/25 34/1 34/5 37/13
38/6 38/8 42/7 42/8
43/2 43/24 47/2 47/3
47/5 47/8 47/9 47/11
47/11 47/12 47/12
48/14 49/1 49/2 49/20
52/21 52/25 53/1
53/16 53/25 56/19
58/13
They're [1]  7/5
thing [4]  31/24 34/25
35/12 46/15
things [8]  4/15 15/2
16/18 21/9 29/2 45/2
48/3 49/11
think [55]  8/7 9/22 10/3
10/4 14/19 14/22
15/23 16/9 18/21 19/5
21/12 21/18 24/20
24/23 25/5 25/8 25/12
25/13 27/3 28/12
28/24 29/5 31/1 31/17
36/11 36/24 37/7
37/21 37/23 38/7
38/10 38/14 40/8
40/19 41/9 43/4 44/15
44/19 46/14 46/16
46/17 47/9 48/14
49/10 49/22 50/10
53/2 53/21 55/18
55/22 56/2 56/4 56/16
56/20 57/13
thinking [5]  17/16
24/25 27/4 47/5 47/5
thinks [1]  38/9
third [8]  6/20 13/15
15/20 19/1 19/4 19/7
22/24 48/8
this [79]  3/4 3/18 3/25

6/23 8/6 9/20 10/1
10/12 11/12 11/13
11/16 12/18 12/20
13/9 15/13 17/10 19/5
19/6 21/1 21/2 21/3
21/11 21/13 21/22
22/17 22/18 23/3 23/8
23/17 23/17 24/8 26/8
26/25 29/14 29/20
29/22 30/3 30/5 31/2
32/7 32/14 32/21
34/19 35/12 36/7
36/11 36/15 38/11
40/21 41/15 41/17
44/7 44/23 44/24 45/4
45/12 45/14 45/18
46/13 47/15 48/6
48/17 48/19 50/16
50/22 50/22 51/1
51/25 52/11 51/24
53/2 57/10 57/23
58/25
those [201]  2/19 3/22
7/20 8/25 10/7 11/5
11/23 13/23 15/15
17/25 18/10 20/6
20/15 27/13 28/7
29/17 44/13 44/13
44/17 47/1 47/22 48/4
50/10 52/9 53/20 56/4
59/6
though [1]  56/15
thought [3]  23/25
28/12 32/5
thousands [1]  42/3
three [3]  4/3 26/20
51/7
threshold [1]  37/7
thrilled [1]  22/5
through [23]  3/24 4/1
4/3 7/7 7/15 8/25 9/7
11/17 12/23 15/9
18/16 31/13 37/2 37/8
37/10 48/21 49/23
51/25 52/2 52/3 52/19
53/10 57/16
throughout [2]  19/3
42/9
thwarted [1]  12/1
time [21]  3/4 3/21 3/25
8/6 8/20 18/23 19/13
26/11 32/13 33/17
37/12 37/20 40/12
50/2 51/13 52/23 53/2
53/3 53/8 57/8 57/9
timeline [3]  15/24
18/22 44/18
times [3]  4/3 7/23
43/22
timing [2]  18/21 49/19
Title [1]  40/10
today [1]  2/4
tone [2]  9/19 20/15
too [7]  19/1 19/22
39/23 41/1 45/9 46/24
57/9
took [6]  7/14 13/6
16/25 19/19 46/3

top [2]  38/19 38/24
torn [1]  6/22
tossed [2]  39/22 39/25
toward [2]  51/14 57/2
towards [5]  8/10 25/22
26/11 26/12 26/23
Townsend [1]  1/16
transcription [1]  59/14
transforming [1]  38/24
trashed [3]  7/14 19/19
52/19
treat [1]  40/19
trespass [1]  38/22
trial [6]  1/8 2/4 45/24
46/13 47/9 59/9
true [1]  37/9
Trump [7]  8/13 8/14
22/8 22/9 53/4 57/21
57/22
Trump's [2]  3/17 10/24
trying [13]  3/8 3/25
10/18 11/18 11/20
12/11 12/19 18/14
22/6 27/23 34/19 42/3
52/3
tunnel [3]  29/17 29/21
29/24
turning [1]  17/13
tweet [1]  47/19
twice [1]  19/20
two [10]  3/11 9/1 21/16
26/18 31/1 33/7 38/5
50/5 51/7 55/21
type [1]  38/20
typical [3]  28/25 36/16
36/16

