# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. **22-cr-40**
)
**Sandra Weyer** )

## NOTICE OF APPEAL

Name and address of appellant: **Sandra Weyer**
[address redacted]

Name and address of appellant's attorney: **Nick Smith**
**1123 Broadway**
**Ste 909**
**New York, NY 10010**

Offense: **Section 1512(c)(2)**

Concise statement of judgment or order, giving date, and any sentence:
**Judgment entered on 9/18/23 and sentence of 14 months' incarceration**

Name and institution where now confined, if not on bail: **N/A**

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

**9/28/23**            /s/ **Sandra Weyer**
DATE                   APPELLANT
                       /s/ **Nicholas Smith**
                       ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [✔]
PAID USCA FEE          [ ]

Does counsel wish to appear on appeal?            YES [ ]   NO [ ]
Has counsel ordered transcripts?                  YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]