UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Case No. 1:22-cr-40-JEB <br> ) |
| v. | ) <br> ) |
| SANDRA WEYER, | ) <br> ) |
| Defendant. | ) <br> ) |

**WEYER'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT HER TO ATTEND A TRIAL IN THIS COURTHOUSE**

Weyer, by counsel, moves the Court to modify her conditions of release such that she is permitted to attend the trial in *United States v. Lynn Nester*, 22-cr-183-TSC. As the Court may recall, the *Nester* case is related to Weyer's, as the defendants traveled to the district and entered the Capitol Building together. Judge Chutkan granted a similar motion filed by Nester to attend Weyer's trial and sentencing hearing. *Nester*, 22-cr-183, 9/12/23 Minute Order.

Nester's misdemeanor trial will begin October 16 and is expected to last a few days. Weyer will attend the trial only if she does not surrender to BOP first. Weyer is grateful for the Court's consideration of this request.

Dated: September 28, 2023                    Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Sandra Weyer*

1

## Certificate of Service

I hereby certify that on the 28th day of September, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system which will notify counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com