APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:22−cr−00040−JEB All Defendants

Case title: USA v. WEYER

Magistrate judge case number: 1:21−mj−00483−RMM

Date Filed: 02/02/2022

---

Assigned to: Chief Judge James E. Boasberg

**Defendant (1)**

**SANDRA S. WEYER**
*also known as*
SANDRA SUZANNE POMEROY
*also known as*
SANDY POMEROY WEYER

represented by

**Frank Sluzis**
SCARINGI & SCARINGI, P.C.
2000 Linglestown Road
Suite 106
Harrisburg, PA 17110
717−657−7770
Fax: 717−657−7797
Email: frank@scaringilaw.com
*TERMINATED: 10/26/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jonathan W. Crisp**
CRISP AND ASSOCIATES, LLC
4031 North Front Street
Harrisburg, PA 17110
(717) 412−4676
Email: jcrisp@crisplegal.com
*TERMINATED: 03/20/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nicholas D. Smith**
DAVID B. SMITH PLLC
1123 Broadway
Townsend Building
Suite 909
New York, NY 10010
(917) 902−3869
Email: nds@davidbsmithpllc.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kira Anne West**
LAW OFFICE OF KIRA WEST
712 H St, NE
Unit 509
Washington, DC 20002
(202) 236−2042
Email: kiraannewest@gmail.com
*TERMINATED: 10/26/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | GUILTY VERDICT RENDERED. Defendant sentenced to 14 months incarceration followed by 1 year of Supervised Release to run concurrently with Counts 2−5; $100.00 S/A and $2,000 Restitution. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2) | GUILTY VERDICT RENDERED. Defendant sentenced to 12 months incarceration followed by 1 year of Supervised Release to run concurrently with Counts 1, and 3−5; $25 S/A and $2,000 Restitution. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | GUILTY VERDICT RENDERED. Defendant sentenced to 12 months incarceration followed by 1 year of Supervised Release to run concurrently with Counts 1,2 and 4−5; $25 S/A and $2,000 Restitution. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (4) | GUILTY VERDICT RENDERED. Defendant sentenced to 6 months incarceration to run concurrently with Counts 1,2,3 and 5; $10 S/A and $2,000 Restitution. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (5) | GUILTY VERDICT RENDERED. Defendant sentenced to 6 months incarceration to run concurrently with Counts 1−4; $10 S/A and $2,000 Restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| COMPLAINT in Violation of 18:1512(c)(2) and 2, 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D) and 40:5104(e)(2)(G) | GUILTY VERDICT RENDERED. |

