UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANDRA WEYER,<br><br>Defendant. | Criminal Action No. 22-40 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [68] Motion for Release Pending Appeal is GRANTED;

2. The Bureau of Prisons shall release Defendant forthwith;

3. Defendant shall report to the U.S. Probation Office in her district of residence within 48 hours of release;

4. Her release conditions shall be the conditions of supervised release set forth in the Judgment; and

5. The parties shall file a joint status report within one week after the Supreme Court issues its decision in Fischer v. United States, No. 23-5572, advising this Court as to whether any further proceedings are necessary.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: February 27, 2024

1