# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 23-3175** | **September Term, 2024** |
| | **1:22-cr-00040-JEB-1** |
| | **Filed On: September 9, 2024** [2073912] |

United States of America,

    Appellee

  v.

Sandra S. Weyer, also known as Sandra Suzanne Pomeroy, also known as Sandy Pomeroy Weyer,

    Appellant

## M A N D A T E

In accordance with the order of September 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                        BY:   /s/
                            Selena R. Gancasz
                            Deputy Clerk

Link to the order filed September 9, 2024