UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:22-cr-40-JEB |
| | ) |
| SANDRA WEYER, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF THE GOVERNMENT'S EVOLVING REPRESENTATIONS TO DEFENSE COUNSEL REGARDING RESENTENCING**

Sandra Weyer, by counsel, provides this notice to the Court of the government's changing representations to defense counsel regarding Weyer's resentencing.

The parties' submissions for resentencing were due on October 25. On October 21, defense counsel inquired whether the government would be seeking additional prison time for Weyer. If that was the case, counsel added, he would like a phone conversation to discuss the matter in light of the recent death of the defendant's husband.

Government counsel emailed the following response:



Given the government's representation that it was "not planning to seek additional prison time[,]" Defense counsel replied, "If we stick to the 10/30 hearing date, Weyer does not oppose a

1

filing deadline extension." At that point, the government filed an unopposed motion for an extension of time to file its resentencing submission, which the Court granted. Minute Order 10/23/2024.

On October 25, Weyer filed her resentencing submission. Thereupon the government sent this email to defense counsel:



Thus, Weyer was led to understand that the government would not be seeking additional prison time, agreed not to oppose a government extension and crafted her submission on that understanding, and was then informed by the government that its submission may argue for additional prison time. The government's actions are deceptive and inappropriate.

Dated: Oct. 25, 2024  Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for Sandra Weyer*

**Certificate of Service**

I hereby certify that on the 25th day of October, 2024, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].