**U**

U.S [3]  3/6 3/21 48/23
under [15]  12/3 22/9
22/9 22/11 22/14
25/25 29/11 29/22
32/13 37/8 40/17 43/6
47/6 57/17 57/22
underground [9]  9/17
9/18 10/9 15/18 15/19
47/2 49/1 49/2 52/22
understand [4]  23/9
24/9 25/8 58/20
understanding [3]  23/5
23/16 46/7
understands [1]  23/18
understood [1]  46/22
undisputed [2]  49/11
49/21
Undoubtedly [1]  31/19
unfair [3]  23/23 23/24
47/6
UNITED [6]  1/1 1/2 1/9
1/12 2/4 2/9
unjust [1]  24/15
unlawful [34]  4/1 10/19
11/1 11/3 11/4 11/10
11/13 11/14 11/14
11/24 11/25 12/4 12/9
12/10 12/10 12/11
12/18 12/19 12/20
22/13 22/13 22/15
22/24 23/4 23/7 23/14

57/14 57/17 57/23
57/25 58/1
unlawfulness [1]  23/2
unlike [2]  36/16 50/14
until [4]  5/10 5/12
20/13 58/12
up [27]  3/11 6/19 7/22
8/6 16/6 16/21 18/13
19/6 19/8 27/6 27/13
27/17 27/18 27/20
35/5 37/18 37/19 41/5
43/2 44/8 45/10 46/21
51/19 52/25 53/3
53/12 57/1
upon [3]  4/16 7/12
9/15
upstairs [2]  15/16
36/21
us [8]  5/2 19/21 19/22
45/9 46/24 52/8 53/11
53/25
USAfx [1]  59/7
used [2]  21/20 22/15
using [2]  39/23 57/14
usually [2]  28/15 36/18

**V**

vaguely [1]  38/24
vagueness [1]  39/4
vaguer [1]  56/10
value [1]  26/5
van [4]  51/6 51/9 51/9
56/14
vast [1]  50/17
verdict [1]  49/5
versus [1]  2/5
very [19]  5/23 10/5
11/20 12/18 12/18
14/6 18/11 21/1 21/12
22/3 36/24 37/23 44/3
44/12 45/11 45/11
46/5 48/4 53/9
via [2]  58/1 59/6
vice [3]  13/5 13/7 54/1
vicinity [1]  50/4
Victim [1]  21/3
Victoria [2]  1/11 2/8
video [19]  6/21 7/5
13/15 14/6 19/1 19/4
19/8 19/13 26/3 26/4
26/22 26/24 27/14
45/14 46/3 46/11 51/9
51/13 51/20
videos [6]  7/12 7/16
13/15 46/3 47/1 59/6
videotaping [1]  50/17
view [1]  19/7
violence [8]  6/24 7/1
7/8 8/23 18/11 19/14
19/16 35/17
violent [3]  29/3 29/13
29/18
violently [2]  4/6 57/10
virtually [2]  36/18 56/2
virtue [1]  54/23
visiting [2]  13/5 54/2
voice [1]  19/7
vote [19]  11/6 31/16
32/1 32/10 33/2 33/14

**V**

vote... [13] 33/19 33/23
34/8 34/14 34/15
34/19 34/21 54/13
54/19 55/25 55/25
56/11 57/24
voted [1] 12/2
votes [3] 5/7 8/2 31/11