---

**Plaintiff**

**USA** represented by

**Jennifer Leigh Blackwell**
US ATTORNEY GENERAL'S OFFICE/DC
555 4th Street, N.W.
Washington, DC 20530
(202) 803−1590
Email: jennifer.blackwell3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sarah C. Santiago**
DOJ−USAO
District of Columbia
555 Fourth Street, NW
Suite 9429
Washington, DC 20001
202−252−7249
Email: sarah.santiago2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Victoria Anne Sheets**
USAO
United States Attorney's Office
601 D Street NW
District of Columbia, DC 20001
(202) 252−7566
Email: victoria.sheets@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2021 | 1 | SEALED COMPLAINT as to SANDRA S. WEYER (1). (Attachments: # 1 Affidavit in Support) (zstd) [1:21−mj−00483−RMM] (Entered: 06/25/2021) |
| 06/24/2021 | 3 | MOTION to Seal Case by USA as to SANDRA S. WEYER. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21−mj−00483−RMM] (Entered: 06/25/2021) |
| 06/24/2021 | 4 | ORDER granting 3 Motion to Seal Case as to SANDRA S. WEYER (1). Signed by Magistrate Judge Robin M. Meriweather on 6/24/2021. (zstd) [1:21−mj−00483−RMM] (Entered: 06/25/2021) |
| 06/28/2021 | 5 | Arrest Warrant Returned Executed on 06/28/2021 in Mechanicsburg, PA as to SANDRA S. WEYER. (zstd) [1:21−mj−00483−RMM] (Entered: 06/28/2021) |
| 06/28/2021 | | Arrest of SANDRA S. WEYER in Pennsylvania. (zstd) [1:21−mj−00483−RMM] (Entered: 06/28/2021) |
| 06/28/2021 | | Case unsealed as to SANDRA S. WEYER (zstd) [1:21−mj−00483−RMM] (Entered: 06/28/2021) |
| 06/28/2021 | | MINUTE ORDER as to Defendant SANDRA S. WEYER : It is hereby ORDERED that Defendant SANDRA S. WEYER appear for an initial appearance on Thursday, July 1, 2021 at 1:00 p.m. before Magistrate Judge G. Michael Harvey. The hearing will be conducted by video teleconference; call−in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202−354−3114; So Ordered by Magistrate Judge G. Michael Harvey on 6/28/2021. (kk) [1:21−mj−00483−RMM] (Entered: 06/28/2021) |
| 06/28/2021 | | Arrest of Defendant SANDRA S. WEYER in Mechanicsburg, PA. (kk) [1:21−mj−00483−RMM] (Entered: 06/29/2021) |
| 06/29/2021 | 8 | Rule 5(c)(3) Documents Received as to SANDRA S. WEYER from US District Court for the Middle District of Pennsylvania Case Number 1:21−mj−66 (bb) [1:21−mj−00483−RMM] (Entered: 07/07/2021) |
| 06/30/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE Sarah C. Santiago appearing for USA. (Santiago, Sarah) [1:21−mj−00483−RMM] (Entered: 06/30/2021) |
| 07/01/2021 | | ORAL MOTION for Speedy Trial Waiver by USA as to SANDRA S. WEYER (1). (zpt) [1:21−mj−00483−RMM] (Entered: 07/01/2021) |
| 07/01/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to SANDRA S. WEYER (1) held on 7/1/2021. Government does not seek the Defendant's pretrial detention. Defendant expresses intent to waive right to a Preliminary Hearing. Oral Motion by the Government for Speedy Trial Waiver as to SANDRA S. WEYER (1) Heard and |

| | | |
|---|---|---|
| | | Granted. Time between 7/1/2021 and 9/8/2021 (69 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Status Hearing set for 9/8/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR Gold FTR Time Frame: CTRM 6 [1:36:59−1:52:36], [2:06:41−2:14:10]; Defense Attorney: Frank Sluzis; US Attorney: Sarah Santiago and Jennifer Blackwell; Pretrial Officer: Shay Holman; (zpt) [1:21−mj−00483−RMM] (Entered: 07/01/2021) |
| 07/01/2021 | | MINUTE ORDER as to SANDRA S. WEYER (1) As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 7/1/2021. (zpt) [1:21−mj−00483−RMM] (Entered: 07/01/2021) |
| 07/01/2021 | 9 | ORDER Setting Conditions of Release as to SANDRA S. WEYER (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 7/1/2021. (Attachments: # 1 Appearance Bond) (zpt) [1:21−mj−00483−RMM] (Entered: 07/08/2021) |
| 07/19/2021 | 10 | ENTERED IN ERROR..... MOTION for Leave to Appear Pro Hac Vice Frank C. Sluzis Filing fee $ 100, receipt number ADCDC−8609777. Fee Status: Fee Paid. by SANDRA S. WEYER. (Attachments: # 1 Declaration)(West, Kira) Modified on 7/20/2021 (zstd). [1:21−mj−00483−RMM] (Entered: 07/19/2021) |
| 07/19/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to SANDRA S. WEYER re 10 MOTION for Leave to Appear Pro Hac Vice Frank C. Sluzis Filing fee $ 100, receipt number ADCDC−8609777. Fee Status: Fee Paid. was entered in error and counsel was instructed to refile said pleading. The documents pertains to another case. (zstd) [1:21−mj−00483−RMM] (Entered: 07/20/2021) |
| 07/20/2021 | 11 | MOTION for Leave to Appear Pro Hac Vice Frank C. Sluzis. Fee Status: Filing fee $100, receipt number ADCDC−8609777 by SANDRA S. WEYER. (Attachments: # 1 Declaration)(West, Kira) Modified Text on 7/20/2021 (zhsj). [1:21−mj−00483−RMM] (Entered: 07/20/2021) |
| 07/23/2021 | 12 | ORDER granting 11 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** **Click for In structions** as to SANDRA S. WEYER (1). Signed by Magistrate Judge G. Michael Harvey on 7/23/2021. (ztl) [1:21−mj−00483−RMM] (Entered: 07/26/2021) |
| 09/01/2021 | 13 | NOTICE OF ATTORNEY APPEARANCE: Frank Sluzis appearing for SANDRA S. WEYER (Sluzis, Frank) [1:21−mj−00483−RMM] (Entered: 09/01/2021) |
| 09/02/2021 | 14 | MOTION to Continue by SANDRA S. WEYER. (Attachments: # 1 Text of Proposed Order Order, # 2 Certificate of Service Certificate of Service, # 3 Certificate of Concurrence)(Sluzis, Frank) [1:21−mj−00483−RMM] (Entered: 09/02/2021) |
| 09/03/2021 | 16 | ORDER granting 14 Motion to Continue Status Hearing as to SANDRA S. WEYER (1). Status Hearing continued to 10/8/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. Signed by Magistrate Judge Zia M. Faruqui on 9/3/2021. (ztl) [1:21−mj−00483−RMM] (Entered: 09/07/2021) |