**W**

Wait [1] 33/8
waited [2] 3/1 3/1
walk [2] 37/25 38/1
walked [2] 25/22 32/4
Walker [6] 10/15 22/16
22/22 22/25 42/14
43/9
Walker's [8] 11/8
21/12 21/23 22/10
22/11 23/16 25/18
57/19
walking [8] 12/23 17/9
26/12 26/23 36/25
37/8 37/13 51/14
walks [5] 32/12 37/2
37/10 37/18 37/19
wanders [1] 52/14
want [11] 4/15 39/6
39/11 44/4 45/10 56/5
58/4 58/12 58/13 59/2
59/6
wanted [12] 8/9 10/4
10/5 11/5 11/5 11/22
20/10 30/14 43/22
44/9 50/22 56/11
wanting [1] 34/24
wants [2] 23/19 29/2
was [151] 3/8 3/22
4/17 4/18 4/18 4/22
5/5 5/7 5/8 5/11 5/25
5/25 6/1 6/3 6/12 6/20
8/3 8/7 8/7 8/8 8/16
8/19 9/1 9/5 9/6 9/6
9/9 9/10 9/11 9/16
9/17 9/18 10/6 10/10
10/15 10/18 10/23
10/24 11/25 12/11
12/19 13/2 13/4 13/5
13/9 14/16 14/24
14/24 15/4 15/6 15/8
15/10 15/11 15/15
15/18 16/9 17/16
17/17 18/4 18/7 18/9
18/10 18/11 18/11
18/24 19/13 19/21
19/23 19/24 19/25
20/4 20/11 20/14
20/16 21/2 21/16
23/11 24/11 24/21
24/21 25/24 26/8
27/12 29/16 30/2 30/3
30/5 30/16 31/3 31/18
31/18 32/5 32/6 32/6
32/7 32/10 33/6 33/21
33/23 33/25 34/13
34/17 36/7 36/14
37/21 39/2 39/13 40/4
40/14 40/16 41/6
41/10 44/14 45/6 46/1

47/12 47/18 49/1 49/6
49/10 49/22 50/4
50/13 50/16 50/20
50/22 51/3 51/9 52/15
53/3 53/7 53/8 53/9
53/12 54/1 54/2 54/2
54/24 55/4 56/7 56/7
56/9 56/11 56/14
56/17 56/21 57/3
Washington [8] 1/4
1/13 1/21 26/18 27/2
56/13 56/22 59/20
Washington, [2] 25/21
26/12
Washington, D.C [2]
25/21 26/12
wasn't [11] 9/7 13/18
20/11 27/13 31/22
45/25 46/19 47/24
47/24 47/24 48/15
waste [1] 18/23
way [18] 4/15 7/2 8/11
8/25 11/6 13/10 15/3
18/2 20/14 22/17
23/20 26/2 26/2 30/2
32/6 41/3 41/17 46/14
ways [1] 31/1
we [171] 2/3 2/20 3/1
3/1 3/2 3/2 3/3 3/3 3/4
3/18 4/14 4/17 4/17
4/19 4/21 4/23 4/25
5/5 5/7 5/11 6/9 6/10
6/22 7/15 7/16 7/21
7/22 8/1 8/2 8/5 8/5
8/6 8/22 8/24 8/25 9/4
10/1 10/12 10/16 11/9
11/15 12/3 12/10
12/15 12/17 12/20
13/2 13/2 13/4 13/6
13/10 13/12 13/13
13/16 14/3 14/5 14/7
14/11 14/17 14/20
14/22 14/23 15/5
15/14 15/23 16/12
16/20 17/10 17/14
17/15 17/16 17/17
17/17 17/19 17/21
17/22 18/6 18/9 18/10
18/12 18/16 18/21
18/22 18/22 18/25
19/2 19/4 19/6 19/13
20/4 20/5 20/18 21/11
21/23 21/24 22/6 23/3
25/16 25/17 25/20
26/11 26/12 26/14
26/20 26/20 26/21
26/22 26/24 26/25
27/1 28/4 29/19 29/20
30/10 30/19 30/21
31/6 32/11 34/8 35/12
35/24 36/8 36/14
36/17 37/9 38/11 39/4
40/19 41/10 41/13
41/22 42/9 42/13
44/11 44/19 44/23
44/25 44/25 45/2 45/3
45/3 45/6 45/10 45/11
45/15 45/24 46/20