| | | |
|---|---|---|
| 09/14/2021 | 17 | Unopposed MOTION for Protective Order by USA as to SANDRA S. WEYER. (Attachments: # 1 Text of Proposed Order)(Blackwell, Jennifer) [1:21−mj−00483−RMM] (Entered: 09/14/2021) |
| 09/15/2021 | 18 | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to SANDRA S. WEYER (1). Signed by Magistrate Judge Zia M. Faruqui on 9/15/2021. (zpt) [1:21−mj−00483−RMM] (Entered: 09/15/2021) |
| 10/01/2021 | | Set/Reset Hearings as to SANDRA S. WEYER (1): Status Hearing rescheduled to 10/8/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge G. Michael Harvey. (zpt) [1:21−mj−00483−RMM] (Entered: 10/01/2021) |
| 10/05/2021 | 19 | Consent MOTION to Continue *Status Conference* by USA as to SANDRA S. WEYER. (Blackwell, Jennifer) [1:21−mj−00483−RMM] (Entered: 10/05/2021) |
| 10/07/2021 | 20 | ORDER granting 19 Motion to Continue Status Hearing as to SANDRA S. WEYER (1). Status Hearing continued to 12/7/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge G. Michael Harvey on 10/7/2021. (ztl) [1:21−mj−00483−RMM] (Entered: 10/07/2021) |
| 10/13/2021 | 21 | Unopposed MOTION for Disclosure *of Items Protected by Fed Rule Crim Procedure 6(e) and Sealed Materials* by USA as to SANDRA S. WEYER. (Blackwell, Jennifer) [1:21−mj−00483−RMM] (Entered: 10/13/2021) |
| 10/18/2021 | | MINUTE ORDER (paperless), as to SANDRA S. WEYER, GRANTING the government's 21 Unopposed Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, and AUTHORIZING the government, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i) and the previously entered protective order governing discovery in this case, to provide to defendant, and any co−defendants who may later be joined, materials protected by Federal Rule of Criminal Procedure 6(e), insofar as such disclosure is necessary for the government to comply with its discovery and disclosure obligations. Signed by Chief Judge Beryl A. Howell on October 18, 2021. (lcbah3) [1:21−mj−00483−RMM] (Entered: 10/18/2021) |
| 11/23/2021 | 22 | Joint MOTION to Continue *Status Conference* by USA as to SANDRA S. WEYER. (Santiago, Sarah) [1:21−mj−00483−RMM] (Entered: 11/23/2021) |
| 11/29/2021 | 23 | ORDER Granting 22 Joint MOTION to Continue Status Conference by USA as to SANDRA S. WEYER (1). Time between 12/7/2021 and 2/8/2022 (63 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Status Hearing set for 2/8/2022 at 03:00 PM in Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Signed by Magistrate Judge Robin M. Meriweather on 11/29/2021. (zpt) [1:21−mj−00483−RMM] (Entered: 11/30/2021) |
| 12/02/2021 | 24 | NOTICE OF ATTORNEY APPEARANCE: Jonathan W. Crisp appearing for SANDRA S. WEYER (Crisp, Jonathan) [1:21−mj−00483−RMM] (Entered: 12/02/2021) |
| 02/02/2022 | 25 | INDICTMENT as to SANDRA S. WEYER (1) count(s) 1, 2, 3, 4, 5. (zstd) (Entered: 02/03/2022) |
| 02/03/2022 | | MINUTE ORDER. A status conference is hereby scheduled for February 8, 2022 at 3:30 p.m. via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial−in information. Signed by Judge Emmet G. |