46/25 47/7 47/18
47/19 47/22 48/6
48/18 49/2 50/25
51/14 51/23 52/10
52/11 52/22 52/25
53/1 53/2 53/9 53/11
55/11 59/4
we'll [1] 5/19
we're [6] 41/10 41/13
52/2 52/2 52/3 52/23
we've [5] 3/1 8/5 26/18
35/16 38/17
weapon [1] 14/25
weapons [1] 15/1
week [1] 29/15
well [24] 4/9 7/20 10/3
12/4 14/3 14/22 17/15
22/18 26/20 27/21
28/20 29/7 30/6 30/12
33/2 39/3 40/25 41/20
43/8 45/3 45/6 46/21
50/18 58/2
went [9] 4/24 8/10 10/9
20/13 36/23 49/1 56/8
56/8 56/12
were [50] 3/4 4/6 8/5
9/8 9/22 10/2 10/14
11/23 12/19 13/8
13/10 13/11 14/23
15/1 17/18 19/8 19/22
21/16 21/18 22/5
23/25 26/25 28/4
31/11 33/6 33/8 37/7
42/8 44/19 45/9 46/9
46/24 47/8 48/22
48/23 49/24 50/1 50/1
50/2 50/5 50/6 50/7
50/8 51/8 53/1 53/25
53/25 54/3 54/15
56/19
weren't [2] 11/23 42/6
west [1] 29/17
WEYER [27] 1/5 2/5
2/13 2/15 3/5 3/8 3/23
4/23 6/8 9/6 14/7
14/11 15/2 15/6 17/16
20/19 20/23 25/21
36/1 43/20 44/7 44/20
45/6 45/6 45/7 49/3
58/10
Weyer's [1] 44/7
what [57] 4/17 7/12
7/13 7/15 8/5 8/6 8/7
8/8 8/9 8/9 10/12 15/6
15/14 16/9 17/16
17/17 20/10 20/16
25/10 27/2 28/25
32/17 32/22 33/9
33/15 33/22 36/7 38/8
38/9 40/14 40/16
40/22 40/22 41/9
41/13 41/18 42/1 42/9
42/18 43/9 43/13
43/22 44/22 44/25
48/1 51/12 51/25
52/11 53/8 53/15
55/16 55/20 56/17
57/3 57/6 57/6 57/10

24/13 28/21 33/14
33/18 41/25 43/23
whatever [4] 9/11 9/13
20/17 58/11
when [36] 3/13 3/18
3/22 8/5 9/17 10/9
10/11 11/22 11/23
15/17 15/18 15/20
16/23 17/7 17/21
17/22 18/15 18/23
19/4 20/11 21/2 26/11
26/23 32/19 40/23
42/22 44/22 47/2
48/18 49/1 49/19 52/5
52/12 52/25 53/9 59/4
where [30] 8/16 13/20
14/7 14/13 14/16 19/8
19/9 25/17 26/24
26/25 28/1 29/2 29/3
29/16 29/21 30/11
32/12 33/2 33/8 37/1
39/15 40/18 44/12
44/13 47/1 47/20
50/14 51/12 53/20
56/9
where's [5] 36/20
36/20 37/9 37/20
44/24
whether [4] 20/4 24/3
42/15 49/12
which [37] 4/22 5/14
5/15 6/13 6/20 7/1
8/15 10/23 12/8 12/11
12/19 12/20 14/10
14/13 15/2 17/14
17/23 19/15 22/4
24/18 27/2 28/25 29/2
31/3 32/13 32/15
34/17 35/9 39/24 42/2
47/8 47/14 48/12
49/17 49/23 57/13
58/17
while [5] 11/9 51/17
51/19 53/14 55/4
who [30] 3/19 4/19
6/18 9/1 9/6 11/5 11/5
12/2 13/6 14/6 19/8
23/18 24/1 27/17 30/9
32/4 33/13 34/19
35/25 36/1 37/24
37/24 43/22 48/21
50/7 50/8 51/19 52/15
52/20 56/8
who's [1] 32/25
whole [6] 8/20 13/4
19/13 37/20 39/16
46/15
whom [2] 10/20 10/21
why [28] 9/21 10/17
11/20 12/9 13/9 15/3
18/9 19/6 20/7 20/23
21/11 22/7 26/18 27/2
30/23 31/21 32/21
32/25 33/1 33/13
33/13 34/3 34/18
34/20 36/22 37/13
38/8 41/4
wider [1] 6/13