| | | |
|---|---|---|
| | | Sullivan on 2/3/2022. (lcegs3) (Entered: 02/03/2022) |
| 02/04/2022 | | Set/Reset Hearings as to SANDRA S. WEYER:Status Conference set for 2/8/2022 at 03:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 02/04/2022) |
| 02/04/2022 | 27 | NOTICE *of Status of Discovery* by USA as to SANDRA S. WEYER (Attachments: # 1 Exhibit Discovery Status Memo July 2021, # 2 Exhibit Discovery Status Memo July 2021 Attachment, # 3 Exhibit Discovery Status Memo August 2021, # 4 Exhibit Discovery Status Memo September 2021, # 5 Exhibit Discovery Status Memo October 2021, # 6 Exhibit Discovery Status Memo November 2021)(Blackwell, Jennifer) (Entered: 02/04/2022) |
| 02/08/2022 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan:Arraignment/Status Conference as to SANDRA S. WEYER held on 2/8/2022. Plea of Not Guilty Entered By SANDRA S. WEYER On Counts 1,2,3,4,5. Status Conference set for 5/10/2022 at 2:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. With Consent Of The Parties, Speedy Trial Is Tolled 2/8/22 − 5/10/22 In The Interest Of Justice (XT). Bond Status of Defendant: APPEARED VIA VTC − REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: JONATHAN CRISP; US Attorney: JENNIFER BLACKWELL/SARAH SANTIAGO; (mac) (Entered: 02/09/2022) |
| 02/11/2022 | 29 | NOTICE *of Status of Discovery as of February 9, 2022* by USA as to SANDRA S. WEYER (Blackwell, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | 30 | STANDING ORDER as to SANDRA WEYER requiring the government to produce any evidence in its possession that is favorable to the defendant and material to either the defendant's guilt or punishment.Signed by Judge Emmet G. Sullivan on 02/14/22. (mac) (Entered: 02/14/2022) |
| 05/04/2022 | | MINUTE ORDER as to SANDRA S. WEYER. Due to the Court's calendar, it is necessary to reschedule the status conference scheduled for May 10, 2022. The status conference shall now take place on May 10, 2022 at 10:30 a.m. via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial−in information. Signed by Judge Emmet G. Sullivan on 5/4/2022. (lcegs3) (Entered: 05/04/2022) |
| 05/05/2022 | | Set/Reset Hearings as to SANDRA S. WEYER:Status Conference set for 5/10/2022 at 10:30 AM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 05/05/2022) |
| 05/10/2022 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Status Conference as to SANDRA S. WEYER held on 5/10/2022. The Court Will Continue This Matter. Status Conference set for 7/13/2022 at 01:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Speedy Trial Tolled 5/10/22 − 7/13/22 In The Interest Of Justice (XT). Bond Status of Defendant: APPEARED VIA VTC − REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: CATHRYN JONES; Defense Attorney: JONATHAN CRISP; US Attorney: JENNIFER BLACKWELL; (mac) (Entered: 05/10/2022) |
| 07/13/2022 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Status Conference as to SANDRA S. WEYER held on 7/13/2022. Defendant Consents To This Hearing Being Held Via VTC. Parties Updated The Court In Regards To The Current Posture Of This Matter. Status Conference set for 11/17/2022 at 3:30 PM in |