38/10 45/3 46/15 49/5
54/6 54/25 55/6 55/14
58/2 58/10 58/11
58/12 58/13 58/18
58/25
willfully [5] 16/5 16/7
17/11 55/5 55/13
willing [2] 9/13 9/14
wind [1] 43/1
winner [1] 51/2
wisest [1] 36/11
wish [1] 49/21
wished [2] 51/3 51/4
witch [2] 24/21 25/5
within [1] 34/20
without [5] 12/25 21/20
22/18 24/25 41/25
witness [2] 21/3 46/10
witnesses [1] 49/22
woefully [1] 25/14
won't [1] 7/9
word [1] 3/12
words [15] 3/5 3/18
8/18 8/22 10/7 21/18
21/19 21/19 27/1
27/11 35/23 40/22
44/18 48/1 53/16
work [3] 3/13 38/5 46/8
works [1] 58/5
world [2] 23/8 25/17
would [50] 5/17 9/13
9/13 9/21 10/15 10/16
11/3 11/4 14/19 17/2
20/24 22/19 23/4 23/4
23/7 23/21 23/22
23/25 24/2 31/6 32/11
32/21 32/25 33/1
33/13 33/13 33/15
34/1 34/3 34/7 34/16
34/18 34/23 35/2
36/12 39/23 40/25
41/1 41/1 41/8 43/6
44/16 45/15 46/6 47/7
47/11 48/3 48/16 56/3
58/1
wouldn't [1] 47/10
write [1] 42/2
written [2] 42/7 42/8
wrong [2] 41/4 41/18

**Y**

year [6] 21/25 28/1
28/5 35/10 38/25
43/21
years [8] 3/14 3/17
8/12 15/16 18/1 51/10
56/14 57/22
yelled [2] 55/10 55/11
yelling [1] 52/12
yells [2] 52/6 52/10
yes [14] 5/19 11/3
12/23 15/24 16/14
24/6 37/12 37/23 39/8
44/5 46/20 48/1 58/22
58/23
yesterday [1] 53/8
York [2] 1/17 1/17
you [113] 2/15 2/19 6/1
6/4 6/14 6/15 6/17

**Y**

you... [106]  6/20 7/9
8/7 9/12 9/15 9/18
9/21 9/22 10/2 10/14
10/15 11/8 13/11
13/20 14/10 14/18
14/19 14/19 14/25
17/7 18/4 19/18 19/21
20/14 20/18 21/9 22/3
22/3 22/4 22/25 23/21
24/24 27/3 27/12
27/18 27/20 27/21
27/22 27/25 28/1
28/15 28/24 29/10
30/8 30/12 30/12
30/13 30/16 30/17
31/7 32/1 35/2 35/4
35/5 35/11 36/11
36/14 36/22 37/8
37/24 38/3 39/6 39/15
39/22 39/22 40/19
41/7 41/14 41/15
41/21 41/22 42/1
42/22 42/22 42/23
42/23 43/1 43/5 43/6
43/21 44/2 44/3 46/11
46/14 48/3 48/9 48/18
48/22 48/22 49/3
52/12 58/8 58/10
58/13 58/13 58/14
58/15 58/18 58/18
58/19 58/22 58/24
59/2 59/4 59/6 59/8
you're [3]  14/9 41/23
45/17
You've [1]  35/16
your [75]  2/8 2/22 2/24
3/6 4/8 5/19 6/13 8/20
10/7 12/8 12/17 14/1
14/4 17/15 20/18
21/11 24/6 24/23
25/12 25/16 25/25
26/9 27/4 27/18 27/21
27/24 28/12 28/14
28/18 29/4 29/7 29/8
29/14 30/1 30/16 31/1
32/11 32/21 32/24
33/7 33/12 33/21 34/2
34/15 35/24 37/12
37/23 39/1 39/8 39/10
39/10 40/2 40/13 42/1
42/17 43/5 44/5 45/14
45/16 45/19 45/22
46/7 46/20 47/4 47/23
52/23 58/6 58/10
58/13 58/14 58/14
58/15 58/16 58/23
59/1
yourself [4]  2/7 7/10
41/8 48/21