| | | |
|---|---|---|
| | | Telephonic/VTC before Judge Emmet G. Sullivan. With The Consent Of The Defendant, Speedy Trial Is Tolled 7/13/22 − 11/17/22 In The Interest Of Justice (XT). Bond Status of Defendant: APPEARED VIA VTC − REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: JONATHAN CRISP; US Attorney: JENNIFER BLACKWELL/ SARAH SANTIAGO; (mac) (Entered: 07/13/2022) |
| 10/18/2022 | | Case as to SANDRA S. WEYER randomly reassigned to Judge James E. Boasberg. Judge Emmet G. Sullivan is no longer assigned to the case. (rj) (Entered: 10/18/2022) |
| 10/18/2022 | | NOTICE OF HEARING as to SANDRA S. WEYER (1): Status Conference set for 11/17/2022 at 03:30 PM in Telephonic/VTC before Judge James E. Boasberg. (nbn) (Entered: 10/18/2022) |
| 10/26/2022 | 31 | MOTION to Withdraw as Attorney by Frank C. Sluzis, Esquire. by SANDRA S. WEYER. (Attachments: # 1 Certificate of Service)(Sluzis, Frank) (Entered: 10/26/2022) |
| 10/26/2022 | | MINUTE ORDER granting 31 Motion to Withdraw as Attorney. Frank Sluzis withdrawn from case. as to SANDRA S. WEYER (1). So ORDERED, by Judge James E. Boasberg on 10/26/2022. (nbn) (Entered: 10/26/2022) |
| 10/26/2022 | 32 | MOTION to Withdraw as Attorney *pro hac vice attorney* by Kira Anne West. by SANDRA S. WEYER. (West, Kira) (Entered: 10/26/2022) |
| 10/26/2022 | | MINUTE ORDER granting 32 Motion to Withdraw as Attorney. Kira Anne West withdrawn from case. as to SANDRA S. WEYER (1). So ORDERED, by Judge James E. Boasberg on 10/26/2022. (nbn) (Entered: 10/26/2022) |
| 11/13/2022 | 33 | Unopposed MOTION to Continue *Status Conference* by SANDRA S. WEYER. (Attachments: # 1 Text of Proposed Order)(Crisp, Jonathan) (Entered: 11/13/2022) |
| 11/14/2022 | | MINUTE ORDER granting 33 Motion to Continue as to SANDRA S. WEYER (1): The Court ORDERS that the Status Conference set for 11/17/2022 is VACATED and RESET to 12/5/2022 at 11:30 AM in Telephonic/VTC before Judge James E. Boasberg. The Court FURTHER ORDERS the Speedy Trial Clock is tolled between 11/14/2022 and 12/5/2022, in the Interest of Justice (XT). So ORDERED by Judge James E. Boasberg on 11/14/2022. (nbn) (Entered: 11/14/2022) |
| 12/05/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to SANDRA S. WEYER (1) held on 12/5/2022. Motion in Limine due by 3/17/2023. Responses due by 4/7/2023. Replies due by 4/21/2023. Pretrial Conference set for 5/12/2023 at 11:00 AM in Telephonic/VTC before Judge James E. Boasberg. Jury Selection/Trial set for 6/5/2023 at 09:30 AM in Courtroom 25A− In Person before Judge James E. Boasberg. The Court will toll the Speedy Trial Clock between 12/5/2022 and 6/5/2023, in the Interest of Justice (XT). Excludable started as to SANDRA S. WEYER (1). Bond Status of Defendant: PR/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Jonathan Crisp; US Attorney: Jennifer Blackwell. (nbn) (Entered: 12/05/2022) |
| 02/28/2023 | 34 | NOTICE OF ATTORNEY APPEARANCE: Nicholas D. Smith appearing for SANDRA S. WEYER (Smith, Nicholas) (Entered: 02/28/2023) |
| 03/16/2023 | 35 | NOTICE OF ATTORNEY APPEARANCE Victoria Anne Sheets appearing for USA. (Sheets, Victoria) (Entered: 03/16/2023) |

| | | |
|---|---|---|
| 03/16/2023 | 36 | Unopposed MOTION for Extension of Time to *File Motions in Limine* by SANDRA S. WEYER. (Attachments: # 1 Text of Proposed Order)(Crisp, Jonathan) (Entered: 03/16/2023) |
| 03/17/2023 | | MINUTE ORDER granting 36 Motion for Extension of Time as to SANDRA S. WEYER (1). The Court ORDERS Motion in Limine due by 3/31/2023. So ORDERED, by Judge James E. Boasberg on 3/17/2023. (nbn) (Entered: 03/17/2023) |
| 03/17/2023 | 37 | MOTION to Withdraw as Attorney by Jonathan Crisp. by SANDRA S. WEYER. (Attachments: # 1 Text of Proposed Order)(Crisp, Jonathan) (Entered: 03/17/2023) |
| 03/20/2023 | | MINUTE ORDER granting 37 Motion to Withdraw as Attorney. The Court ORDERS attorney Jonathan W. Crisp withdrawn from case as to SANDRA S. WEYER (1). So ORDERED, by Chief Judge James E. Boasberg on 3/20/2023. (nbn) (Entered: 03/20/2023) |
| 03/31/2023 | 38 | Unopposed MOTION for Extension of Time to *File Motions in Limine* by SANDRA S. WEYER. (Smith, Nicholas) (Entered: 03/31/2023) |
| 03/31/2023 | | MINUTE ORDER granting Defendant's Unopposed Motion 38 for Extension of Time to File Motions in Limine. The Defendant shall file their Motions in Limine by 4/21/2023. The Government shall file their responses by 5/12/2023. SO ORDERED by Chief Judge James E. Boasberg on 3/31/2023. (lsj) (Entered: 03/31/2023) |
| 04/21/2023 | 39 | MOTION in Limine *Regarding Evidence About the Specific Location of USCP Cameras* by USA as to SANDRA S. WEYER. (Blackwell, Jennifer) (Entered: 04/21/2023) |
| 04/21/2023 | 40 | MOTION in Limine *Regarding Cross−Examination of Secret Service Witness* by USA as to SANDRA S. WEYER. (Blackwell, Jennifer) (Entered: 04/21/2023) |
| 04/21/2023 | 41 | MOTION in Limine *Precluding Argument Regarding Law Enforcement Inaction* by USA as to SANDRA S. WEYER. (Blackwell, Jennifer) (Entered: 04/21/2023) |
| 05/12/2023 | 43 | WAIVER of Trial by Jury as to SANDRA S. WEYER (1). Approved by Chief Judge James E. Boasberg on 5/12/2023. (nbn) (Entered: 05/12/2023) |
| 05/12/2023 | | NOTICE OF HEARING TYPE CHANGE as to SANDRA S. WEYER (1): The Jury Trial set for 6/5/2023 is hereby converted to a Bench Trial set for 6/5/2023 at 09:30 AM in Courtroom 22A− In Person before Chief Judge James E. Boasberg. (nbn) (Entered: 05/12/2023) |
| 05/12/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Pretrial Conference as to SANDRA S. WEYER (1) held on 5/12/2023. Defendant consents to proceed via Zoom. Stipulations due by 5/25/2023. Jenks due by 5/30/2023. Joint Notice due by 5/30/2023. Trial exhibits due by 5/30/2023. Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Tammy Nestor; Defense Attorney: Nicholas D. Smith; US Attorney: Sarah Santiago and Victoria Sheets. (nbn) (Entered: 05/12/2023) |
| 05/12/2023 | | MINUTE ORDER as to SANDRA S. WEYER (1): As discussed in today's pretrial conference, the Court ORDERS that: 1) By May 30, 2023, the Government shall produce all Jencks material to Defendant; 2) By that same day, both sides shall submit a joint Notice setting forth the elements of each charged offense; 3) By June 1, 2023, the Government shall provide its trial exhibits to Defendant; and 4) If stipulations have not been reached by May 25, 2023, Defendant shall file any oppositions to the |

| | | |
|---|---|---|
| | | Government's in limine motions by May 30, 2023. So ORDERED, by Chief Judge James E. Boasberg on 5/12/2023. (nbn) (Entered: 05/12/2023) |
| 05/25/2023 | 44 | STIPULATION by USA (Sheets, Victoria) (Entered: 05/25/2023) |
| 05/30/2023 | 45 | JOINT Notice on the Elements of Each Charged Offense by USA as to SANDRA S. WEYER (Santiago, Sarah) Modified text on 5/31/2023 (zstd). (Entered: 05/30/2023) |
| 06/05/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to SANDRA S. WEYER (1) held on 6/5/2023. Government and Defense rest. Bench Trial continued to 6/6/2023 at 10:00 AM in Courtroom 22A− In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Nicholas D. Smith; US Attorney: Sarah Santiago and Victoria Sheets; Government Witnesses: Inspector Thomas Loyd, Police Officer Marc Carrion, and FBI Special Agent Daniel Horcasitas. (nbn) Modified to correct AUSA name on 6/6/2023 (nbn). (Entered: 06/05/2023) |
| 06/05/2023 | 47 | EXHIBIT LIST by USA as to SANDRA S. WEYER (1). (nbn) (Entered: 06/05/2023) |
| 06/05/2023 | 48 | EXHIBIT LIST by SANDRA S. WEYER (1). (nbn) (Entered: 06/05/2023) |
| 06/05/2023 | 49 | Memorandum in Support of Government's Proposed Jury Instructions for 18 U.S.C. 1512 and 2 by USA as to SANDRA S. WEYER re 45 Notice (Other) (Attachments: # 1 Memorandum in Support Attachment A)(Santiago, Sarah) Modified text on 6/6/2023 (zstd). (Entered: 06/05/2023) |
| 06/05/2023 | 50 | REPLY by SANDRA S. WEYER re 49 Notice (Other) *Response to Government's Arguments Concerning US v. Fischer* (Smith, Nicholas) (Entered: 06/05/2023) |
| 06/05/2023 | | MINUTE ORDER as to SANDRA S. WEYER (1): The Court ORDERS that, given the evidence submitted by the Government at today's trial, its [39−41] Motions in Limine are DENIED as moot. So ORDERED, by Chief Judge James E. Boasberg on 6/5/2023. (nbn) (Entered: 06/06/2023) |
| 06/06/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to SANDRA S. WEYER held on 6/6/2023. Bench Trial resumed and concluded with a verdict of GUILTY on counts 1−5. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to SANDRA S. WEYER (1). Sentencing set for 9/14/2023 at 10:00 AM in Courtroom 22A− In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Nicholas D. Smith; US Attorney: Sarah Santiago and Victoria Sheets. (nbn) (Entered: 06/06/2023) |
| 06/10/2023 | 51 | TRANSCRIPT OF PROCEEDINGS in case as to SANDRA S. WEYER before Chief Judge James E. Boasberg held on 6/6/23; Page Numbers: 1−72. Court Reporter/Transcriber Tammy Nestor, Telephone number 202−354−3127, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal |

| | | |
|---|---|---|
| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/1/2023. Redacted Transcript Deadline set for 7/11/2023. Release of Transcript Restriction set for 9/8/2023.(Nestor, Tammy) (Entered: 06/10/2023) |
| 09/07/2023 | 55 | SENTENCING MEMORANDUM by SANDRA S. WEYER (Attachments: # 1 Exhibit Letters in Support)(Smith, Nicholas) (Entered: 09/07/2023) |
| 09/08/2023 | 58 | SENTENCING MEMORANDUM by USA as to SANDRA S. WEYER (Santiago, Sarah) (Entered: 09/08/2023) |
| 09/11/2023 | 59 | RESPONSE by SANDRA S. WEYER re 58 Sentencing Memorandum (Smith, Nicholas) (Entered: 09/11/2023) |
| 09/12/2023 | 61 | RESPONSE by USA as to SANDRA S. WEYER re 55 Sentencing Memorandum (Santiago, Sarah) Modified to add link on 9/18/2023 (zstd). (Entered: 09/12/2023) |
| 09/13/2023 | 62 | RESPONSE by SANDRA S. WEYER *re Government's Sentencing Submission and Application of USSG §3B1.2* (Smith, Nicholas) (Entered: 09/13/2023) |
| 09/14/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg:Sentencing held on 9/14/2023 as to SANDRA S. WEYER (1), Count 1, GUILTY VERDICT RENDERED. Defendant sentenced to 14 months incarceration followed by 1 year of Supervised Release to run concurrently with Counts 2−5; $100.00 S/A and $2,000 Restitution.; Count 2, GUILTY VERDICT RENDERED. Defendant sentenced to 12 months incarceration followed by 1 year of Supervised Release to run concurrently with Counts 1, and 3−5; $25 S/A and $2,000 Restitution; Count 3, GUILTY VERDICT RENDERED. Defendant sentenced to 12 months incarceration followed by 1 year of Supervised Release to run concurrently with Counts 1,2 and 4−5; $25 S/A and $2,000 Restitution.; Count 4, GUILTY VERDICT RENDERED. Defendant sentenced to 6 months incarceration to run concurrently with Counts 1,2,3 and 5; $10 S/A and $2,000 Restitution.; Count 5, GUILTY VERDICT RENDERED. Defendant sentenced to 6 months incarceration to run concurrently with Counts 1−4; $10 S/A and $2,000 Restitution. Bond Status of Defendant: Continued on PR until self−surrender date of no earlier than 11/1/2023. Court Reporter: Tammy Nestor; Defense Attorney: Nicholas Smith; US Attorney: Sarah Santiago & Victoria Sheets; Probation Officer: Crystal Lustig for Sherry Baker. (zglw) (Entered: 09/14/2023) |
| 09/18/2023 | 63 | JUDGMENT as to SANDRA S. WEYER. Statement of Reasons Not Included. Signed by Chief Judge James E. Boasberg on 9/18/2023. (zstd) (Entered: 09/18/2023) |
| 09/18/2023 | 64 | STATEMENT OF REASONS as to SANDRA S. WEYER re 63 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Chief Judge James E. Boasberg on 9/18/2023. (zstd) (Entered: 09/18/2023) |
| 09/28/2023 | 65 | NOTICE OF APPEAL − Final Judgment by SANDRA S. WEYER Filing fee $ 505, receipt number ADCDC−10383357. Fee Status: Fee Paid. Parties have been notified. (Smith, Nicholas) (Main Document 65 replaced on 9/28/2023) (zstd). (Entered: 09/28/2023) |

| | | |
|---|---|---|
| 09/28/2023 | 66 | MOTION to Modify Conditions of Release *to Permit Weyer to Attend Trial on 10/16/23* by SANDRA S. WEYER. (Smith, Nicholas) (Entered: 09/28/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 22-cr-40
)
Sandra Weyer )

## NOTICE OF APPEAL

Name and address of appellant: Sandra Weyer
[redacted]

Name and address of appellant's attorney:
Nick Smith
1123 Broadway
Ste 909
New York, NY 10010

Offense: Section 1512(c)(2)

Concise statement of judgment or order, giving date, and any sentence:

Judgment entered on 9/18/23 and sentence of 14 months' incarceration

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/28/23
DATE

/s/ Sandra Weyer
APPELLANT

/s/ Nicholas Smith
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☑
PAID USCA FEE ☐

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES ☐ | NO ☐ |
| Has counsel ordered transcripts? | YES ☐ | NO ☑ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ☑ | NO ☐ |

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

UNITED STATES OF AMERICA
v.
SANDRA S. WEYER

## JUDGMENT IN A CRIMINAL CASE

Case Number: 22-CR-40-JEB

USM Number: 52374-509

Nicholas D. Smith
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☒ was found guilty on count(s) 1-5 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1 |
| 18:1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 2 |
| 18:1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building | 1/6/2021 | 3 |

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/14/2023
Date of Imposition of Judgment

Signature of Judge

Chief Judge James E. Boasberg
Name and Title of Judge

9/18/23
Date

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1A

Judgment—Page 2 of 9

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40:5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 4 |
| 40:5104(e)(2)(G) | Parading, Demonstrating, Picketing in a Capitol Building | 1/6/2021 | 5 |

15

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

14 months on count 1; 12 months on count 2 and 3 and 6 months on count 4 and 5 all to run concurrently

☑ The court makes the following recommendations to the Bureau of Prisons:

FCI Danbury

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ________ ☐ a.m. ☐ p.m. on ________ .

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ________ .

☐ as notified by the United States Marshal.

☑ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ________ to ________

at ________ , with a certified copy of this judgment.

________
UNITED STATES MARSHAL

By ________
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 2A — Imprisonment

Judgment—Page 4 of 9

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

## ADDITIONAL IMPRISONMENT TERMS

Defendant to self-surrender no earlier than 11/2/2023.

17

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

1 year as to count 1, 1 year as to count 2 and 1 year as to count 3 to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature Date

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

## SPECIAL CONDITIONS OF SUPERVISION

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

THE COURT FINDS that you do not have the ability to pay a fine and, therefore, waives imposition of a fine in this case

You are ordered to make restitution to in the amount of $2,000.00 to the Architect of the Capitol. The court determined you do not have the ability to pay interest and therefore waives any interest or penalties that may accrue on the balance.

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 170.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until ______ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Payable to the United States District and Bankruptcy Court for the District of Columbia for disbursement to the following victims: Architect of the Capitol Office of Chief Financial Officer Ford Office Building, Room H2-205B Washington, DC 20515 | | $2,000.00 | |
| TOTALS | $ 0.00 | $ 2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☑ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: SANDRA S. WEYER
CASE NUMBER: 22-CR-40-JEB

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 2,170.00 due immediately, balance due

☐ not later than ____________, or
☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.